UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 2024-CV-22067-RKA

MICHELLE TERRY,

       Plaintiff,

v.

CARNIVAL CORPORATION,

       Defendant.

_____/

## JOINT SCHEDULING REPORT

Pursuant to Court's Order Requiring Scheduling Report [DE8] and local rules, the parties hereby submit the following Joint Scheduling Report and state as follows:

**a. Likelihood of Settlement**

Counsel for parties will work together to try to resolve the matter without the need for trial. The parties will explore the potential for settlement in this matter and will do so in the most expeditious manner possible.

**b. Likelihood of Appearance of Additional Parties**

The appearance of additional parties is not anticipated at this time. However, since discovery has not yet commenced, the parties cannot rule out the need to add additional parties as discovery progresses. With respect to the deadline requested to add additional parties, see Exhibit A.

**c. Proposed Time Limits**

The parties elect the Case Management Track for Standard Track cases. The parties' proposed limits on time to:

    i.     **to join other parties and amend pleadings:**    *See* Exhibit A.

    ii.     **to file and hear motion:**    *See* Exhibit A.

    iii.     **to complete discovery:**    *See* Exhibit A.

**d. Proposals for the Formulation and Simplification of Issues**

The parties agree to work together in good faith to simplify all issues, including claims, defenses, admissibility, by stipulation, of all medical records, bills and business records, and the number and timing of motions for summary judgment or partial summary judgment in this matter. With respect to the timing requested to file motions for summary judgment, see Exhibit A.

**e. Necessity or Desirability of Amendments to the Pleadings**

The parties do not anticipate any amendments to the pleadings based on the facts as known at this time. However, should the need arise, amendment to the pleadings should be governed by the time deadlines set forth in the Joint Proposed Scheduling Order.

**f. Possibility of Obtaining Admissions of Fact and of Documents**

The parties will work together in good faith to obtain admissions of fact and any other stipulations necessary for the authentication of documents, electronically stored information or things, including, but not limited to admissibility, by stipulation, of all medical records, bills and business records. Presently, no advance rulings from the Court on the admissibility of any evidence are anticipated.

**g. Avoidance of Unnecessary Proof and Cumulative Evidence**

The parties will continue in good faith to discuss ways of obtaining admissions and stipulations as to facts and documents to avoid unnecessary proof and will endeavor to streamline the litigation where possible. For instance, the parties agree to stipulate as to authenticity where practicable and may utilize Requests for Admissions to avoid unnecessary proof.

**h. Suggestions on the Advisability of Referring Matters to a Magistrate Judge or Master**

The parties agree that discovery related matters may be referred to the U.S. Magistrate Judge. At this time, the parties do not agree to refer any other matters to the U.S. Magistrate Judge.

**i. Preliminary Estimate of the Time Required for Trial**

The parties anticipate a jury trial to last between four to five days.

**j. Requested Dates for Conferences**

The parties request that a pre-trial conference be scheduled prior to the calendar call to address, among other things, motions in limine, stipulations regarding admissibility of medical records without the need for records custodian depositions, and deposition designations.

**k. Issues regarding discovery of electronically stored information (ESI):**

The Parties do not anticipate that resolution of this matter will involve extensive ESI production at this time. The Parties will work collaboratively to ensure that issues involving the assertion of privilege are resolved without the need of Court intervention.

**l. Other Information That Would Be Helpful to the Court**

None at this time. Should issues arise, the parties will raise the matter with the Court by motion and/or request for status conference.

Signed August 19, 2024
Respectfully Submitted,

By:*/s/Glenn J. Holzberg*
**Glenn J. Holzberg**
Florida Bar No.: 369551
glenn@holzberglegal.com
**Louis M. Holzberg**
Florida Bar No: 1011340
Louis@holzberglegal.com
HOLZBERG LEGAL
7685 S.W. 104 Street, Suite 220
Miami, FL  33156
Telephone: (305) 668-6410
Facsimile:  (305) 667-6161
*Attorneys for Plaintiff*

By:*/s/Michael J. Drahos*
**Michael J. Drahos**
Florida Bar No. 0617059
michael.drahos@gray-robinson.com
**W. Cooper Jarnagin**
Florida Bar No. 117767
cooper.jarnagin@gray-robinson.com
**Ashley Genoese**
Florida Bar No. 1019357
ashley.genoese@gray-robinson.com
GrayRobinson, P.A.
515 North Flagler Drive, Ste. 650
West Palm Beach, Florida 33401
Tel: (561) 268-5727
Fax: (561) 268-5747
*Attorneys for Defendant*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on August 19, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

By:     */s/ Glenn J. Holzberg*
        GLENN J. HOLZBERG
        Fla. Bar Number: 369551

SERVICE LIST
Case No.: 24-CV-22067-ALTMAN

**GLENN J. HOLZBERG, ESQ.**
Florida Bar No: 369551
glenn@holzberglegal.com
erika@holzberglegal.com
**LOUIS M. HOLZBERG, ESQ.**
Florida Bar No: 1011340
louis@holzberglegal.com
erika@holzberglegal.com
**HOLZBERG LEGAL**
Offices at Pinecrest II, Suite 220
7685 S.W. 104th Street
Miami, FL 33156
Telephone: (305) 668-6410
Facsimile: (305) 667-6161
*Attorneys for Plaintiff*

**MICHAEL J. DRAHOS, ESQ.**
Florida Bar No. 0617059
michael.drahos@gray-robinson.com
**W. COOPER JARNAGIN, ESQ**
Florida Bar No. 117767
cooper.jarnagin@gray-robinson.com
**ASHLEY GENOESE, ESQ.**
Florida Bar No. 1019357
ashley.genoese@gray-robinson.com
**GRAYROBINSON, P.A.**
515 North Flagler Drive, Suite 650
West Palm Beach, Florida 33401
Telephone: (561) 268-5727
Facsimile: (561) 268-5745
*Attorneys for Defendant*