UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 2024-CV-22067-RKA

MICHELLE TERRY,

     Plaintiff,

v.

CARNIVAL CORPORATION,

     Defendant.

_____/

## PROPOSED SCHEDULING ORDER SETTING
## CIVIL TRIAL DATE & PRETRIAL SCHEDULE

     **THIS CAUSE** is set for trial during the Court's two-week trial calendar beginning on

**September 8, 2025**.  The **Calendar Call** will be held at **9:30 a.m. on Wednesday, September 3, 2025**. The parties shall adhere to the following schedule:

| | | |
|---|---|---|
| 1. | Joinder of any additional parties and filing of motions to amend the complaint by | **[10/25/2024]** |
| 2. | Written lists containing the names and addresses of all fact witnesses intended to be called at trial by | **[03/31/2025]** |
| 3. | Parties shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by | **[03/21/2025]** |
| 4. | Exchange of rebuttal expert witness summaries and reports as required by Fed. R. Civ. P. 26(a)(2) by | **[04/11/2025]** |
| 5. | Parties shall select a mediator pursuant to Local Rule 16.2 and shall schedule a time, date, and place for mediation by | **[11/01/2024]** |
| 6. | Fact discovery shall be completed by | **[04/25/2025]** |
| 7. | Expert discovery shall be completed by | **[04/25/2025]** |

8.  Dispositive motions, including those regarding summary judgment and *Daubert*, shall be filed by **[05/31/2025]**

9.  Mediation shall be completed by **[06/30/2025]**

10. All pretrial motions and memoranda of law, including motions in limine, shall be filed by **[07/11/2025]**

11. Joint pretrial stipulation, proposed joint jury instructions, proposed joint verdict form, and/or proposed findings of fact and conclusions of law shall be filed by **[08/22/2025]**

By:*/s/Glenn J. Holzberg*
**Glenn J. Holzberg**
Florida Bar No.: 369551
glenn@holzberglegal.com
**LOUIS M. HOLZBERG, ESQ.**
Florida Bar No: 1011340
louis@holzberglegal.com
HOLZBERG LEGAL
7685 S.W. 104 Street, Suite 220
Miami, FL  33156
Telephone: (305) 668-6410
Facsimile:  (305) 667-6161
*Attorneys for Plaintiff*

By:*/s/Michael J. Drahos*
**Michael J. Drahos**
Florida Bar No. 0617059
michael.drahos@gray-robinson.com
**W. Cooper Jarnagin**
Florida Bar No. 117767
cooper.jarnagin@gray-robinson.com
**Ashley Genoese**
Florida Bar No. 1019357
ashley.genoese@gray-robinson.com
GrayRobinson, P.A.
515 North Flagler Drive, Ste. 650
West Palm Beach, Florida 33401
Tel: (561) 268-5727
Fax: (561) 268-5747
*Attorneys for Defendant*