**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-CV-22067-ALTMAN/Lett**


**MICHELLE TERRY**,

     Plaintiff,

v.

**CARNIVAL CORPORATION**,

     Defendant.

_____/

**DEFENDANT'S STATEMENT OF MATERIAL FACTS**
**IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT**

Defendant, CARNIVAL CORPORATION ("Carnival"), by and through undersigned counsel, and pursuant to Local Rule 56.1, hereby files this Statement of Material Facts in Support of its Motion for Partial Summary Judgment.

**STATEMENT OF MATERIAL FACTS**

1.     Ms. Michelle Terry ("Plaintiff") was a fare-paying passenger who boarded the Carnival *Elation* vessel with her daughter in Jacksonville, Florida for a vacation cruise on June 3, 2023. *See* **Exhibit 1** (Plaintiff's Deposition) at 24:5 - 7.

2.     On June 5, 2023, Plaintiff returned to the *Elation* between 3:00 and 3:30 p.m. after spending the day in Nassau at the Atlantis Hotel.  **Ex. 1** at 30:13 – 7.

3.     After visiting her cabin, Plaintiff went to Deck 10, obtained a virgin Pina Colada, and then went to the designated, outdoor smoking area on Deck 11 to enjoy a cigarette. **Ex. 1** at 31:11 – 21; **Exhibit 2** (Photo Depicting Deck 11 Smoking Area).

4.      Meanwhile, two Carnival crewmembers were transferring chairs from the port outside the ship up to the Deck 11 smoking area. *See* **Exhibit 3** (David Budi Raharjo's Deposition) at 19:11 – 16.

5.      The chairs were stacked on a trolley and secured by plastic wrap. **Ex. 2** at 21:21 – 22:16; see **Composite Exhibit 4** (Photos Depicting Trolley, Chairs, and Smoking Area).

6.      Once the crewmembers reached the Deck 11 smoking area with the trolley, the plastic wrap was removed from the stacked chairs so that the chairs could be placed in the smoking area for passenger use. **Ex. 2** at 22:17 – 23:7.

7.      Some time thereafter, Plaintiff was contacted with a chair that fell from the trolley. **Ex. 1** at 40:14 – 41:6, 42:10 – 16; **Ex. 2** at 25:23 – 26:16.

8.      There are no reported prior incidents involving injuries to passengers caused by a crewmember moving, re-locating, placing, unpacking and setting up furniture within the five years preceding Plaintiff's incident on any Carnival vessels. **Exhibit 5** (Defendant's Answers to Interrogatories) at Answer No. 3, pg. 8; **Exhibit 6** (Defendant's Supplemental Answers to Interrogatories) at Answer Nos. 4 and 5, pg. 5.

Dated: March 12, 2025

Respectfully submitted,

GrayRobinson, P.A.
515 North Flagler Drive, Ste. 650
West Palm Beach, Florida 33401
Tel: (561) 268-5727
Fax: (561) 268-5747

By: */s/ Walter Cooper Jarnagin*
       Michael J. Drahos
       Florida Bar No. 0617059
       michael.drahos@gray-robinson.com
       W. Cooper Jarnagin
       Florida Bar No. 117767
       cooper.jarnagin@gray-robinson.com

Ashley Genoese
Florida Bar No. 1019357
ashley.genoese@gray-robinson.com