



EXHIBIT

2

M. TERRY
11-14-24