UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No: 2024-CV-22067-RKA


MICHELLE TERRY,

            Plaintiff,

vs.

CARNIVAL CORPORATION,

            Defendant.
_____/

LOCATION:   Remote Audio-Video Communication
            Tuesday, November 19th, 2024
            12:00 o'clock P.M.






DEPOSITION OF DAVID BUDI RAHARJO




     Taken before Andrea Denise West, Registered
Professional Reporter, Florida Professional Reporter
and Notary Public in and for the State of Florida at
Large, pursuant to a Notice of Taking Deposition
filed in the above-styled cause.

APPEARANCES:


ON BEHALF OF THE PLAINTIFF:

    HOLZBERG LEGAL
    BY: LOUIS M. HOLZBERG, ESQUIRE
        OFFICES AT PINECREST II, SUITE 220
        7685 SOUTHWEST 104TH STREET
        MIAMI, FLORIDA 33156
        (305)668-6410
        louis@holzberglegal.com



ON BEHALF OF THE DEFENDANT:


    GRAY ROBINSON, P.A.
    BY: MICHAEL J. DRAHOS, ESQUIRE
        515 NORTH FLAGLER DRIVE
        SUITE 650
        WEST PALM BEACH, FLORIDA 33401
        (561)268-5727
        michael.drahos@gray-robinson.com



ALSO PRESENT:

    Lydia Budianto, Interpreter

I N D E X

WITNESS:                                          PAGE

DAVID BUDI RAHARJO

Direct Examination by Mr. Holzberg              4
Cross Examination by Mr. Drahos                38

E X H I B I T S


\_\_\_\_\_                 Description                 PAGE

(No Exhibits Marked.)


Jeannie Reporting   www.jeanniereporting.com
Your Wish Is Our Job!        305-577-1705

Thereupon, the following proceedings were had:

Thereupon,

LYDIA BUDIANTO

the interpreter herein was duly sworn to faithfully translate the questions from English to Indonesian and the answers from Indonesian to English in the proceeding to the best of her ability.

AND

Thereupon,

DAVID BUDI RAHARJO

after having been first duly sworn, was examined and testified as follows:

THE WITNESS:  Yes, I swear to tell the truth.

DIRECT EXAMINATION

BY MR. HOLZBERG

Q.   Hi, David, my name is Louis Holzberg and I represent The Plaintiff in this matter.

A.   Good morning.  My name is David Budi Raharjo.

Q.   David, you were just sworn in and you are now under oath which means that you are to tell the truth.  Do you understand that?

A.   Yes, I understand.

Q.   And even though we are not in a

court of law or at trial, that oath will be the same as if you were sitting in a courtroom and that oath is to tell the truth; do you understand?

A.   Yes, I understand.

Q.   David, have you ever had your deposition taken before?

A.   What type of deposition?

Q.   Have you ever done the scenario like we're doing now, lawyer has asked you questions which you had to tell the truth?

A.   Before I have been.

Q.   How many times?

A.   One time.

Q.   Was it involving a passenger on a Carnival cruise like this?

A.   Yes, just like this.

Q.   What did the case involve?

A.   The same.  The same, just like this case.

Q.   The exact same case?

MR. DRAHOS:  Louis, I don't mean to interrupt, but I don't want to overcomplicate.  He's talking about his meeting with me.

MR. HOLZBERG:  Okay.  Let me -- can we go off record?

(Whereupon, a brief discussion was held off the record.)

BY MR. HOLZBERG

Q.   David, have you ever been deposed like by an attorney like me, not your attorney, another attorney?

A.   I have never.  This will be the first time.

Q.   Okay.  What is your full legal name for the record?

A.   My full legal name is David Budi Raharjo.

Q.   What is your date of birth?

A.   Fifth of February 2001.

Q.   Where were you born?

A.   I was born in the Batang Province, Central Java, Indonesia.

Q.   Thank you.  What is your current job title?

A.   Housekeeping attendant.

Q.   How long have you worked for Carnival Cruise Line?

A.   This is my second contract.



*Jeannie Reporting*   www.jeanniereporting.com
Your Wish Is Our Job!        305-577-1705

Q.   How many contracts have you worked on other cruise lines?

A.   The first contract, it was for the length of nine months.  The second contract, it was seven months.

Q.   I asked a different question but thank you.  Have you ever worked for any other cruise lines?

THE REPORTER:  You broke up.  We can't hear you.  I couldn't hear what you said.  Do you want to try logging out and logging back in, Lydia?

THE INTERPRETER:  Sure, I can do that.

(Whereupon, the interpreter rejoined the deposition.)

BY MR. HOLZBERG

Q.   My last question I believe was, have you ever worked for any other cruise lines?

A.   I have never.

Q.   Okay.  What is the primary responsibility of a housekeeping attendant?

A.   I work on the public area in the open deck and also in the crew area.  I clean all the public area that is within the crew area and the public area such as the toilet,

elevator, stairs and those items.

Q. Other than cleaning, do you have any other responsibilities?

A. In my thinking, I don't think so.

Q. Okay. You mentioned open deck and public areas. Can you describe those areas for me?

A. For the public area, I usually clean the lobby, the casino and the meeting area. And on the open deck, I clean the floors.

Q. What areas are considered open deck?

A. Areas such as the swimming pool, the smoking area, the bar and other -- and the restaurant and other areas like that.

Q. How were you trained to perform your duties?

MR. DRAHOS: Object to the form.

THE WITNESS: I am usually accompanied by a senior.

BY MR. HOLZBERG

Q. So what does that mean; what is a senior?

A. That person is the person who has worked there longer so the senior would be the person who trains me.

Jeannie Reporting
Your Wish Is Our Job!
www.jeanniereporting.com
305-577-1705

Q.   You're on your second contract, correct?

A.   Yes, correct.

Q.   Are you still being -- are you still working with a senior during your second contract?

A.   This second contract, it is different.  I work alone.

Q.   Okay.  When did this contract begin?

A.   I started in April the 12th.

Q.   When did your first contract begin?

A.   My first contract started on 3rd of June, 2023.

Q.   So if your contract started on June 3rd, 2023, the sailing starting on June 3rd, 2023, was your first time ever working on a cruise ship?

A.   Correct.  Correct, that would be my first contract and my first time.

Q.   What ship were you working on?

A.   Carnival ELATION.

Q.   Thank you.  Prior to starting that first sailing on the Carnival ELATION, did you have any training?

MR. DRAHOS:  Object to the form.

THE WITNESS:  Do you mean in my own country?

BY MR. HOLZBERG

Q.   Anywhere.

MR. DRAJOS:  Object to the form.

THE WITNESS:  Yes, I have.

BY MR. HOLZBERG

Q.   Okay.  When did you begin your training?

A.   One year before I boarded on a ship.

Q.   When was that?

A.   If I remember correctly, that would be 2022.

Q.   Where did you receive that training?

A.   Indoluxe Hotel in Jogjakarta.  And my position there was as a housekeeping attendant.

Q.   So that training you received in Jakarta, was that done by Carnival, did you receive that training in 2022 from Carnival Cruise Line?

A.   No, it was not.

THE INTERPRETER:  Could the interpreter interject, that was Jogjakarta, it's not Jakarta.  It's a

Jeannie Reporting
Your Wish Is Our Job!
www.jeanniereporting.com
305-577-1705

different city.

MR. HOLZBERG:  Thank you.  I apologize.

BY MR. HOLZBERG

Q.   So my question was prior to June 2023, did you receive any training from Carnival?

A.   I have.

Q.   Where did you receive training from Carnival prior to June 3rd of 2023?

A.   I received training immediately on the ship, on the ELATION ship.

Q.   Prior to June 3rd, 2023, where did you receive training?

MR. DRAHOS:  Object to form.

THE WITNESS:  Oh, if you're talking about that training, that only happened Indoluxe Hotel in Jogjakarta.

BY MR. HOLZBERG

Q.   So prior to June 3rd of 2023, did you receive any training from Carnival?

A.   The reality is that the training happened as I was on -- became on board on the ship.  The training prior to June 3rd, 2023, the only training I had was the one that was at the

Jeannie Reporting
Your Wish Is Our Job!
www.jeanniereporting.com
305-577-1705

hotel.

Q.    Okay.  So prior to June 3rd of 2023, you did not receive any training from Carnival, correct?

A.    Yes, that's true.

Q.    Okay.  When you started on June 3rd, 2023, what time did your work day begin?

A.    6:00 a.m. and finishes at 6:00 p.m.

Q.    Okay.  On June 3rd, 2023, did you receive training when you started for your first day on Carnival?

MR. DRAHOS:  Object to the form.

THE WITNESS:  Yes, correct.  I immediately began my training as well.

BY MR. HOLZBERG

Q.    How were you trained?

A.    The training consisted of familiarizing myself with the different parts of the ship because it was my very first contract so I was given information to all the different locations on the ship.

Q.    Did you have to watch any videos, training videos?

A.    Yes.

Q.    How many?



**A.** One time and the training video consisted of items such as how to rescue passengers, how to act when there's a fire on board or in the case of a sinking ship, that type of topics.

**Q.** Okay. So were there any videos on how to clean?

**A.** No.

**Q.** Were there any videos on how to set up the decks?

**A.** There is not. I went straight to the practical job itself.

**Q.** What did the practical job itself consist of?

**A.** Like I had mentioned before, I immediately started training on the go, such as cleaning the toilet, cleaning the lobby and all of the different areas I mentioned before.

**Q.** Thank you. Were you given any materials to read as a part of your training?

**A.** No.

**Q.** Were you required to watch any presentations as part of your training?

**A.** There was none. I went immediately on training on the job.

Q.    Did you have to take any exams or tests as a part of your training?

A.    Yes, that's correct.  After one week aboard the ship, I had to take a test.

Q.    Okay.  So you took a test on or about June 10th, 2023, seven days after you started?

A.    I think so.  I think that is correct.

Q.    What did the test consist of, what was the test about?

A.    It's a GST exam.

Q.    What is a GST exam?

A.    It consists of symbols and recognizing them, all the emergency symbols and also on how to react, for instance, such as when I had to rescue passengers and such.

Q.    And you're still working for Carnival two contracts later so did you pass the exam?

A.    Yes, I passed.

Q.    You mentioned earlier something called -- somebody called a senior, who was your senior during that first week of June 3rd?

A.    My senior is from India and the

person's name is Frank Katez (ph).

Q.   Say that again?

A.   Frank Katez.

THE REPORTER:  Can you spell that?

THE WITNESS:  I don't quite know how to spell it.  All I know is it's an Indian name.

BY MR. HOLZBERG

Q.   Did you have a supervisor?

A.   Yes, I do have one.  That person also originated from India.

Q.   What was the name of your supervisor at the time of incident -- excuse me -- on June 3rd, 2023?

A.   Ranjit.

Q.   Can you spell that?

A.   R-A-N-J-I-T.

Q.   Ranjit.

Okay.  David, do you know why we're here today?

MR. DRAHOS:  Object to the form. David, you can answer that question if you know the answer without anything that you've learned from me.  But if in order to answer that question, you need to

Jeannie Reporting   www.jeanniereporting.com
Your Wish Is Our Job!   305-577-1705

reveal things you learned from me, then you are not to answer that question.

Can you translate, Madam Translator.

THE INTERPRETER:  Yes.

MR. DRAHOS:  So if you know why you're here other than something that you learned from me.  But if the only reason why you know you're here is because of something I told you, then tell him you can't answer.

You have to answer out loud.  Do you know why you're here other than what you learned from me or is the only reason why you know you're here because of something you learned from me, because if that's the case then I want you to tell him that you cannot answer because that's an attorney/client privileged discussion.

THE WITNESS:  I am here because I was given information by my manager to come into the office.

BY MR. HOLZBERG

Q.   Okay. Fair enough.  Do you remember your first week of work, the first week ever

sailing on the Carnival ELATION starting on June 3rd, 2023?

MR. DRAHOS:  Object to the form.

THE WITNESS:  I was working in the crew area.

BY MR. HOLZBERG

Q.    The entire week of June 3rd, 2023, you were working in the crew area?

A.    In that whole contract.

Q.    Your whole first contract, you only worked in crew areas?

A.    Yes, correct.

Q.    Earlier you testified that you had worked cleaning in the public areas, the open deck and the crew areas.  Now your testimony is that you only worked in the crew areas; is that correct?

MR. DRAJOS:  Object to the form.

THE WITNESS:  Yes, so in -- the crew area is -- only the crew area is correct for my first contract which is on a different ship.

BY MR. HOLZBERG

Q.    Okay.  So explain to me your responsibilities during your first contract on

the Carnival ELATION.

A.   So in this first contract on the ELATION ship I worked in the crew area, that includes the toilets, offices and the crew cabins.

Q.   Did you work anywhere else?

A.   And sometimes I was also asked to bring chairs to the open deck area.

Q.   Okay.  During your first contract on your first week, were you required to bring chairs to the open deck?

A.   I think perhaps yes, it was either the first or the second week.

Q.   Okay.  Did anything happen during the first or second week?

MR. DRAHOS:  Object to the form.

THE WITNESS:  Yes, in the first job in the first contract that I had, there was an incident that involved a passenger or a guest.

BY MR. HOLZBERG

Q.   Okay.  Do you know the name of that guest?

A.   I do not know.

Q.   Okay.  And you said this happened

either on the first or the second week of that contract; is that correct?

A.   Correct.

Q.   Were you present on the open deck during this incident involving the passenger?

A.   Yes, I was there with my partner.

Q.   Who was your partner?

A.   My senior, Frank Cates.

Q.   Was this your senior?

A.   Yes, correct, the one from India.

Q.   Why were you present in the area at the time of this incident that happened to the passenger?

A.   Because at that time my supervisor asked me to bring chairs and tables to the smoking area on the open deck.

Q.   Okay.  How many times before this incident that happened to the passenger had you been assigned to bring tables and chairs to the open deck?

A.   I have never.  So that was the first time and the last time.

Q.   Why was it the last time?

MR. DRAHOS:  Object to the form.

THE WITNESS:  Because at that time

there was an incident where as my partner and I were setting up the chairs and the table and there was one chair that fell on the guest.

Because of that incident, that made it the last time I was to bring chairs and tables up there. And ever since then, I was fully contracted in the crew areas.

BY MR. HOLZBERG

Q. Prior to going to the area, how did you move the tables and chairs to the open deck smoking area?

A. I carried them using a trolley.

Q. How were the tables and chairs placed on the trolley?

A. I was not the one who arranged it on the trolley. It was already set up. All I was tasked to do was to bring it alongside my partner.

Q. How many trolleys were there?

A. There were two trolleys. One was brought by me and my partner and the other was brought by other people.

Q. Do you know the names of the other

people?

A.   I do not know.

Q.   How were you trained in using the trolley?

A.   I was never trained on it.  It was once again training on the job.

Q.   And this was the first time you had ever used the trolley on the Carnival ELATION, correct?

MR. DRAHOS:  Object to form.

THE WITNESS:  Yes, correct.  That was the first time.

BY MR. HOLZBERG

Q.   And you said that you and your partner were pushing two trolleys so each one of you had a trolley?

MR. DRAHOS:  Object to the form.

THE WITNESS:  It's one trolley, two people.

BY MR. HOLZBERG

Q.   Understood.  What was on the trolley?

A.   On the trolley, there are stacks of chairs and tables.

Q.   How many stacks were there?



**A.**    If I remember correctly, there was maybe five or six.

**Q.**    How many chairs were in each stack?

MR. DRAHOS:  Object to the form.

THE WITNESS:  Chairs and tables was in the same stack.  I would say the total was five or six.

BY MR. HOLZBERG

**Q.**    Was there anything else on the trolley other than the tables and chairs?

**A.**    None, just those things.

**Q.**    Was there any material holding the tables and chairs together?

**A.**    There was.  There was a plastic that wraps around the chairs and the tables so they don't fall out.

**Q.**    Okay.  How were you -- when you took the trolley to the smoking area, can you explain to me the process you used to unpack it?

**A.**    So my partner and I brought together the trolley.  I was at the back and my partner was at the front.  We used the guest elevator to go up to the open deck.

And once we came upon the open deck area, we went and stopped at the smoking area.

And then we proceeded to lock the trolley and then we took off the plastic wrap that was holding the tables and chairs together.

Then we proceeded on placing the chairs one by one as well as the table.  And my partner did the exact same thing.  That's how we did it.

Q.   How did you remove the plastic wrap?

A.   I tore through the plastic wrap using my hands because we did not bring the tool to open up the plastic.

Q.   What tool were you supposed to bring?

A.   Like a small knife maybe.

Q.   What happened when you tore through the plastic?

MR. DRAHOS:  Object to the form.

THE WITNESS:  After I opened or like tore through the plastic wrapping, I started placing the chairs one by one.

BY MR. HOLZBERG

Q.   Earlier you said that one of the chairs fell; is that correct?

MR. DRAHOS:  Object to the form.

THE WITNESS:  Yes, there was a chair

that fell as I was placing the chairs one by one.

BY MR. HOLZBERG

Q.   Where did it fall from?

A.   It fell from on top of the trolley.

Q.   How high was it on top of the trolley?

MR. DRAHOS:  Object to the form.

THE WITNESS:  If I remember correctly, it was approximately one and a half meters.

BY MR. HOLZBERG

Q.   What caused the chair to fall?

MR. DRAHOS:  Object to the form.

THE WITNESS:  I do not know what the cause of -- what caused that chair to fall.  I was focused on placing the chairs one by one.

BY MR. HOLZBERG

Q.   You said earlier you locked the trolley, what does that mean?

A.   Yes, you can lock the trolley so the trolley cannot move, because in that area there were a number of guests that was walking around in the area.

Jeannie Reporting
Your Wish Is Our Job!
www.jeanniereporting.com
305-577-1705

Q.   How did you know to lock the trolley?

A.   The one who locked the trolley was my partner because my partner was located at the front of the trolley.

Q.   Did you see your partner lock the trolley?

A.   Yes.  I saw my partner lock the trolley using his foot.

Q.   What was the condition of the trolley?

MR. DRAHOS:  Object to the form.

THE WITNESS:  The trolley's condition was fine.

BY MR. HOLZBERG

Q.   Was it in good working order, did it have any issues with the trolley prior to arriving in the open deck?

MR. DRAHOS:  Object to the form.

THE WITNESS:  Yes, there was no issues.

BY MR. HOLZBERG

Q.   How many chairs fell?

A.   One chair fell.  It fell on a guest that was sitting down and smoking.

Jeannie Reporting
Your Wish Is Our Job!
www.jeanniereporting.com
305-577-1705

**Q.**    Where did the chair hit the guest?

MR. DRAHOS:  Object to the form.

THE WITNESS:  In the head right here.

BY MR. HOLZBERG

**Q.**    Did you see it happen?

**A.**    I did not see it happen because I was focusing on placing the chairs, like I said before, on the deck.  By the time I saw -- I saw the guest that was hit.

**Q.**    How do you know it hit the guest in the head, where you pointed?

**A.**    Because I saw the guest was in pain and the guest was holding his head.  And I inquired the person that was next to this guest and the person told me that this guest was in pain because a chair fell on -- on the head.

**Q.**    Did you call anyone after the incident?

THE INTERPRETER:  Hold on.  The interpreter will double check the question.  I'm sorry.  The link is frozen for the question.

MR. HOLZBERG:  I can repeat it if that's easier.

THE INTERPRETER:  All right.

BY MR. HOLZBERG

Q.   My question was did you contact anyone after the guest was injured?

A.   Yes, once I saw that the guest was upset, I immediately called my supervisor and I also called the emergency services.  And not long after the medical team came and brought the guest to the medical center.

And then I immediately went on to continue my work in the crew area.  And I don't know what happened to that guest because the guest was brought to the medical center immediately.

Q.   When you contacted your supervisor, what did you tell them?

A.   I told my supervisor that there was a guest in the open deck area that was hit by a falling chair because I saw that there was a little bit of blood that came out from his head area or the person's head area.  At the very moment, I also contacted the emergency number.

Q.   What did you tell the emergency number when you contacted them?

A.   I told the emergency number the same thing which is that there was a guest that a

Jeannie Reporting
Your Wish Is Our Job!
www.jeanniereporting.com
305-577-1705

chair fell on that person in the open deck area
and that there was a little blood on the
person's head.

Q.   Earlier you testified that the chair
fell from one and a half meters.  How many
chairs were below it in the stack?

MR. DRAHOS:  Object to the form.

THE WITNESS:  There was probably three
or four chairs and a table.

BY MR. HOLZBERG

Q.   You said three or four chairs and a
table, correct?

A.   Yeah.  (In English.)

Q.   So the chair that fell, how many had
you set up prior to the one that fell?

A.   The first chair, the one that was on
the very top.

Q.   It was the first chair in the stack
that fell, correct?

MR. DRAHOS:  Object to the form.

THE WITNESS:  Yes, correct.

BY MR. HOLZBERG

Q.   So earlier you testified that you
were busy setting up other things on the deck.
What were you setting up if that was the first

chair?

A.   Could you please kindly rephrase the question so I can understand it, please?

Q.   Okay.  You agree with me that the first chair in the stack was the one that fell, correct?

MR. DRAHOS:  Object to the form.

THE WITNESS:  So the chair that fell was the chair that was at the very top after I picked one chair on top of it to be placed on the ground so it became the very top chair after I took one chair out of that stack.

BY MR. HOLZBERG

Q.   Thank you, David, that makes more sense.

Okay.  So it was the second chair in the stack; is that correct?

A.   That is correct.  Yes, that is correct because the first -- the very first one was the one that I was in the process of placing in the open deck area.

Q.   Okay.  So just so I'm clear, you removed the plastic with your hands and then lifted the first chair to set it up, correct?

Jeannie Reporting
Your Wish Is Our Job!
www.jeanniereporting.com
305-577-1705

**A.**    That is correct.

**Q.**    While you were setting up the first chair, the second chair, the chair just beneath it fell and hit the guest, correct?

**A.**    Yes, correct.

**Q.**    Did you speak to the guest who was hit?

**A.**    Yes, I spoke to the guest to tell them that -- to tell the guest that I was -- I was sorry, that I was apologetic for having a chair fall on him but the guest did not respond because the guest was in pain.

MR. HOLZBERG:  I didn't hear the translation.  Can you repeat that?  The guest did not respond?

THE INTERPRETER:  Because the guest was in pain.

BY MR. HOLZBERG

**Q.**    Was the guest able to respond, were their eyes open?

MR. DRAHOS:  Object to the form.

THE WITNESS:  I did not really see but if you ask my guest as to whether or not he could have responded, maybe he could have because he was crying.

Jeannie Reporting
Your Wish Is Our Job!
www.jeanniereporting.com
305-577-1705

BY MR. HOLZBERG

Q.    Prior to starting your work, did you set up any warning signs?

A.    There was none.

Q.    Prior to starting the process of setting up these chairs, did you warn the passengers that you were unpacking the chairs?

MR. DRAHOS:  Object to form.

THE WITNESS:  There was none because also at that time, it was busy there because the guests at that time were waiting for the chairs to be set up because they were about to use those chairs.

BY MR. HOLZBERG

Q.    Did you ask the guest to step back while you were setting up the chairs, like make room?

MR. DRAHOS:  Object to the form.

THE WITNESS:  Yes.  Yes, my partner was the one who asked them to please clear the area because my partner was located at the front of the -- of where we were.

BY MR. HOLZBERG

Q. Did you wait for the guests to clear the area?

A. Yes, after the guests cleared the area, I started setting up the chairs.

Q. Then how did the guest become injured?

MR. DRAHOS: Object to the form.

THE WITNESS: Because the person that was hurt was already sitting next to where the trolley was.

BY MR. HOLZBERG

Q. The guest was there before you arrived, correct?

A. Yes, that guest was already there on the right and I was about to put the chairs on the left.

Q. Okay.

MR. HOLZBERG: I need like a five-minute break. I think I'm getting close to the end though, maybe like another 30 minutes or so, so could we just take five minutes?

MR. DRAHOS: Yes.

(Whereupon, a brief recess was

taken.)

BY MR. HOLZBERG

Q.    David, I want to know prior to the chairs setting up, were you given a work order?

A.    What do you mean by work order?

Q.    Do you know what a work order is?

A.    I do not know.

Q.    Okay.  After the incident, were you required to give a statement?

A.    Yes, that's correct.

Q.    This whole time we've been talking about the incident, if I told you the incident happened on June 5th, 2023, would you agree with me?

MR. DRAHOS:  Object to the form.

THE WITNESS:  I do not recall as to the exact date when it happened because it happened quite a while ago.

BY MR. HOLZBERG

Q.    Would you agree with me it happened the first week of your first week at work?

A.    Yes, in my recollection, it's between the first or the second work week of my -- of my work there.

Q.    After the incident, did you have to

Jeannie Reporting
Your Wish Is Our Job!
www.jeanniereporting.com
305-577-1705

speak to security about the incident?

A. That is correct. I was called into the security office alongside with my partner.

Q. What did you tell security?

MR. DRAHOS: Object to the form.

THE WITNESS: The person who did the talking and the explaining was my partner because that was my first time and my first contract and at that time my English was not as good.

BY MR. HOLZBERG

Q. Okay. Fair enough. Did you say anything to security?

MR. DRAHOS: Object to the form.

THE WITNESS: Yes, I -- I said that I was the partner of Frank Cates and the two of us were tasked with carrying those chairs and table.

BY MR. HOLZBERG

Q. After you met with security, did they have you sign anything?

MR. DRAHOS: Object to the form.

THE WITNESS: Yes, I had a statement written up by supervisor.

Jeannie Reporting
Your Wish Is Our Job!
www.jeanniereporting.com
305-577-1705

BY MR. HOLZBERG

Q.   Did you read the statement?

A.   Yes, and the statement was written in English.

Q.   Did you understand it?

A.   The person -- the people who wrote it were my supervisor and my partner.  And I understand very little and it pertains to that incident.

Q.   So you signed a statement in a different language than your native language and you didn't truly understand it; is that correct?

MR. DRAHOS:  Object to form.

THE WITNESS:  Yes.  Yes, I would agree with what you said.  I was the one who signed that document.

BY MR. HOLZBERG

Q.   Were you -- did you get in trouble as a result of this incident?

MR. DRAHOS:  Object to the form.

THE WITNESS:  I was not in trouble.  That incident, it's only revisited as of now when I'm already on this ship.

BY MR. HOLZBERG

Q.   So after the incident, you didn't

receive a warning, a reprimand or you didn't get

any probation as a result of the incident,

correct?

    MR. DRAHOS:  Object to the form.

    THE WITNESS:  There was none.  I was

only asked to sign the statement.

BY MR. HOLZBERG

    Q.   What could you have done to prevent this incident?

    MR. DRAHOS:  Object to the form.

    THE WITNESS:  What incident are you talking about?

BY MR. HOLZBERG

    Q.   The incident where the chair struck the passenger on the head.

    MR. DRAHOS:  Object to the form.

    THE WITNESS:  Something that I could have done?

BY MR. HOLZBERG

    Q.   Did you understand how to unpack the chairs prior to the incident?

    MR. DRAHOS:  Object to the form.

    THE WITNESS:  That was the first time I was doing it and I was trained on the job.  I was following my partner as to

how to open or -- or, you know, open the wrap of the chair and such things.

BY MR. HOLZBERG

Q. What did the opening of the wrap have to do with the chair falling?

MR. DRAHOS: Object to form.

THE WITNESS: I don't think there was anything because the plastic was completely off when the chair fell.

BY MR. HOLZBERG

Q. You were provided -- you were not provided any training prior to the unpacking process, correct?

MR. DRAHOS: Object to the form.

THE WITNESS: Yes, I was never given one.

BY MR. HOLZBERG

Q. And other than the trolley, there was no tools that you were provided to use during the unpacking process, correct?

A. Yes.

Q. And you weren't given any documents or work orders to review prior to starting the process of unstacking the chairs, correct?

A. There was none.

Jeannie Reporting
Your Wish Is Our Job!
www.jeanniereporting.com
305-577-1705

Q.   And you weren't provided any cones or warning signs to be put out before you started the process, correct?

MR. DRAHOS:  Object to the form.

THE WITNESS:  There was none.

BY MR. HOLZBERG

Q.   Were you ever told by your supervisors prior to the incident that you needed to work quickly?

MR. DRAHOS:  Object to the form.

THE WITNESS:  No.

BY MR. HOLZBERG

Q.   When you received the stack of chairs, they were new, correct?

A.   They were not new.  They were chairs that were used elsewhere and they were to be brought to be used on the open deck area.

Q.   Thank you for that clarification.

MR. HOLZBERG:  I have no further questions.

MR. DRAHOS:  David, I just have three questions that I want to ask to clarify.

CROSS EXAMINATION

BY MR. DRAHOS

Q.   At the time of the incident,


Jeannie Reporting
Your Wish Is Our Job!   www.jeanniereporting.com
305-577-1705

immediately learning that the guest had been injured, did you have an opportunity to observe her?  Just yes or no.

A.   I did not really look or see what's happening because all I know is the guest was crying and was in pain.

Q.   Okay.  Throughout the entire time that you observed her, did she ever lose consciousness?

MR. HOLZBERG:  Object to the form.

THE WITNESS:  I did not see that guest fell out of consciousness.  I saw that that guest was crying because of the pain.

BY MR. DRAJOS

Q.   Throughout the entire time that you observed her, did you ever see her vomit?

A.   I did not observe the guest vomiting.

Q.   Does that mean she never vomited to your knowledge?

MR. HOLZBERG:  Object to form.

THE WITNESS:  What I'm saying is I did not see her vomit from -- as long as I could see.

Jeannie Reporting
Your Wish Is Our Job!
www.jeanniereporting.com
305-577-1705

MR. DRAJOS:  Okay.  Thank you.  Those are all the questions that I have.

MR. HOLZBERG:  I have no follow-ups.

MR. DRAHOS:  Okay.  We're going to read, Madam Court Reporter.

(Whereupon, the deposition was concluded  at 1:30 p.m., and the reading and signing having not been waived.)

Jeannie Reporting
Your Wish Is Our Job!
www.jeanniereporting.com
305-577-1705

CERTIFICATE OF SHORTHAND REPORTER
_____

STATE OF FLORIDA        )
                        ):SS
COUNTY OF PALM BEACH)

        I, Andrea Denise West, RPR, FPR, do hereby certify that I was authorized to and did stenographically report the deposition of DAVID BUDI RAHARJO, that a review of the transcript was requested, and that the foregoing transcript, pages 1 through 40,  is a true record of my stenographic notes.

        I further certify that I am not a relative, employee, or attorney or counsel of any of the parties', nor am I a relative or employee of any of the parties' attorney or counsel connected with the action, nor am I financially interested in the action.

        IN WITNESS WHEREOF, I hereunto set my hand and affix my official seal of office this 3rd day of January, 2025.




        _____
             ANDREA DENISE WEST, RPR, FPR

<u>CERTIFICATE OF OATH</u>

STATE OF FLORIDA
                     :SS
COUNTY OF PALM BEACH


I, the undersigned authority, certify that DAVID

BUDI RAHARJO personally appeared before me and was

duly sworn.

He produced a Carnival Corporation ID Card as

identification.

WITNESS my hand and official seal this 19th day of

November, 2024.

_____

ANDREA DENISE WEST, RPR, FPR
Notary Public in and for
the State of Florida
My Commission No. HH 379516
Expires:  July 3rd, 2027

<u>JURAT PAGE</u>

STATE OF FLORIDA        )

                       ) :SS

COUNTY OF PALM BEACH)


I, hereby certify that I have read the foregoing transcript, Pages 1 to 40, and find the same to be true and accurate.


Any corrections made by me are set forth on the errata page attached hereto.


_____

DAVID BUDI RAHARJO

Sworn to and subscribed before me on this ___ day of _____, 2025.



_____
Notary Public in and for the
State of Florida at Large.
My Commission No.:
My Commission expires:

Jeannie Reporting   www.jeanniereporting.com
Your Wish Is Our Job!        305-577-1705

January 3rd, 2025


DAVID BUDI RAHARJO
c/o MICHAEL J. DRAHOS, ESQUIRE
GRAY ROBINSON, P.A.
515 NORTH FLAGLER DRIVE, SUITE 650
WEST PALM BEACH, FLORIDA 33401

IN RE:
TERRY VS CARNIVAL CORPORATION
CASE NO:
2024-CV-22067-RKA

Dear DAVID BUDI RAHARJO:

With reference to the examination of YOURSELF, deponent in the above-styled cause, taken on November 19th, 2024 under oath, please be advised that the transcript of the deposition has been transcribed and is awaiting your signature.

Please arrange to conclude this matter at your earliest convenience.  We would suggest that you telephone this office and arrange an appointment suitable for all concerned.

However, if this has not been taken care of by February 6th, 2025, we shall conclude the reading and signing of said deposition has been waived, and shall then proceed to file the original of said transcript with the party who took the deposition, without further notice to any parties.

Sincerely yours,

_____
ANDREA DENISE WEST, RPR, FPR
Certified Court Reporter

cc:  All Counsel of Record

ERRATA SHEET

F.R.C.P. RULE 1.310 provides in part:

(e)"...Any changes in form or substance that the witness wants to make shall be entered upon a separate correction page by the officer with a statement of the reasons given by the witness for making them..."

PAGE/LINE        CHANGE/CORRECTION        REASON

_____

_____

_____

_____

_____

_____

_____

_____

_____

I, _____, do hereby certify that I have read the foregoing transcript of my deposition, given on _____and that together with any additions or corrections made herein, it is true and correct.


_____
   (Witness name)

Jeannie Reporting   www.jeanniereporting.com
Your Wish Is Our Job!   305-577-1705

**MR. DRAHOS: [44]** 5/22 8/17 9/25 11/15 12/12 15/21 16/6 17/3 18/16 19/24 21/10 21/17 22/4 23/17 23/24 24/8 24/14 25/12 25/19 26/2 28/7 28/20 29/7 30/21 31/8 31/19 32/8 32/24 33/15 34/5 34/14 34/22 35/13 35/20 36/4 36/10 36/16 36/22 37/6 37/14 38/4 38/10 38/21 40/4

**MR. DRAJOS: [3]** 10/5 17/18 40/1

**MR. HOLZBERG: [9]** 6/1 11/2 26/23 30/13 32/19 38/19 39/10 39/22 40/3

**THE INTERPRETER: [6]** 7/13 10/23 16/5 26/19 26/25 30/16

**THE REPORTER: [2]** 7/9 15/4

**THE WITNESS: [45]** 4/13 8/18 10/1 10/6 11/16 12/13 15/5 16/20 17/4 17/19 18/17 19/25 21/11 21/18 22/5 23/18 23/25 24/9 24/15 25/13 25/20 26/3 28/8 28/21 29/8 30/22 31/9 31/20 32/9 33/16 34/6 34/15 34/23 35/14 35/21 36/5 36/11 36/17 36/23 37/7 37/15 38/5 38/11 39/11 39/23

**.**

**...Any [1]** 45/3

**1**

**1.310 [1]** 45/2
**104TH [1]** 2/6
**10th [1]** 14/6
**12:00 [1]** 1/12
**12th [1]** 9/10
**19th [3]** 1/11 42/11 44/12
**1:30 [1]** 40/8

**2**

**2001 [1]** 6/16
**2022 [2]** 10/13 10/20
**2023 [16]** 9/13 9/15 9/16 11/6 11/10 11/13 11/20 11/24 12/2 12/7 12/9 14/6 15/14 17/2 17/7 33/13
**2024 [3]** 1/11 42/12 44/12
**2024-CV-22067-RKA [2]** 1/3 44/9
**2025 [4]** 41/13 43/20 44/3 44/17
**2027 [1]** 42/20
**220 [1]** 2/6

**268-5727 [1]** 2/15

**3**

**30 [1]** 32/22
**305 [1]** 2/7
**33156 [1]** 2/7
**33401 [2]** 2/14 44/6
**379516 [1]** 42/19
**38 [1]** 3/6
**3rd [17]** 9/12 9/15 9/16 11/10 11/13 11/20 11/24 12/2 12/6 12/9 14/24 15/14 17/2 17/7 41/13 42/20 44/3

**4**

**40 [2]** 41/7 43/9

**5**

**515 [2]** 2/13 44/6
**561 [1]** 2/15
**5727 [1]** 2/15
**5th [1]** 33/13

**6**

**6410 [1]** 2/7
**650 [2]** 2/14 44/6
**668-6410 [1]** 2/7
**6:00 a.m [1]** 12/8
**6:00 p.m [1]** 12/8
**6th [1]** 44/17

**7**

**7685 [1]** 2/6

**:**

**:SS [3]** 41/3 42/3 43/4

**A**

**a.m [1]** 12/8
**ability [1]** 4/7
**able [1]** 30/19
**aboard [1]** 14/4
**about [9]** 5/24 11/17 14/6 14/11 31/13 32/16 33/12 34/1 36/12
**above [2]** 1/24 44/11
**above-styled [2]** 1/24 44/11
**accompanied [1]** 8/18
**accurate [1]** 43/10
**act [1]** 13/3
**action [2]** 41/11 41/11
**additions [1]** 45/21
**advised [1]** 44/12
**affix [1]** 41/13
**after [14]** 4/11 14/3 14/6 23/18 26/17 27/3 27/7 29/10 29/12 32/4 33/8 33/25 34/20 35/25
**again [2]** 15/2 21/6
**ago [1]** 33/18
**agree [4]** 29/4 33/13 33/20 35/14
**all [11]** 7/24 12/20 13/17 14/15 15/6 20/18 26/25 39/5 40/2 44/15 44/24

**alone [1]** 9/8
**alongside [2]** 20/19 34/3
**already [4]** 20/18 32/10 32/15 35/23
**also [8]** 2/18 7/23 14/16 15/11 18/7 27/6 27/21 31/10
**am [5]** 8/18 16/20 41/9 41/10 41/11
**Andrea [5]** 1/20 41/5 41/19 42/18 44/22
**another [2]** 6/8 32/22
**answer [7]** 15/22 15/23 15/25 16/2 16/11 16/12 16/18
**answers [1]** 4/6
**any [25]** 7/7 7/18 8/2 9/24 11/6 11/21 12/3 12/22 13/6 13/9 13/19 13/22 14/1 22/12 25/17 31/3 36/2 37/12 37/22 38/1 41/9 41/10 43/13 44/19 45/20
**anyone [2]** 26/17 27/3
**anything [6]** 15/23 18/14 22/9 34/13 34/21 37/8
**anywhere [2]** 10/4 18/6
**apologetic [1]** 30/10
**apologize [1]** 11/3
**APPEARANCES [1]** 2/2
**appeared [1]** 42/7
**appointment [1]** 44/15
**approximately [1]** 24/10
**April [1]** 9/10
**are [11]** 4/22 4/22 4/25 8/11 9/4 9/4 16/2 21/23 36/11 40/2 43/13
**area [33]** 7/22 7/23 7/24 7/24 7/25 8/8 8/9 8/13 17/5 17/8 17/20 17/20 18/3 18/8 19/11 19/16 20/11 20/13 22/18 22/25 22/25 24/23 24/25 27/10 27/17 27/20 27/20 28/1 29/22 31/22 32/3 32/5 38/17
**areas [11]** 8/6 8/6 8/11 8/12 8/14 13/18 17/11 17/14 17/15 17/16 20/9
**around [2]** 22/15 24/24
**arrange [2]** 44/14 44/15
**arranged [1]** 20/17
**arrived [1]** 32/14
**arriving [1]** 25/18
**as [27]** 4/12 5/2 7/25 8/12 10/16 11/23 12/14 13/2 13/16 13/20 13/23 14/2 14/16 20/1 23/5 23/5 24/1 30/23 33/16 34/10 35/19 35/22 36/2 36/25 39/24 39/24 42/9
**ask [3]** 30/23 31/16 38/22
**asked [6]** 5/10 7/6 18/7

**19/15 31/21 36/6**
**assigned [1]** 19/19
**attached [1]** 43/14
**attendant [3]** 6/22 7/21 10/17
**attorney [6]** 6/7 6/7 6/8 16/19 41/9 41/10
**attorney/client [1]** 16/19
**Audio [1]** 1/11
**Audio-Video [1]** 1/11
**authority [1]** 42/6
**authorized [1]** 41/5
**awaiting [1]** 44/13

**B**

**back [3]** 7/12 22/21 31/16
**bar [1]** 8/13
**Batang [1]** 6/18
**be [13]** 5/1 6/9 8/24 9/18 10/13 29/11 31/12 38/2 38/16 38/17 43/9 44/12 45/4
**BEACH [5]** 2/14 41/4 42/3 43/5 44/6
**became [2]** 11/23 29/11
**because [31]** 12/19 16/9 16/15 16/16 16/18 16/20 19/14 19/25 20/5 23/10 24/23 25/4 26/6 26/12 26/16 27/11 27/18 29/20 30/12 30/16 30/25 31/9 31/11 31/13 31/22 32/9 33/17 34/8 37/8 39/5 39/13
**become [1]** 32/6
**been [10]** 4/11 5/12 6/6 19/19 33/11 39/1 40/9 44/12 44/16 44/17
**before [12]** 1/20 5/7 5/12 10/10 13/15 13/18 19/17 26/8 32/13 38/2 42/7 43/19
**began [1]** 12/14
**begin [4]** 9/9 9/11 10/8 12/7
**BEHALF [2]** 2/4 2/11
**being [1]** 9/4
**believe [1]** 7/17
**below [1]** 28/6
**beneath [1]** 30/3
**best [1]** 4/7
**between [1]** 33/23
**birth [1]** 6/15
**bit [1]** 27/19
**blood [2]** 27/19 28/2
**board [2]** 11/23 13/4
**boarded [1]** 10/10
**born [2]** 6/17 6/18
**break [1]** 32/20
**brief [2]** 6/3 32/25
**bring [8]** 18/8 18/10 19/15 19/19 20/6 20/19 23/10 23/13
**broke [1]** 7/9
**brought [6]** 20/23

**20/24 22/20 27/7 27/12 38/17**
**BUDI [10]** 1/16 3/5 4/10 4/19 6/13 41/6 42/7 43/18 44/4 44/10
**Budianto [2]** 2/19 4/3
**busy [2]** 28/24 31/10

**C**

**c/o [1]** 44/5
**cabins [1]** 18/5
**call [1]** 26/17
**called [5]** 14/23 14/23 27/5 27/6 34/2
**came [3]** 22/24 27/7 27/19
**can [12]** 6/1 7/13 8/6 15/4 15/16 15/22 16/3 22/18 24/22 26/23 29/3 30/14
**can't [2]** 7/9 16/11
**cannot [2]** 16/18 24/23
**Card [1]** 42/9
**care [1]** 44/16
**CARNIVAL [18]** 1/8 5/16 6/24 9/21 9/23 10/19 10/20 11/7 11/10 11/21 12/3 12/11 14/19 17/1 18/1 21/8 42/9 44/8
**carried [1]** 20/14
**carrying [1]** 34/17
**case [7]** 1/3 5/18 5/20 5/21 13/4 16/17 44/8
**casino [1]** 8/9
**Cates [2]** 19/8 34/16
**cause [3]** 1/24 24/16 44/11
**cause of [1]** 24/16
**caused [2]** 24/13 24/16
**cc [1]** 44/24
**center [2]** 27/8 27/12
**Central [1]** 6/19
**CERTIFICATE [2]** 41/1 42/1
**Certified [1]** 44/23
**certify [5]** 41/5 41/9 42/6 43/8 45/18
**chair [30]** 20/3 23/25 24/13 24/16 25/24 26/1 26/16 27/18 28/1 28/4 28/14 28/16 28/18 29/1 29/5 29/8 29/9 29/10 29/12 29/12 29/17 29/25 30/3 30/3 30/3 30/11 36/14 37/2 37/5 37/9
**chairs [38]** 18/8 18/11 19/15 19/19 20/2 20/7 20/12 20/15 21/24 22/3 22/5 22/10 22/13 22/15 23/3 23/5 23/20 23/23 24/1 24/18 25/23 26/7 28/6 28/9 28/11 31/6 31/7 31/12 31/14 31/17 32/5 32/16 33/4 34/18 36/21 37/24 38/14 38/15
**CHANGE [1]** 45/8
**CHANGE/CORRECTION [1]** 45/8

**C**

changes [1]  45/3
check [1]  26/20
city [1]  11/1
clarification [1]  38/18
clarify [1]  38/22
clean [4]  7/23 8/8 8/10 13/7
cleaning [4]  8/2 13/17 13/17 17/14
clear [3]  29/23 31/22 32/2
cleared [1]  32/4
client [1]  16/19
close [1]  32/21
come [1]  16/21
Commission [3]  42/19 43/24 43/25
Communication [1]  1/11
completely [1]  37/9
concerned [1]  44/15
conclude [2]  44/14 44/17
concluded [1]  40/8
condition [2]  25/10 25/13
cones [1]  38/1
connected [1]  41/10
consciousness [2]  39/9 39/12
considered [1]  8/11
consist [2]  13/14 14/10
consisted [2]  12/17 13/2
consists [1]  14/14
contact [1]  27/2
contacted [3]  27/14 27/21 27/23
continue [1]  27/10
contract [21]  6/25 7/3 7/4 9/1 9/6 9/7 9/9 9/11 9/12 9/14 9/19 12/19 17/9 17/10 17/21 17/25 18/2 18/9 18/18 19/2 34/9
contracted [1]  20/8
contracts [2]  7/1 14/19
convenience [1]  44/14
CORPORATION [3]  1/8 42/9 44/8
correct [39]  9/2 9/3 9/18 9/18 12/4 12/13 14/3 14/9 17/12 17/17 17/20 19/2 19/3 19/10 21/9 21/11 23/23 28/12 28/19 28/21 29/6 29/18 29/19 29/20 29/25 30/1 30/4 30/5 32/14 33/10 34/2 35/12 36/3 37/13 37/20 37/24 38/3 38/14 45/22
correction [2]  45/5 45/8
corrections [2]  43/13 45/21
correctly [3]  10/12 22/1 24/9

**could [8]**  10/23 29/2 30/24 30/24 32/22 36/8 36/17 39/25
couldn't [1]  7/10
counsel [3]  41/9 41/10 44/24
country [1]  10/2
COUNTY [3]  41/4 42/3 43/5
court [4]  1/1 5/1 40/5 44/23
courtroom [1]  5/2
crew [13]  7/23 7/24 17/5 17/8 17/11 17/15 17/16 17/19 17/20 18/3 18/4 20/9 27/10
Cross [2]  3/6 38/23
cruise [7]  5/16 6/24 7/2 7/8 7/18 9/17 10/21
crying [3]  30/25 39/6 39/13
current [1]  6/20
CV [2]  1/3 44/9

**D**

date [2]  6/15 33/17
DAVID [19]  1/16 3/5 4/10 4/17 4/19 4/21 5/6 6/6 6/13 15/19 15/22 29/15 33/3 38/21 41/6 42/6 43/18 44/4 44/10
day [5]  12/7 12/11 41/13 42/11 43/19
days [1]  14/6
Dear [1]  44/10
deck [20]  7/23 8/5 8/10 8/11 17/15 18/8 18/11 19/4 19/16 19/20 20/12 22/23 22/24 25/18 26/8 27/17 28/1 28/24 29/22 38/17
decks [1]  13/10
Defendant [2]  1/9 2/11
Denise [5]  1/20 41/5 41/19 42/18 44/22
deponent [1]  44/11
deposed [1]  6/6
deposition [11]  1/16 1/23 5/7 5/8 7/15 40/7 41/6 44/12 44/17 44/18 45/19
describe [1]  8/6
Description [1]  3/12
did [65]
didn't [4]  30/13 35/12 35/25 36/1
different [8]  7/6 9/8 11/1 12/18 12/20 13/18 17/22 35/11
Direct [2]  3/6 4/15
discussion [2]  6/3 16/19
DISTRICT [2]  1/1 1/1
DIVISION [1]  1/2
do [24]  4/23 5/3 7/11 7/13 8/2 10/1 15/10 15/19 16/12 16/24 18/22

**18/24 20/19 20/25 21/2**
24/15 26/10 33/5 33/6 33/7 33/16 37/5 41/5 45/18
document [1]  35/16
documents [1]  37/22
does [3]  8/21 24/21 39/20
doing [2]  5/10 36/24
don't [7]  5/22 5/23 8/4 15/5 22/16 27/10 37/7
done [4]  5/9 10/19 36/8 36/18
double [1]  26/20
down [1]  25/25
DRAHOS [3]  2/13 3/6 44/5
DRIVE [2]  2/13 44/6
duly [3]  4/4 4/11 42/8
during [7]  9/5 14/24 17/25 18/9 18/14 19/5 37/20
duties [1]  8/16

**E**

each [2]  21/15 22/3
earlier [6]  14/22 17/13 23/22 24/20 28/4 28/23
earliest [1]  44/14
easier [1]  26/24
either [2]  18/12 19/1
ELATION [7]  9/21 9/23 11/12 17/1 18/1 18/3 21/8
elevator [2]  8/1 22/22
else [2]  18/6 22/9
elsewhere [1]  38/16
emergency [5]  14/15 27/6 27/21 27/22 27/24
employee [2]  41/9 41/10
end [1]  32/21
English [5]  4/5 4/6 28/13 34/10 35/4
enough [2]  16/24 34/12
entered [1]  45/4
entire [3]  17/7 39/7 39/16
errata [2]  43/14 44/25
ESQUIRE [3]  2/5 2/13 44/5
even [1]  4/25
ever [12]  5/6 5/9 6/6 7/7 7/18 9/16 16/25 20/7 21/8 38/7 39/8 39/17
exact [3]  5/21 23/6 33/17
exam [3]  14/12 14/13 14/20
examination [5]  3/6 3/6 4/15 38/23 44/11
examined [1]  4/11
exams [1]  14/1
excuse [1]  15/13
Exhibits [1]  3/13
expires [2]  42/20 43/25
explain [2]  17/24 22/18

**explaining [1]**  34/7
eyes [1]  30/20

**F**

F.R.C.P [1]  45/2
Fair [2]  16/24 34/12
faithfully [1]  4/4
fall [5]  22/16 24/4 24/13 24/17 30/11
falling [2]  27/18 37/5
familiarizing [1]  12/18
February [2]  6/16 44/17
February 2001 [1]  6/16
fell [18]  20/3 23/23 24/1 24/5 25/23 25/24 25/24 26/16 28/1 28/5 28/14 28/15 28/19 29/5 29/8 30/4 37/9 39/12
Fifth [1]  6/16
file [1]  44/18
filed [1]  1/24
financially [1]  41/11
find [1]  43/9
fine [1]  25/14
finishes [1]  12/8
fire [1]  13/3
first [42]  4/11 6/10 7/3 9/11 9/12 9/16 9/19 9/19 9/23 12/10 12/19 14/24 16/25 16/25 17/10 17/21 17/25 18/2 18/9 18/10 18/13 18/15 18/17 18/18 19/1 19/21 21/7 21/12 28/16 28/18 28/25 29/5 29/20 29/20 29/25 30/2 33/21 33/21 33/23 34/8 34/9 36/23
five [4]  22/2 22/7 32/20 32/23
five-minute [1]  32/20
FLAGLER [2]  2/13 44/6
floors [1]  8/10
FLORIDA [11]  1/1 1/21 1/22 2/7 2/14 41/3 42/2 42/19 43/3 43/24 44/6
focused [1]  24/17
focusing [1]  26/7
follow [1]  40/3
follow-ups [1]  40/3
following [2]  4/1 36/25
follows [1]  4/12
foot [1]  25/9
foregoing [3]  41/7 43/8 45/19
form [44]  8/17 9/25 10/5 11/15 12/12 15/21 17/3 17/18 18/16 19/24 21/10 21/17 22/4 23/17 23/24 24/8 24/14 25/12 25/19 26/2 28/7 28/20 29/7 30/21 31/8 31/19 32/8 33/15 34/5 34/14 34/22 35/13 35/20 36/4 36/10 36/16 36/22 37/6 37/14 38/4 38/10 39/10 39/22 45/3
forth [1]  43/13

**four [2]**  28/9 28/11
FPR [4]  41/5 41/19 42/18 44/22
Frank [4]  15/1 15/3 19/8 34/16
front [3]  22/22 25/5 31/23
frozen [1]  26/21
full [2]  6/11 6/13
fully [1]  20/8
further [3]  38/19 41/9 44/19

**G**

get [2]  35/18 36/1
getting [1]  32/20
give [1]  33/9
given [8]  12/20 13/19 16/21 33/4 37/15 37/22 45/6 45/20
go [3]  6/2 13/16 22/23
going [2]  20/11 40/4
good [3]  4/19 25/16 34/10
gray [3]  2/12 2/15 44/5
gray-robinson.com [1]  2/15
ground [1]  29/11
GST [2]  14/12 14/13
guest [38]  18/20 18/23 20/4 22/22 25/24 26/1 26/9 26/10 26/12 26/13 26/14 26/15 27/3 27/4 27/8 27/11 27/12 27/17 27/25 30/4 30/6 30/8 30/9 30/11 30/12 30/15 30/16 30/19 30/23 31/16 32/6 32/13 32/15 39/1 39/5 39/11 39/13 39/18
guests [4]  24/24 31/11 32/2 32/4

**H**

had [15]  4/1 5/6 5/11 11/25 13/15 14/4 14/17 17/13 18/18 19/18 21/7 21/16 28/14 34/23 39/1
half [2]  24/10 28/5
hand [2]  41/12 42/11
hands [2]  23/10 29/24
happen [3]  18/14 26/5 26/6
happened [11]  11/17 11/23 18/25 19/12 19/18 23/15 27/11 33/13 33/17 33/18 33/20
happening [1]  39/5
has [5]  5/10 8/23 44/12 44/16 44/17
have [35]  5/6 5/9 5/12 6/6 6/9 6/23 7/1 7/7 7/17 7/19 8/2 9/24 10/6 11/8 12/22 14/1 15/9 15/10 16/12 19/21 25/17 30/24 30/25 33/25 34/21 36/8 36/18 37/5 38/19 38/21 39/2 40/2 40/3 43/8

**H**

**have...** [1] 45/18
**having** [3] 4/11 30/10 40/9
**he** [4] 30/24 30/24 30/25 42/9
**He's** [1] 5/24
**head** [8] 26/3 26/11 26/13 26/16 27/19 27/20 28/3 36/15
**hear** [3] 7/10 7/10 30/13
**held** [1] 6/4
**her** [6] 4/7 39/3 39/8 39/17 39/17 39/24
**here** [7] 15/20 16/7 16/9 16/13 16/15 16/20 26/3
**hereby** [3] 41/5 43/8 45/18
**herein** [2] 4/4 45/21
**hereto** [1] 43/14
**hereunto** [1] 41/12
**HH** [1] 42/19
**Hi** [1] 4/17
**high** [1] 24/6
**him** [3] 16/10 16/18 30/11
**his** [4] 5/24 25/9 26/13 27/19
**hit** [6] 26/1 26/9 26/10 27/17 30/4 30/7
**Hold** [1] 26/19
**holding** [3] 22/12 23/3 26/13
**HOLZBERG** [4] 2/5 2/5 3/6 4/17
**holzberglegal.com** [1] 2/8
**hotel** [3] 10/15 11/18 12/1
**housekeeping** [3] 6/22 7/21 10/16
**how** [31] 5/13 6/23 7/1 8/15 12/16 12/25 13/2 13/3 13/7 13/9 14/16 15/5 19/17 20/11 20/15 20/21 21/3 21/25 22/3 22/17 23/6 23/8 24/6 25/1 25/23 26/10 28/5 28/14 32/6 36/20 37/1
**However** [1] 44/16
**hurt** [1] 32/10

**I**

**I'm** [5] 26/21 29/23 32/20 35/23 39/23
**ID** [1] 42/9
**identification** [1] 42/10
**II** [1] 2/6
**immediately** [8] 11/11 12/14 13/16 13/24 27/5 27/9 27/13 39/1
**incident** [24] 15/13 18/19 19/5 19/12 19/18 20/1 20/5 26/18 33/8 33/12 33/12 33/25 34/1 35/9 35/19 35/22 35/25 36/2 36/9 36/11 36/14

36/21 38/8 38/25
**includes** [1] 18/4
**India** [3] 14/25 15/11 19/10
**Indian** [1] 15/7
**Indoluxe** [2] 10/15 11/18
**Indonesia** [1] 6/19
**Indonesian** [2] 4/5 4/6
**information** [2] 12/20 16/21
**injured** [3] 27/3 32/7 39/2
**inquired** [1] 26/14
**instance** [1] 14/16
**interested** [1] 41/11
**interject** [1] 10/24
**interpreter** [5] 2/19 4/4 7/14 10/24 26/20
**interrupt** [1] 5/23
**involve** [1] 5/18
**involved** [1] 18/19
**involving** [2] 5/15 19/5
**is** [43] 4/17 4/19 5/3 6/11 6/13 6/15 6/20 6/25 7/20 7/24 8/21 8/23 9/7 11/22 13/11 14/8 14/13 14/25 15/1 15/6 16/9 16/14 17/15 17/16 17/20 17/20 17/21 19/2 23/23 26/21 27/25 29/18 29/19 29/19 30/1 33/6 34/2 35/12 39/5 39/23 41/7 44/13 45/21
**issues** [2] 25/17 25/21
**it** [47]
**it's** [7] 10/25 10/25 14/12 15/6 21/18 33/22 35/22
**items** [2] 8/1 13/2
**itself** [2] 13/12 13/13

**J**

**Jakarta** [2] 10/19 10/25
**January** [2] 41/13 44/3
**Java** [1] 6/19
**job** [7] 6/20 13/12 13/13 13/25 18/17 21/6 36/25
**Jogjakarta** [3] 10/15 10/25 11/18
**July** [1] 42/20
**June** [17] 9/13 9/15 9/16 11/6 11/10 11/13 11/20 11/24 12/2 12/6 12/9 14/6 14/24 15/14 17/2 17/7 33/13
**June 2023** [1] 11/6
**June 3rd** [13] 9/15 9/16 11/10 11/13 11/20 11/24 12/2 12/6 12/9 14/24 15/14 17/2 17/7
**JURAT** [1] 43/1
**just** [9] 4/21 5/17 5/19 22/11 29/23 30/3 32/23 38/21 39/3

**K**

**Katez** [2] 15/1 15/3
**kindly** [1] 29/2
**knife** [1] 23/14
**know** [21] 15/5 15/6 15/19 15/23 16/6 16/9 16/13 16/15 18/22 18/24 20/25 21/2 24/15 25/1 26/10 27/11 33/3 33/6 33/7 37/1 39/5
**knowledge** [1] 39/21

**L**

**language** [2] 35/11 35/11
**Large** [2] 1/23 43/24
**last** [4] 7/17 19/22 19/23 20/6
**later** [1] 14/19
**law** [1] 5/1
**lawyer** [1] 5/10
**learned** [5] 15/24 16/1 16/8 16/14 16/16
**learning** [1] 39/1
**left** [1] 32/17
**legal** [3] 2/5 6/11 6/13
**length** [1] 7/4
**Let** [1] 6/1
**lifted** [1] 29/25
**like** [14] 5/9 5/16 5/17 5/19 6/7 6/7 8/14 13/15 23/14 23/18 26/7 31/17 32/19 32/21
**Line** [3] 6/24 10/21 45/8
**lines** [3] 7/2 7/8 7/18
**link** [1] 26/21
**little** [3] 27/19 28/2 35/8
**lobby** [2] 8/9 13/17
**located** [2] 25/4 31/23
**LOCATION** [1] 1/11
**locations** [1] 12/21
**lock** [5] 23/1 24/22 25/1 25/6 25/8
**locked** [2] 24/20 25/3
**logging** [2] 7/11 7/12
**long** [3] 6/23 27/7 39/24
**longer** [1] 8/24
**look** [1] 39/4
**lose** [1] 39/8
**loud** [1] 16/12
**louis** [4] 2/5 2/8 4/17 5/22
**Lydia** [3] 2/19 4/3 7/12

**M**

**Madam** [2] 16/3 40/5
**made** [3] 20/6 43/13 45/21
**make** [2] 31/17 45/4
**makes** [1] 29/15
**making** [1] 45/7
**manager** [1] 16/21
**many** [10] 5/13 7/1 12/25 19/17 20/21 21/25 22/3 25/23 28/5 28/14
**Marked** [1] 3/13

**material** [1] 22/12
**materials** [1] 13/20
**matter** [2] 4/18 44/14
**maybe** [4] 22/2 23/14 30/24 32/21
**me** [22] 5/25 6/1 6/7 8/7 8/25 15/13 15/24 16/1 16/8 16/14 16/16 17/24 19/15 20/23 22/19 26/15 29/4 33/14 33/20 42/7 43/13 43/19
**mean** [6] 5/22 8/21 10/1 24/21 33/5 39/20
**means** [1] 4/22
**medical** [3] 27/7 27/8 27/12
**meeting** [2] 5/25 8/9
**mentioned** [4] 8/5 13/15 13/18 14/22
**met** [1] 34/20
**meters** [2] 24/11 28/5
**MIAMI** [2] 1/2 2/7
**MICHAEL** [2] 2/13 44/5
**michael.drahos** [1] 2/15
**MICHELLE** [1] 1/5
**minute** [1] 32/20
**minutes** [2] 32/22 32/23
**moment** [1] 27/21
**months** [2] 7/4 7/5
**more** [1] 29/15
**morning** [1] 4/19
**move** [2] 20/12 24/23
**Mr** [2] 3/6 3/6
**my** [56]
**myself** [1] 12/18

**N**

**name** [9] 4/17 4/19 6/11 6/13 15/1 15/7 15/12 18/22 45/25
**names** [1] 20/25
**native** [1] 35/11
**need** [2] 15/25 32/19
**needed** [1] 38/9
**never** [6] 6/9 7/19 19/21 21/5 37/15 39/20
**new** [2] 38/14 38/15
**next** [2] 26/14 32/10
**nine** [1] 7/4
**no** [14] 1/3 3/13 10/22 13/8 13/21 25/20 37/19 38/11 38/19 39/3 40/3 42/19 43/24 44/8
**none** [7] 13/24 22/11 31/4 31/9 36/5 37/25 38/5
**NORTH** [2] 2/13 44/6
**not** [31] 4/25 6/7 10/22 10/25 12/3 13/11 16/2 18/24 20/17 21/2 23/10 24/15 26/6 27/6 30/11 30/15 30/22 30/23 33/7 33/16 34/10 35/21 37/11 38/15 39/4 39/11 39/18 39/24 40/9 41/9 44/16

**Notary** [3] 1/22 42/18 43/23
**notes** [1] 41/8
**notice** [2] 1/23 44/19
**November** [3] 1/11 42/12 44/12
**now** [4] 4/22 5/10 17/15 35/23
**number** [4] 24/24 27/21 27/23 27/24

**O**

**o'clock** [1] 1/12
**oath** [5] 4/22 5/1 5/3 42/1 44/12
**Object** [43] 8/17 9/25 10/5 11/15 12/12 15/21 17/3 17/18 18/16 19/24 21/10 21/17 22/4 23/17 23/24 24/8 24/14 25/12 25/19 26/2 28/7 28/20 29/7 30/21 31/8 31/19 32/8 33/15 34/5 34/14 34/22 35/13 35/20 36/4 36/10 36/16 36/22 37/6 37/14 38/4 38/10 39/10 39/22
**observe** [2] 39/2 39/18
**observed** [2] 39/8 39/17
**off** [4] 6/2 6/4 23/2 37/9
**office** [4] 16/22 34/3 41/13 44/15
**officer** [1] 45/5
**offices** [2] 2/6 18/4
**official** [2] 41/13 42/11
**Oh** [1] 11/16
**Okay** [29] 6/1 6/11 7/20 8/5 9/9 10/8 12/2 12/6 12/9 13/6 14/5 15/19 16/24 17/24 18/9 18/14 18/22 18/25 19/17 22/17 29/4 29/17 29/23 32/18 33/8 34/12 39/7 40/1 40/4
**once** [3] 21/6 22/24 27/4
**one** [35] 5/14 10/10 11/25 13/1 14/3 15/10 19/10 20/3 20/17 20/22 21/15 21/18 23/5 23/5 23/20 23/20 23/22 24/1 24/2 24/10 24/18 24/18 25/3 25/24 28/5 28/15 28/16 29/5 29/10 29/12 29/20 29/21 31/21 35/15 37/16
**only** [9] 11/17 11/25 16/8 16/14 17/10 17/16 17/20 35/22 36/6
**open** [22] 7/23 8/5 8/10 8/11 17/14 18/8 18/11 19/4 19/16 19/20 20/12 22/23 22/24 23/11 25/18 27/17 28/1 29/22 30/20 37/1 37/1 38/17
**opened** [1] 23/18

# O

**opening [1]** 37/4
**opportunity [1]** 39/2
**order [5]** 15/24 25/16 33/4 33/5 33/6
**orders [1]** 37/23
**original [1]** 44/18
**originated [1]** 15/11
**other [15]** 7/2 7/7 7/18 8/2 8/3 8/13 8/14 16/7 16/13 20/23 20/24 20/25 22/10 28/24 37/18
**out [7]** 7/11 16/12 22/16 27/19 29/12 38/2 39/12
**overcomplicate [1]** 5/24
**own [1]** 10/1

# P

**P.A [2]** 2/12 44/5
**p.m [3]** 1/12 12/8 40/8
**page [6]** 3/4 3/12 43/1 43/14 45/5 45/8
**PAGE/LINE [1]** 45/8
**pages [2]** 41/7 43/9
**pain [6]** 26/12 26/16 30/12 30/17 39/6 39/14
**PALM [5]** 2/14 41/4 42/3 43/5 44/6
**part [4]** 13/20 13/23 14/2 45/2
**parties [1]** 44/19
**parties' [2]** 41/10 41/10
**partner [20]** 19/6 19/7 20/1 20/20 20/23 21/15 22/20 22/21 23/6 25/4 25/4 25/6 25/8 31/20 31/22 34/3 34/7 34/16 35/7 36/25
**parts [1]** 12/18
**party [1]** 44/18
**pass [1]** 14/19
**passed [1]** 14/21
**passenger [6]** 5/15 18/19 19/5 19/13 19/18 36/15
**passengers [3]** 13/3 14/17 31/7
**people [4]** 20/24 21/1 21/19 35/6
**perform [1]** 8/15
**perhaps [1]** 18/12
**person [10]** 8/23 8/23 8/25 15/10 26/14 26/15 28/1 32/9 34/6 35/6
**person's [3]** 15/1 27/20 28/3
**personally [1]** 42/7
**pertains [1]** 35/8
**ph [1]** 15/1
**picked [1]** 29/10
**PINECREST [1]** 2/6
**placed [2]** 20/16 29/11
**placing [6]** 23/4 23/20 24/1 24/17 26/7 29/21
**Plaintiff [3]** 1/6 2/4 4/18
**plastic [9]** 22/14 23/2

23/8 23/9 23/11 23/16 23/19 29/24 37/8
**please [5]** 29/2 29/3 31/21 44/12 44/14
**pointed [1]** 26/11
**pool [1]** 8/12
**position [1]** 10/16
**practical [2]** 13/12 13/13
**present [3]** 2/18 19/4 19/11
**presentations [1]** 13/23
**prevent [1]** 36/8
**primary [1]** 7/20
**prior [17]** 9/22 11/5 11/10 11/13 11/20 11/24 12/2 20/11 25/17 28/15 31/2 31/5 33/3 36/21 37/12 37/23 38/8
**privileged [1]** 16/19
**probably [1]** 28/8
**probation [1]** 36/2
**proceed [1]** 44/18
**proceeded [2]** 23/1 23/4
**proceeding [1]** 4/7
**proceedings [1]** 4/1
**process [7]** 22/19 29/21 31/5 37/13 37/20 37/24 38/3
**produced [1]** 42/9
**Professional [2]** 1/21 1/21
**provided [4]** 37/11 37/12 37/19 38/1
**provides [1]** 45/2
**Province [1]** 6/18
**public [9]** 1/22 7/22 7/24 7/25 8/6 8/8 17/14 42/18 43/23
**pursuant [1]** 1/23
**pushing [1]** 21/15
**put [2]** 32/16 38/2

# Q

**question [10]** 7/6 7/17 11/5 15/22 15/25 16/2 26/21 26/22 27/2 29/3
**questions [5]** 4/5 5/10 38/20 38/22 40/2
**quickly [1]** 38/9
**quite [2]** 15/5 33/18

# R

**R-A-N-J-I-T [1]** 15/17
**RAHARJO [10]** 1/16 3/5 4/10 4/20 6/14 41/6 42/7 43/18 44/4 44/10
**Ranjit [2]** 15/15 15/18
**RE [1]** 44/7
**react [1]** 14/16
**read [5]** 13/20 35/2 40/5 43/8 45/19
**reading [2]** 40/8 44/17
**reality [1]** 11/22
**really [2]** 30/22 39/4
**reason [3]** 16/8 16/14

45/8
**reasons [1]** 45/6
**recall [1]** 33/16
**receive [9]** 10/14 10/20 11/6 11/9 11/14 11/21 12/3 12/10 36/1
**received [3]** 10/18 11/11 38/13
**recess [1]** 32/25
**recognizing [1]** 14/15
**recollection [1]** 33/22
**record [5]** 6/2 6/4 6/12 41/7 44/24
**reference [1]** 44/11
**Registered [1]** 1/20
**rejoined [1]** 7/14
**relative [2]** 41/9 41/10
**remember [4]** 10/12 16/24 22/1 24/9
**Remote [1]** 1/11
**remove [1]** 23/8
**removed [1]** 29/24
**repeat [2]** 26/23 30/14
**rephrase [1]** 29/2
**report [1]** 41/6
**Reporter [5]** 1/21 1/21 40/5 41/1 44/23
**represent [1]** 4/18
**reprimand [1]** 36/1
**requested [1]** 41/7
**required [3]** 13/22 18/10 33/9
**rescue [2]** 13/2 14/17
**respond [3]** 30/11 30/15 30/19
**responded [1]** 30/24
**responsibilities [2]** 8/3 17/25
**responsibility [1]** 7/21
**restaurant [1]** 8/14
**result [2]** 35/19 36/2
**reveal [1]** 16/1
**review [2]** 37/23 41/6
**revisited [1]** 35/22
**right [3]** 26/3 26/25 32/16
**RKA [2]** 1/3 44/9
**ROBINSON [2]** 2/12 44/5
**robinson.com [1]** 2/15
**room [1]** 31/18
**RPR [4]** 41/5 41/19 42/18 44/22
**RULE [1]** 45/2

# S

**said [11]** 7/10 18/25 21/14 23/22 24/20 26/7 28/11 34/15 35/15 44/17 44/18
**sailing [3]** 9/15 9/23 17/1
**same [8]** 5/2 5/19 5/19 5/21 22/6 23/6 27/24 43/9
**saw [7]** 25/8 26/8 26/8 26/12 27/4 27/18 39/12

**say [3]** 15/2 22/6 34/12
**saying [1]** 39/23
**scenario [1]** 5/9
**seal [2]** 41/13 42/11
**second [11]** 6/25 7/4 9/1 9/5 9/7 18/13 18/15 19/1 29/17 30/3 33/23
**security [5]** 34/1 34/3 34/4 34/13 34/20
**see [9]** 25/6 26/5 26/6 30/22 39/4 39/11 39/17 39/24 39/25
**senior [9]** 8/19 8/22 8/24 9/5 14/23 14/24 14/25 19/8 19/9
**sense [1]** 29/16
**separate [1]** 45/5
**services [1]** 27/6
**set [8]** 13/9 20/18 28/15 29/25 31/3 31/12 41/12 43/13
**setting [8]** 20/2 28/24 28/25 30/2 31/6 31/17 32/5 33/4
**seven [2]** 7/5 14/6
**shall [3]** 44/17 44/18 45/4
**she [2]** 39/8 39/20
**SHEET [1]** 45/1
**ship [13]** 9/17 9/20 10/10 11/12 11/12 11/24 12/19 12/21 13/4 14/4 17/22 18/3 35/23
**SHORTHAND [1]** 41/1
**sign [2]** 34/21 36/6
**signature [1]** 44/13
**signed [2]** 35/10 35/16
**signing [2]** 40/9 44/17
**signs [2]** 31/3 38/2
**since [1]** 20/8
**Sincerely [1]** 44/20
**sinking [1]** 13/4
**sitting [3]** 5/2 25/25 32/10
**six [2]** 22/2 22/7
**small [1]** 23/14
**smoking [6]** 8/13 19/16 20/13 22/18 22/25 25/25
**so [34]** 8/4 8/21 8/24 9/14 10/18 11/5 11/20 12/2 12/20 13/6 14/5 14/8 14/19 16/6 17/19 17/24 18/2 19/21 21/15 22/15 22/20 24/22 28/14 28/23 29/3 29/8 29/11 29/17 29/23 29/23 32/22 32/22 35/10 35/25
**somebody [1]** 14/23
**something [5]** 14/22 16/7 16/10 16/16 36/17
**sometimes [1]** 18/7
**sorry [2]** 26/21 30/10
**SOUTHERN [1]** 1/1
**SOUTHWEST [1]** 2/6
**speak [2]** 30/6 34/1
**spell [3]** 15/4 15/6 15/16

**spoke [1]** 30/8
**stack [8]** 22/3 22/6 28/6 28/18 29/5 29/13 29/18 38/13
**stacks [2]** 21/23 21/25
**stairs [1]** 8/1
**started [10]** 9/10 9/12 9/14 12/6 12/10 13/16 14/7 23/20 32/5 38/3
**starting [6]** 9/15 9/22 17/1 31/2 31/5 37/23
**State [6]** 1/22 41/3 42/2 42/19 43/3 43/24
**statement [7]** 33/9 34/23 35/2 35/3 35/10 36/6 45/6
**STATES [1]** 1/1
**stenographic [1]** 41/7
**stenographically [1]** 41/6
**step [1]** 31/16
**still [3]** 9/4 9/4 14/18
**stopped [1]** 22/25
**straight [1]** 13/11
**STREET [1]** 2/6
**struck [1]** 36/14
**styled [2]** 1/24 44/11
**subscribed [1]** 43/19
**substance [1]** 45/3
**such [7]** 7/25 8/12 13/2 13/16 14/16 14/17 37/2
**suggest [1]** 44/14
**suitable [1]** 44/15
**SUITE [3]** 2/6 2/14 44/6
**supervisor [8]** 15/9 15/12 19/14 27/5 27/14 27/16 34/24 35/7
**supervisors [1]** 38/8
**supposed [1]** 23/12
**Sure [1]** 7/13
**swear [1]** 4/13
**swimming [1]** 8/12
**sworn [5]** 4/4 4/11 4/21 42/8 43/19
**symbols [2]** 14/14 14/15

# T

**table [5]** 20/3 23/5 28/9 28/12 34/18
**tables [11]** 19/15 19/19 20/7 20/12 20/15 21/24 22/5 22/10 22/13 22/15 23/3
**take [3]** 14/1 14/4 32/23
**taken [5]** 1/20 5/7 33/1 44/11 44/16
**Taking [1]** 1/23
**talking [5]** 5/24 11/16 33/11 34/7 36/12
**tasked [2]** 20/19 34/17
**team [1]** 27/7
**telephone [1]** 44/15
**tell [11]** 4/13 4/23 5/3 5/11 16/10 16/17 27/15 27/22 30/8 30/9 34/4
**TERRY [2]** 1/5 44/8

**T**

**test [4]**  14/4 14/5 14/10 14/11
**testified [4]**  4/12 17/13 28/4 28/23
**testimony [1]**  17/15
**tests [1]**  14/2
**than [6]**  8/2 16/7 16/13 22/10 35/11 37/18
**thank [8]**  6/20 7/7 9/22 11/2 13/19 29/15 38/18 40/1
**that [139]**
**that's [7]**  12/5 14/3 16/17 16/18 23/6 26/24 33/10
**their [1]**  30/20
**them [7]**  14/15 20/14 27/15 27/23 30/9 31/21 45/7
**then [11]**  16/1 16/10 16/17 20/8 23/1 23/2 23/4 27/9 29/24 32/6 44/18
**there [39]**  8/24 10/16 13/6 13/9 13/11 13/24 18/18 19/6 20/1 20/3 20/7 20/21 20/22 21/23 21/25 22/1 22/9 22/12 22/14 22/14 23/25 24/23 25/20 27/16 27/18 27/25 28/2 28/8 31/4 31/9 31/10 32/13 32/15 33/24 36/5 37/7 37/18 37/25 38/5
**there's [1]**  13/3
**Thereupon [3]**  4/1 4/2 4/9
**these [1]**  31/6
**they [7]**  22/15 31/13 34/21 38/14 38/15 38/15 38/16
**thing [2]**  23/6 27/25
**things [4]**  16/1 22/11 28/24 37/2
**think [6]**  8/4 14/8 14/8 18/12 32/20 37/7
**thinking [1]**  8/4
**this [27]**  4/18 5/16 5/17 5/19 6/9 6/25 9/7 9/9 18/2 18/25 19/5 19/9 19/12 19/17 21/7 26/14 26/15 33/11 35/19 35/23 36/9 41/13 42/11 43/19 44/14 44/15 44/16
**those [6]**  8/1 8/6 22/11 31/13 34/17 40/1
**though [2]**  4/25 32/21
**three [3]**  28/8 28/11 38/21
**through [4]**  23/9 23/15 23/19 41/7
**Throughout [2]**  39/7 39/16
**time [26]**  5/14 6/10 9/16 9/19 12/7 13/1 15/13 19/12 19/14 19/22 19/22

**U**

19/23 19/25 20/6 21/7 21/12 26/8 31/10 31/11 33/11 34/8 34/9 36/23 38/25 39/7 39/16
**times [2]**  5/13 19/17
**title [1]**  6/21
**today [1]**  15/20
**together [4]**  22/13 22/20 23/3 45/20
**toilet [2]**  7/25 13/17
**toilets [1]**  18/4
**told [6]**  16/10 26/15 27/16 27/24 33/12 38/7
**took [5]**  14/5 22/17 23/2 29/12 44/18
**tool [2]**  23/10 23/12
**tools [1]**  37/19
**top [6]**  24/5 24/6 28/17 29/9 29/10 29/12
**topics [1]**  13/5
**tore [3]**  23/9 23/15 23/19
**total [1]**  22/6
**trained [5]**  8/15 12/16 21/3 21/5 36/24
**training [27]**  9/24 10/9 10/14 10/18 10/20 11/6 11/9 11/11 11/14 11/17 11/21 11/22 11/24 11/25 12/3 12/10 12/14 12/17 12/23 13/1 13/16 13/20 13/23 13/25 14/2 21/6 37/12
**trains [1]**  8/25
**transcribed [1]**  44/13
**transcript [6]**  41/6 41/7 43/9 44/12 44/18 45/19
**translate [2]**  4/5 16/3
**translation [1]**  30/14
**Translator [1]**  16/4
**trial [1]**  5/1
**trolley [27]**  20/14 20/16 20/18 21/4 21/8 21/16 21/18 21/22 21/23 22/10 22/18 22/21 23/1 24/5 24/7 24/21 24/22 24/23 25/2 25/3 25/5 25/7 25/9 25/11 25/17 32/11 37/18
**trolley's [1]**  25/13
**trolleys [3]**  20/21 20/22 21/15
**trouble [2]**  35/18 35/21
**true [4]**  12/5 41/7 43/10 45/21
**truly [1]**  35/12
**truth [4]**  4/14 4/23 5/3 5/11
**try [1]**  7/11
**Tuesday [1]**  1/11
**two [5]**  14/19 20/22 21/15 21/18 34/17
**type [2]**  5/8 13/5

**U**

**under [2]**  4/22 44/12
**undersigned [1]**  42/6
**understand [9]**  4/23

4/24 5/4 5/5 29/3 35/5 35/8 35/12 36/20
**Understood [1]**  21/21
**UNITED [1]**  1/1
**unpack [2]**  22/19 36/20
**unpacking [3]**  31/7 37/12 37/20
**unstacking [1]**  37/24
**up [19]**  7/9 13/10 20/2 20/7 20/18 22/23 23/11 28/15 28/24 28/25 29/25 30/2 31/3 31/6 31/12 31/17 32/5 33/4 34/24
**upon [2]**  22/24 45/4
**ups [1]**  40/3
**upset [1]**  27/5
**us [1]**  34/17
**use [2]**  31/13 37/19
**used [5]**  21/8 22/19 22/22 38/16 38/17
**using [4]**  20/14 21/3 23/10 25/9
**usually [2]**  8/8 8/18

**V**

**very [7]**  12/19 27/20 28/17 29/9 29/12 29/20 35/8
**video [2]**  1/11 13/1
**videos [4]**  12/22 12/23 13/6 13/9
**vomit [2]**  39/17 39/24
**vomited [1]**  39/20
**vomiting [1]**  39/19
**vs [2]**  1/7 44/8

**W**

**wait [1]**  32/2
**waiting [1]**  31/12
**waived [2]**  40/9 44/17
**walking [1]**  24/24
**want [5]**  5/23 7/11 16/17 33/3 38/22
**wants [1]**  45/4
**warn [1]**  31/6
**warning [3]**  31/3 36/1 38/2
**was [144]**
**watch [2]**  12/22 13/22
**we [15]**  4/25 6/1 7/9 22/22 22/24 22/25 23/1 23/2 23/4 23/6 23/10 31/24 32/22 44/14 44/17
**we're [3]**  5/10 15/19 40/4
**we've [1]**  33/11
**week [12]**  14/3 14/24 16/25 16/25 17/7 18/10 18/13 18/15 19/1 33/21 33/21 33/23
**well [2]**  12/14 23/5
**went [4]**  13/11 13/24 22/25 27/9
**were [50]**
**weren't [2]**  37/22 38/1
**West [7]**  1/20 2/14 41/5 41/19 42/18 44/6 44/22

**what [38]**  5/8 5/18 6/11 6/15 6/20 7/10 7/20 8/11 8/21 8/21 9/20 12/7 13/13 14/10 14/10 14/13 15/12 16/13 21/21 23/12 23/15 24/13 24/15 24/16 24/21 25/10 27/11 27/15 27/22 28/25 33/5 33/6 34/4 35/15 36/8 36/11 37/4 39/23
**what's [1]**  39/4
**when [16]**  9/9 9/11 10/8 10/11 12/6 12/10 13/3 14/16 22/17 23/15 27/14 27/23 33/17 35/23 37/9 38/13
**where [11]**  6/17 10/14 11/9 11/13 20/1 24/4 26/1 26/11 31/23 32/11 36/14
**WHEREOF [1]**  41/12
**Whereupon [4]**  6/3 7/14 32/25 40/7
**whether [1]**  30/23
**which [4]**  4/22 5/11 17/21 27/25
**while [3]**  30/2 31/17 33/18
**who [12]**  8/23 8/25 14/23 19/7 20/17 25/3 30/6 31/21 34/6 35/6 35/15 44/18
**whole [3]**  17/9 17/10 33/11
**why [7]**  15/19 16/6 16/9 16/13 16/15 19/11 19/23
**will [3]**  5/1 6/9 26/20
**within [1]**  7/24
**without [2]**  15/23 44/19
**witness [6]**  3/4 41/12 42/11 45/4 45/6 45/25
**work [15]**  7/22 9/8 12/7 16/25 18/6 27/10 31/2 33/4 33/5 33/6 33/21 33/23 33/24 37/23 38/9
**worked [9]**  6/23 7/1 7/7 7/18 8/24 17/11 17/14 17/16 18/3
**working [7]**  9/5 9/16 9/20 14/18 17/4 17/8 25/16
**would [8]**  8/24 9/18 10/12 22/6 33/13 33/20 35/14 44/14
**wrap [5]**  23/2 23/8 23/9 37/2 37/4
**wrapping [1]**  23/19
**wraps [1]**  22/15
**written [2]**  34/24 35/3
**wrote [1]**  35/6

**Y**

**Yeah [1]**  28/13
**year [1]**  10/10
**yes [44]**  4/13 4/24 5/5 5/17 9/3 10/6 12/5 12/13 12/24 14/3 14/21 15/10

16/5 17/12 17/19 18/12 18/17 19/6 19/10 21/1 23/25 24/22 25/8 25/20 27/4 28/21 29/19 30/5 30/8 31/20 31/20 32/4 32/15 32/24 33/10 33/22 34/15 34/23 35/3 35/14 35/14 37/15 37/21 39/3
**you [181]**
**you're [7]**  9/1 11/16 14/18 16/6 16/9 16/13 16/15
**you've [1]**  15/24
**your [39]**  5/6 6/7 6/11 6/15 6/20 8/15 9/1 9/5 9/11 9/14 9/16 10/8 12/7 12/10 13/20 13/23 14/2 14/23 15/12 16/25 17/10 17/15 17/24 17/25 18/9 18/10 19/7 19/9 21/14 25/6 27/14 29/24 31/2 33/21 35/11 38/7 39/21 44/13 44/14
**yours [1]**  44/20
**YOURSELF [1]**  44/11