# Victor H. Barredo, M.D., M.S. Physics, IAIMEF
**Diplomate in Neurology and Psychiatry**
**South Miami Neurology**
**Fellow of the International Academy of Independent Medical Evaluators (IAIME)**

7000 SW 62nd Ave, Suite 300
Miami, FL  33143
Office Phone:  305-665-6501

## COMPULSORY NEUROLOGICAL EVALUATION

**Claimant:   Terry, Michelle**
**Date of Birth:** ▇▇▇▇▇▇▇
**Date of Injury: 6/5/2023**
**Case Reference:** MICHELLE TERRY, Plaintiff, v. CARNIVAL CORPORATION,

**Case Number:** 2024-CV-22067-RKA

**Requesting Attorney:** Michael Drahos Esq. of Gray Robinson.

**Date of Examination:** 1/31/25

**Examiner:** Victor H. Barredo, MD, MS, IAIMEF Neurologist

---

I informed the examinee that there would be no doctor-patient relationship established by the evaluation and they acknowledged understanding.

I am Board Certified in Neurology and Psychiatry since 1983. My expertise for doing this examination includes forty plus years of general neurological practice, hospital and emergency room work. During that time, I have done over 100,000 neurological examinations. I have served in the past as Rotating Director of the Critical Care Units. I have certification as a Medical Legal Evaluator by the International Academy of Medical Evaluators (IAIME) and I am a Fellow of IAIME.  I have given countless lectures on headaches and been a speaker in international conferences on Traumatic Brain Injuries. I covered my partner, Dr. Ray Lopez, for several years when he was the director of HealthSouth Regional Rehabilitation Hospital for Brain Injury Program in Miami. I have for years been the neurology consultant for Generational Management Services in Miami which specializes in case management for individuals with disabilities, mostly traumatic brain injuries.    I developed South Miami Neurology's Vestibular Testing Laboratory and I read VNGs on a regular basis for the other physicians in our practice. I was formerly the medical director of the South Florida section of Alliance Neurodiagnostics regularly reading outpatient video monitored EEGs for other South Florida physicians ordering those tests. I have years of experience being the sole reader of CT scans and MRIs of the brain and spine on my own patients and currently do clinical radiological correlation of patient's films on an almost daily basis.

1

**Claimant: Terry, Michelle  dob** ████████  **doi** 06/05/2023   **Date of Exam: 1/31/2025**

**CHIEF COMPLAINT:**
Symptoms claimed from injury sustained on a cruise ship on 6/5/2023,

**HISTORY OF PRESENT INJURY:**
 This 56 y.o. examinee gives a history of sitting in the smoking area on a high deck chair of a cruise ship when something hit the back of her head.  She says that she has no recollection of what hit her. She was smoking around some people in the smoking area. Her daughter, who was with her on the cruise, was not with her so she had no family who witnessed the event.  She feels that she was unconscious as she first recalls people being around arguing about something and she says, one of the cruise personnel wanted to help her back to her room.  After a discussion, they called her daughter to come over and they brought a wheelchair and took her to the infirmary.  She does recall that when her daughter came over to see her, they were trying to keep her away.

She says she really does not have any good recollection of remembering what hit her.  She does remember anything about a stack of tables as she was hit from behind.  She says there is just not much that she remembers.  She thinks she was still very confused when she was in the infirmary.  Her daughter had come over.  She had her daughter fill out the report as she felt she was not able to.  They finally released her, and she went back to her room.  She was able to walk back to her room on her own.  She says she did not do anything else that night.

The next day, she says, several of the passengers came back to check on her and told her that she had been unconscious.  This would be her first episode of loss of consciousness.

The next day they were still on the cruise, so they went on a small boat to Princess Cay.  She says she was not feeling well and went to talk to a nurse who was there in a little clinic.  She asked to be taken back to the ship, but they told her that they would not be able to take her daughter back with her, so she decided she did not want to leave her 15-year-old there by herself and decided to stay the rest of the time.  Her daughter apparently started freaking out and one of them called Mrs. Terry's husband.  She does remember eating some banana nut bread that day and does not recall throwing up. She says she had no recollection of vomiting as is noted in one report nor recall later on having to clean her clothes of any vomitus.  She tried to enjoy the rest of the cruise but felt that she had "sea-legs" and was a little bit unbalanced.  Her daughter apparently felt the same way but once she went back to land, her daughter was fine, and Ms. Terry continued to feel that "sea-legs" sensation.  They had taken some seasick pills on the cruise.

Once they got back, she went to the emergency room.

**Currently:**
Mrs. Terry had a lot of headaches after this.  She says she was not a headachy person before this.  However, since her neck surgery, the bad headaches have gone away.  She still often feels a little band around her head, not daily but she says it is more of a weird sensation and not really a pain for which she needs to take medication.

She says she still has dizziness.  She says this is mostly if she closes her eyes and then stands up.  That causes her to fall backwards.  She often feels a sensation of slight swaying when she is

**Claimant:  Terry, Michelle  dob** ███████   **doi** 06/05/2023   **Date of Exam: 1/31/2025**

standing.  It is not often.  She has had some falls, but she thinks those are more when she gets up when her feet had gone to sleep, and that has caused some falls with injuries.

She says she still has a ringing or hissing sensation in her ears.  She says it is a little bit like being on a plane.  It is bilateral.  Her hearing is okay.  She went one time to get her ears checked and they told her that they were okay.  She does not feel that has improved over time.

Mrs. Terry says that since the accident she no longer drives.  She does not feel comfortable driving.  She only drove one time and felt she did not do well.  She feels perception problems when she even drives in the car with somebody else driving as she sees things appear closer than they are and feels anxiety related to that.

Mrs. Terry says that she had no problems with anxiety before this and now she is feeling very anxious when she gets around people.  She feels less anxious alone. The patient feels that there is a degree of depression.  She has a counselor helping. She is on antidepressant medication.

Mrs. Terry tells me that she has a history of psychosocial problems as a child.  She does not know her father.  Her mother gave her away at the age of 3 to a nice, caring family but then took her back at the age of 7.  The mother had a lot of problems.  She was some type of enforcement person and because of those psychological problems had to give up her weapon.  Her mother used to have a babysitter whose boyfriend was abusive who would come over and sexually expose himself and masturbate in front of Ms. Terry.  She does not recall any physical abuse.  In the seventh grade, Mrs. Terry's mother apparently left her daughter alone to fend for herself.  Her daughter stayed in different homes.  She dropped out of school in the seventh grade and became a stripper.  She did this apparently until she found out she was pregnant with her previous boyfriend or spouse.  She says her current husband is very nice, and she has had no physical or verbal abuse since.

She says they are currently going to be investigating her sleep problem.  They are trying to get her scheduled for a sleep test.  From the records, she has been given a diagnosis of central sleep apnea syndrome, or I would imagine that is one of the considerations since she has not had a sleep study yet.  She says the problem is that she feels that sometimes when she is sleeping, she cannot breathe out and it awakens her, so she can take a breath out.  She says that she has to literally wake up to breathe.  She says her husband has shaken her sometimes because she does not seem to be breathing, and she does snore.  She says she does have to take her naps during the day because her brain does tend to get tired.

She notes that both her husband and daughter believe her short-term memory is deteriorating.  Her daughter says she spaces out at times.  She has drastically decreased her socialization because she does not feel that she is the same person and people will see that.

She says that she has difficulty retaining information that she learns.  Her husband says she gets over talkative at times and somewhat repetitive.  She has started on donepezil which she says is for dementia.  She says that she used to love to cook but now does not because she sometimes just does not feel like it and sometimes, she has trouble remembering recipes.  She feels that this problem is pretty much static even if her family say she is worse.

**Claimant:  Terry, Michelle  dob** ███████  **doi** 06/05/2023   **Date of Exam: 1/31/2025**

She says that she had some difficulty with her speech initially because her brain would tire out and then she would get snappy and angry.

When I asked if anything was better, she said that her knees are better.

Sleep Habits: She takes Tylenol PM or Flexeril.

**PAST MEDICAL HISTORY**:

**Illnesses:** Diverticulosis.

**MEDICATIONS:**

- Flexeril usually nightly
- Hydrocodone about 4/day which she did not have today as she forgot and left them home.
- Donepezil once a day
- Hypertension medicines.
  Some type of antidepressant.

ALLERGIES: Gabapentin and has a sensitive colon to NSAIDs due to diverticulosis.

**SOCIAL HISTORY:** Alcohol: Does not drink.    Work status:   Apparently has never worked since her striper days.

**FAMILY HISTORY:** Mother: no longer in contact.  Father: not known.

**REVIEW OF SYSTEMS:**

- <u>Constitutional</u>:   She initially lost a lot of weight due to a change in appetite but now she says she has regained more than she has lost.
- <u>Eyes</u>:  reports no: eye pain, recent visual loss, double vision.  Admits symptoms as noted in the present illness.
- <u>Ears, Nose. Throat</u>:  reports no: decreased hearing. She has difficulty swallowing and says that it feels like something gets stuck in her throat.  Has tinnitus
- <u>Cardiovascular</u>:  reports no: chest pain or palpitations.
- <u>Respiratory</u>:  reports no: respiratory problems except as noted above.
- <u>Gastrointestinal</u>:  reports no: gastrointestinal problems except problems related to diverticulitis and regurgitation quite a bit during her sleep.  It awakens her.  She says she one time had incontinence of her bowels but that only occurred once a while back.
- <u>Genitourinary</u>:   reports no: difficulty urinating, frequent urination. urinary incontinence.
- <u>Hematologic</u>:  reports no easy bruising.
- <u>Psychiatric</u>:  reports no: suicidal thoughts. She reports that she has anxiety, has depressed mood.
- <u>Neurologic</u>:   reports no: seizures, tremors. She reports tingling and numbness.

**Claimant:  Terry, Michelle  dob** ████████  **doi** 06/05/2023   **Date of Exam: 1/31/2025**

## NEUROLOGICAL EXAMINATION:

The examinee is in no acute distress and is comfortably and appropriately dressed.

Self-Reported: Height: 63 inches.  Weight: 159 lbs.  Weight was 147 pounds on the day of the accident.

**Mental Status:**  Alert and oriented.  Language function was intact. There was no word finding difficulties. Social pragmatics including eye contact, conversational interjections, repairing of incomplete sentences, speed of answers to questions and retelling of his history are intact. No logopenia was noted.

*Mental status testing in neurological examinations are screening tests for cognitive problems as they are not neuropsychological tests with performance and symptom validity tests to ensure good effort.*

Immediate memory shows she is able to repeat 5/5 items immediately and to recall 4/5 items after more than five minutes and distractions. She was able to spell house backwards.

The Trails Making Test (TMT) is a useful test for the presence of brain injury. The TMT is a measure of attention, speed, and mental flexibility. It also tests spatial organization, eye movement visual saccades and pursuits, recall, and recognition. Part A requires the individual to draw lines to connect 25 encircled numbers distributed on a page. Part A tests visual scanning, numeric sequencing, and visual-motor speed. Part B is similar except the person must alternate between numbers and letters and is more difficult and takes longer to complete. Part B tests cognitive demands including visual motor and visual spatial abilities and mental flexibility. Both sections are timed, and the score represents the amount of time required to complete the task. He did Part A in 22 seconds (normal for age 12-50) and The Trails Making Test Part B in 78 seconds (normal for age 29-95). As such both were within normal limits.

The Semantic Fluency Category Testing (generating words that fit into a semantic category) was done with animals that live on land and in one minute, was able to come up with 16 animals. As such low.

On FAS testing, a search and retrieval of words that fit a particular criterion within a time limit the examinee was able to come up with - -only a few words starting with the letter S then, she asked to start over again.  We tried the T and she was able to get 12 of them. As such low.

**Affect:** Teary-eyed at times.

**Cranial Nerves:**

- • II:          Visual fields full to frontal confrontation testing.
- • III, IV, VI:   No ptosis.  Pupils appear symmetrical and briskly reactive to light.  Eye movements were full without nystagmus.  Saccadic and pursuit eye movements were abnormal as she would not go past the midline either way to command while keeping her neck straight.  Even when I did a head thrust test, she would initially shift her eyes to looking at me at the size she would instantly go back to the center.  However, on OKN there was normal rapid and pursuit eye movements.  Normal both in upgaze/downgaze and lateral gaze.  There was no primary or gaze evoked nystagmus or overshoot.
- • V:          General facial sensibility and mastication normal.
- • VII:         Normal and symmetric facial movements.

**Claimant: Terry, Michelle  dob** ▮▮▮▮▮  **doi** 06/05/2023    **Date of Exam: 1/31/2025**

- VIII:        Hearing grossly normal to finger rub.
- IX, X:      No palatal dysarthria
- XI:          Shoulder shrug and head turn intact with symmetrical sternocleidomastoid and trapezius muscles.
- XII:         Tongue in the midline with normal motion, no atrophy, no fasciculations. No Lingual Dysarthria.

**Motor**:    There was no atrophy or fasciculations noted.  Arm roll was symmetric. Finger rapid alternating.  Foot movements and strength peripherally was noted to be normal.

**Deep Tendon Reflexes of the Upper and Lower Extremities**:  Biceps 1+/1, triceps 1+/1+, brachioradialis 1+/1+.  Knees 1+/1+ and ankle jerks are 1+/1+. There were no pathological reflexes noted.

**Coordination Examination**:  Upper and lower extremity coordination was normal.  No tremor was noted

Romberg showed no differential between feet together with eyes closed, or eyes open conditions. Both were normal.

**Gait and Station**:  Normal stride, normal associated arm movements. Normal turns. Normal tandem gait.  Mildly wobbly tandem.

RELEVANT BRAIN DIAGNOSTIC STUDIES (PERSONALLY REVIEWED):

•        I reviewed the 6/28/2023 MRI of the brain that was performed on Ms. Terry.  On the FLAIR sequences there were multitude of white matter hyperintensities of multiple sizes scattered throughout the cerebrum.  There was no specific location as they were present in the frontal parietal and occipital regions.  On the Susceptibility Weighted images looking for hemosiderin from hemosiderin from prior microhemorrhages, I do not see any lucent areas that are not in my opinion part of blood vessels.  Also, in this region there is no abnormal white matter hyperintensities as could be seen in a contusion.  The forces necessary to create all of these white matter hyperintensities are totally incongruent with any type of mild traumatic brain injury and would require a much more severe degree of brain injury in the range of loss of consciousness of 30 minutes or greater or abnormal mental status or amnesia greater than 24 hours.

•        On the 6/8/2023 CT scan of the brain there were no abnormalities seen in the brain.  There were no areas of swelling of the scalp.  There was no evidence of subcutaneous blood as would be seen in a significant bruise.

**All IMAGING STUDIES REVIEWED:**
> Injury Care Center - Radiographic Studies"
> Associates Orange Park - Studies"
> Imaging Associates - Orange Park"
> Injury Care Centers"
> - Ascension Riverside"
> Ascension St. Vincent's Riverside - Radiographic Studies"

**All medical records reviewed, letters and legal documents:**

> Plaintiff's Initial 5-6- Medical Records.pdf"
> - Medical Bills.pdf"

6

**Claimant:  Terry, Michelle  dob** ▇▇▇▇▇   **doi** 06/05/2023   **Date of Exam: 1/31/2025**

Plaintiff's Initial Disclosures - Document Production
1. Ticket pdf"
2- Injury picture.pdf"
3- Area.pdf"
4- Passenger Injury Statement.pdf"
Physician Partners of America -Records\Jacksonville ASC Medical records 12-27-23 op(61861436.1).pdf"
Physician Partners of America -Records\Jacksonville ASC Records 02.28.2024(61861437.1) (1).pdf"
Physician Partners of America -Records\Jacksonville ASC Records 02.28.2024(61861437.1).pdf"
Physician Partners of America -Records\Jacksonville ASC Records 3.27.2024(61861438.1).pdf"
Physician Partners of America -Records\Jacksonville ASC Records 5.1.2024(61861439.1) (2).pdf"
Physician Partners of America -Records\Jacksonville ASC Records 5.1.2024(61861439.1).pdf"
Physician Partners of America -Records\Jacksonville ASC Records 6.12.2024(61861440.1) (3).pdf"
Physician Partners of America -Records\Jacksonville ASC Records 6.12.2024(61861440.1).pdf"
Physician Partners of America -Records\Jacksonville ASC Records 7.31.2024(61861441.1) (4).pdf"
Physician Partners of America -Records\Jacksonville ASC Records 7.31.2024(61861441.1).pdf"
Physician Partners of America -Records\CRNA BILL(61861431.1).pdf"
Physician Partners of America -Records\FPRG Billing from 06.05.2023 to 10.16.2024(61861432.1).pdf"
Physician Partners of America -Records\Jacksonville ASC Ledger(61861434.1).pdf"
Physician Partners of America -Records\Jacksonville ASC Medical records 9-20-23 op(61861435.1).pdf"
No.9.pdfPl's Responsive Documents to Def.'s Initial Discovery 10.16.24\No.24(61840929.1).pdf"Pl's Responsive Documents to Def.'s Initial Discovery 10.16.24\No.29(61840931.1).pdf"Pl's Responsive Documents to Def.'s Initial Discovery 10.16.24\No.32(61840933.1).pdf"
Injury Care Centers Oakleaf - Records\TERRY MARCEL MICHELLE 07 07 2023 DAILYNOTE Rolando Perez DC(61669278.1).pdf"
Injury Care Centers Oakleaf - Records\TERRY MARCEL MICHELLE LUMBAR SPINE REPORT - MICHELLE TERRY(61669280.1).pdf"
Injury Care Centers Oakleaf - Records\TERRY MARCEL MICHELLE OP MRI C SPINE REPORT 6.28.23(61669281.1).pdf"
Injury Care Centers Oakleaf - Records\TERRY MARCEL MICHELLE SPINE BRAIN & JOINT DOS 6.13.23(61669282.1).pdf"
Care Centers Oakleaf - Records\PatientBillReport - 2024-09-26T155216.705(61669273.1).pdf"
Injury Care Centers Oakleaf - Records\TERRY MARCEL MICHELLE 06 15 2023 INITIAL Rolando Perez DC(61669274.1).pdf"
Injury Care Centers Oakleaf - Records\TERRY MARCEL MICHELLE 06 16 2023 TELEMEDICINE Darien Rhodes APRN(61669275.1).pdf"
Injury Care Centers Oakleaf - Records\TERRY MARCEL MICHELLE 06 21 2023 DAILYNOTE Rolando Perez DC(61669276.1).pdf"
Injury Care Centers Oakleaf - Records\TERRY MARCEL MICHELLE 06 30 2023 DAILYNOTE Rolando Perez DC(61669277.1).pdf"
Jacksonville ASCRecords 7.31.2024(61861441.1) (4).pdf"Jacksonville ASC Records 7.31.2024(61861441.1).pdf"

Notice of CME - Dr. Barredo(62397141.1).pdf"

1. Second Amended Complaint.pdf"
2. Answer and Affirmative Defenses to Second Amended Complaint.pdf"

**Claimant:  Terry, Michelle  dob** ███████   **doi** 06/05/2023   **Date of Exam: 1/31/2025**

3.Terry-Pl's Answers to Def.'s Interrogatories -10.16.24.pdf"
4.Terry-Pl's Response to Def.'s Request for Production.pdf"
5. Complete Medical Chart.pdf"
6. Ascension St. Vincent's Clay Medical Records.pdf"
7. Atlus Medical Records.pdf"
8. Avecina Records.pdf"
9. Dr. Mark Clayman [Plastic Surgery] Medical Records.pdf"
10. Jacksonville Surgery Center Records.pdf"
11. Neuro Doc Records.pdf"
12. NeuroDoc-MichelleTerry-SubpoenaInvoice.pdf"
13. PT Associates of Orange Par - MR to 8-21-2024.pdf"
14. PT Associates of Orange Park -  MR to 5-16-2024.pdf"
15. PT Associates of Orange Park - Terry, Michelle - Billing Statement to 8-21-2024.pdf"
16. Publix Pharmacy records.pdf"
17. Spine, Brain, & Joint Institute records.pdf"
CRNA BILL(61861431.1).pdf"
FPRG Billing from 06.05.2023 to 10.16.2024(61861432.1).pdf"

**Claimant:  Terry, Michelle  dob** ▮▮▮▮▮▮  **doi** 06/05/2023   **Date of Exam: 1/31/2025**

## DIAGNOSIS/CAUSATION:

1. Injury on 6/5/23

   a. Mrs. Terry had a head injury on board a cruise ship. I still have difficulty knowing how high this stack of chairs was as Ms. Terry can't give me any information. Ms. Terry tells me that she is unable to remember what happened after the chairs hit her head. Per the ship's infirmary notes, it is noted that "as per Guest, a pile of chairs fell onto the back of her head and was complaining of headache and hematoma on her head and "does not remember what happened after the chairs hit her head."  As such, it is possible that she had a mild concussion with transient loss of consciousness, or she had some anterograde amnesia. However, it would have been a short duration of amnesia as she recalls someone keeping her daughter away. When one is in the amnestic spell one keeps asking the same questions that have been answered over and over again and is usually quite obvious.  She had no postconcussive symptoms otherwise except for headache. Her Glascow Coma Scale (GCS) was 15 or normal. There was no nausea at that time. No blurred vision. Her gait was noted to be normal with a negative Romberg balance test.

2. Her history after this is somewhat variable.

   a. Three days later, 6/8/23, in the emergency room, she said she lost consciousness for 3-4 seconds, told to her the next day by witnesses. They note she had been able to walk and drive since the incident. She also told them that later on that day she had nausea and vomiting. She does not recall vomiting now. CT scan of the brain was negative.

   b. On 6/13/23 at Atlus, she gave a detailed history of "employees of the cruise ship were pushing a cart by on wheels that had tables and chairs with saran wrap around them. One of the workers cut the saran wrap as they were walking past, causing the chairs to collapse and fall on the patient. She was struck in the back of head...she fell to her right and lost consciousness and did not regain consciousness until she was in a wheelchair on her way to the medical center." She gave a history that she had not had any prior injuries and did not mention her 1991 semitruck accident with lumbar disc herniations. She was noted to have complained of difficulty concentrating, focusing, light sensitive, nausea and numbness and tingling and a diagnosis of Post Concussional Syndrome was made.

   c. By the time Dr. Moore saw her on June 19, 2023, her loss of consciousness had gone up to 3-5 minutes and now she stated she had 30-40 minutes of anterograde amnesia. She also complained of a large bump on the left side of her head which was not seen on the CT and would not have resolved in the three

9

**Claimant:  Terry, Michelle  dob** ███████  **doi** 06/05/2023    **Date of Exam: 1/31/2025**

days from the injury to the CT of the brain. There were no signs of even significant bruising under the skin by CT. She also told him that she had been diagnosed with a concussion on the ship.

d.  In summary, as time went on the history of loss of consciousness or amnesia increased with each telling of her story.

3.  Question of Concussion or Mild Traumatic Brain Injury (mTBI).

a.  For either of these diagnoses, first and foremost, we have to have a biomechanically plausible mechanism of injury Criterion. 1: Mechanism of Injury Traumatic brain injury (TBI) results from a transfer of mechanical energy to the brain from external forces resulting from the (i) head being struck with an object, (ii) head striking a hard object or surface, (iii) brain undergoing an acceleration/deceleration movement without direct contact between the head and an object or surface, and/or (iv) forces generated from a blast or explosion, current diagnostic criteria for Concussion and Mild Traumatic Brain Injury (mTBI), noted below in the Definitions section. (Silverberg, Aug2023). Or, from the ICD-10 diagnostic criteria for Concussions, a head injury sufficient to cause loss of consciousness (even if it didn't). I would defer to biomechanics experts on this issue.

b.  Mild Traumatic Brain Injury (mTBI) and Concussions and are now considered synonymous, and both refer to the state of the person immediately after the head injury or immediately after returning to consciousness and are injury diagnoses and do not imply Traumatic Brain Damage.

c.  The onset of acute subjective alteration in mental status feeling confused, feeling disoriented, and/or feeling dazed occurs immediately following the impact or after regaining consciousness. Feeling "dazed" should continue for some time as everyone is going to be dazed or stunned momentarily by something unexpectedly hitting their head. There were no complaints of such on the first visit.

d.  When she was first seen, there were no objective neurologic abnormalities or signs of a concussion on her examination. There was no complaint of loss of consciousness.

e.  A CT scan of the brain done 6/8/23, which I personally reviewed, did not show evidence of any type of hemorrhage or contusion of the brain or skin from a bruise or lump which would not have cleared in a few days. A picture of her scalp shows some redness in the area.

**Claimant: Terry, Michelle  dob** ▮▮▮▮▮  **doi** 06/05/2023   **Date of Exam: 1/31/2025**

f.   As such, if there was a concussion or mTBI, it was a mild one considering that worse ones can give you 30 minutes of loss of consciousness and/or up to 24 hrs. of amnesia or altered mental status.

g.   An MRI done 6/28/23 on showed White Matter Hyperintensities

   i.   The correct diagnosis for this is Leukoaraiosis.

   ii.   She had multiple subcortical white matter hyperintensities though the whole cerebrum bilaterally and frontal to occipital.

   iii.   The differential diagnosis for this is broad. The most common cause would be vascular disease. She is a smoker and that could account for this.

   iv.   While Traumatic Brain Injury could cause this, there is no predominantly frontal-temporal distribution that would normally be seen in moderate Traumatic Brain Injury. The widespread and bilateral lesions would only be seen with more severe Moderate to Severe Brain Injuries with forces much greater than could have occurred in this case and would have produced the loss of consciousness greater than 30 minutes or amnesia greater than 24 hrs. needed for even a moderate Traumatic Brain Injury.

   v.   She was noted on the MRI report to have a right-sided occipital deposit of hemosiderin which is a sign of a previous bleed and looked for on MRIs to evaluate for signs of a prior brain contusion. I don't see any low signal spot there that is not associated with a blood vessel that would be a definitive lesion. Almost daily I look at MRI films of my patients and do clinical-radiological correlation with the scans and patients' symptoms and what I see here is not what I typically would call a hemosiderin deposit with contusions. I also don't see any T2 or FLAIR areas of damage to the brain in this area which one would expect would be a residual also from contusion with microbleeding. Lastly one cannot date a hemosiderin deposit and could be something from years ago.

   vi.   As such, the findings on the MRI were not congruous with the description of this injury.

   vii.   In non-medical legal neurological workups, the next step would have been to get an MRA of the brain to make sure is wasn't a small old bleed from an angioma or vascular malformation of the brain.

h.   On 7/19/23 Dr. Moore is treating her for cervicogenic headaches.

4.   Question of Post Concussional Syndrome.

11

**Claimant:  Terry, Michelle  dob** ▮▮▮▮▮▮▮   **doi** 06/05/2023    **Date of Exam: 1/31/2025**

a. On 6/13/23 at JAX Spine and Brain & Joint her Headaches- 8-9/10 and constant. The headaches are global. She feels like she has difficulty concentrating, focusing, light sensitivity, and nausea.+ numbness, tingling. They diagnosed Post Concussional Syndrome and sent her for an MRI with DTI.

b. By 7/25/23 at Atlus, she stated that she cannot walk a straight line, and this was giving her difficulty.

c. By 6/19/23 with Dr. Moore, she was feeling nauseous and he felt that she was having posttraumatic cervicogenic headaches. He made the diagnosis of a TBI chiropractic tx for the treatment to her neck. She mentioned dizziness and insomnia. Noted a previous 1991 mva when hit by a semi-truck and suffered a lumbar disk herniations but no head injury for that.

d. On 7/25/23, Dr. Cannestra notes memory issues, word-finding difficulties, language, balance, fogginess and balance problems with post-concussion symptoms of decrease concentration, memory impairment, headaches, dizziness, tinnitus, nausea, and insomnia after being hit in the head with a stack of chairs.

e. The same number of symptoms persist through Dr. Moore's office note from 10/1/24 by Julie Wisham.

f.  The ICD-10 criteria include a history of TBI and the presence of 3 or more of the following symptoms of headache, dizziness, fatigue, irritability, insomnia, concentration or memory difficulty, and intolerance of stress, emotion, or alcohol.

g. The DSM-V manual also offers cogent information regarding the natural history for mild TBI, and recommendations applicable to cases wherein atypical courses of illness manifest:

    i. "Neurobehavioral symptoms tend to be most severe in the immediate aftermath of the TBI. Except in the case of severe TBI, the typical course is that of complete or substantial improvement in associated neurocognitive, neurological, and psychiatric symptoms and signs. Neurocognitive symptoms associated with mild TBI tend to resolve within days to weeks after the injury with complete resolution typical by 3 months. Other symptoms that may potentially co-occur with the neurological symptoms (e.g., depression, irritability, fatigue, headache, photosensitivity, sleep disturbance) also tend to resolve in the weeks following mild TBI. Substantial subsequent deterioration in these areas should trigger consideration of additional diagnoses.

    ii. The applicable differential in such instances is broad but involves many common conditions which psychiatrists (and forensic psychiatrists) are

**Claimant: Terry, Michelle  dob** ███████   **doi** 06/05/2023   **Date of Exam: 1/31/2025**

especially adept at identifying, such as depression, anxiety, PTSD, medication effects, substance abuse, disrupted sleep, chronic pain, and a spectrum involving somatization (magnification of symptoms and impairment), factitious symptoms (fabrications of symptoms to assume a sick role), and malingering (fabrication of symptoms for secondary gain.) The latter diagnosis can only be established by neuropsychological testing with performance and symptom validity testing. One has to wonder about her sexual abuse history in this setting. Although she denied physical abuse, it is hard to get good histories from abused persons without extensive psychotherapy.  DSM-V.

5.  Question of persistent cognitive dysfunction.

   a.  In her case, she says that according to her husband and daughter, her memory is getting worse, i.e., the opposite of what one would expect, i.e., a progressive increase and development of new symptoms as time went on.

   b.  The DSM-V took out Post Concussional Syndrome as a diagnosis and left cognitive impairment as an entity, for all Traumatic Brain Injury cases, that would be evaluated by neuropsychological testing. Most normal people have some abnormalities on neuropsychological testing, i.e., some are poor at remembering names, others are poor at directions, others are better at auditory than visual learning. As such, the AMA Guidelines to Permanent Impairment, Sixth Edition requires a global decline in cognitive function, between one to two standard deviations from the mean, to define impairment from Mild Neurocognitive Disorder after Traumatic Brain Injury. Also, DSM-V criteria state that one can make that diagnosis only after a Major Depressive Disorder is ruled out. In this case, Mrs. Terry has obvious depression.

6.  Question of abnormal VNG.

   a.  Dr. Moore did an incredible number of neurological tests including visual evoked potentials, brain stem auditory evoked potentials, blink reflex testing, heart rate variability, and sympathetic skin responses in her hands, and somatosensory responses, all of which were found to have no significant abnormalities as would have been expected. I reviewed the actual data and graphs and agree.  Bilateral lower extremity sympathetic skin responses were also non-diagnostic.

   b.  And he performed a videonystagmogram usually done for vertigo or dizziness.

   c.  Her VNG FINDINGS: Smooth pursuits were in the 27th percentile (this is patient-dependent on their maintaining attention and following a spot of light around. Saccadic movements were in the 67th percentile, going back and forth between two points, and the 67th percentile does not sound abnormal to me. He did see visible nystagmus, but this is not present on my exam. He concluded that the patient was found to have impairment in smooth pursuits, saccadic eye

**Claimant:  Terry, Michelle  dob** ███████  **doi** 06/05/2023    **Date of Exam: 1/31/2025**

movements, and visual fixation, likely contributing to impaired ability to visually focus and track moving objects.

d.  Her eye movement exam at this time does not correlate with known neurological diseases or pathophysiological processes. She won't look to either side when asked to. If I rotate her head such that the eyes have to snap to the right or left she will snap them back to the mid-position after a second or two. Yet, see her Trails Making test below where she was able to look back and forth across the page without moving her head just her eye and OKN tape movements, again with her neck held stiff were normal.

e.  Finally, the speed at which she did the Trails Making Test Part 1 which is jumping from one number to another in ascending numbers scattered about a page was excellent and this test is basically saccades and pursuit movements of the eyes as you look around searching for the numbers and then join the numbers with a line. As such, if she has any residual VNG abnormalities, they are not affecting her visual search function. This is usually one of the tests that is done when evaluating brain injured patients to assess their driving ability.

f.  Most extraocular eye movement abnormalities seen on a VNG are seen in the acute setting of a head injury and resolve within a few months after a head injury (Kelly, 2018) and patients with chronic migraine frequently have both peripheral and central VNG abnormalities on their testing. (Rezeski, 2008)

g.  VNG testing with saccadic and pursuit type movement abnormalities in a cooperative patient with good eyesight it has a high sensitivity (few false negatives) but very low specificity, i.e., many false positives are seen. (Tirelli, 2011) That is, if you diagnose that the abnormalities are coming from the brain and not the labyrinth, you are likely to be wrong most of the time.

h.  Medications such as pain meds and muscle relaxers can definitely affect the VNG eye movements and there was no correlation made about the meds that she was taking.

i.  Her complaints of visual distortions driving where things look closer than they are supposed to be do not occur on a constant basis in any neuro-ophthalmological disease except in rare cases with temporal lobe seizures when they have the seizures only and then usually the opposite, i.e., they appear farther, teleopsia. As such, I cannot explain this on any neuropathological bases.

7.  Question of abnormalities on qEEG testing.

a.  She was noted to have an abnormal qEEG.

b.  For many years, the American Academy of Neurology has had a position that qEEG is not reliable and should not be used in legal proceedings.

**Claimant: Terry, Michelle  dob** ███████  **doi** 06/05/2023  **Date of Exam: 1/31/2025**

    c. More recently, in 2021, in the American Clinical Neurophysiology Society, who provide quality assurance for EEG techs published their "Practice Guidelines: Use of Quantitative EEG for the Diagnosis of Mild TBI: Report of the Guideline Committee." Their position is that "The evidence does not support the use of qEEG to accurately identify patients with mTBI either at the time of injury or remote from the injury."  "The evidence does not support the use of qEEG to correctly differentiate mTBI from other disorders." "The evidence does not support the use of qEEG to reliably identify patients with mTBI in the presence of central nervous system medication." "The evidence does not support the use of qEEG to differentiate between drowsiness and mTBI." (ACNC-Guidelines, 2021;)

8. Question of abnormal DTI in her MRI.

    a. See the report below in the records. The radiologist mentions that there were abnormal FA (fractional anisotropy) findings on the scan, which looking at her plain MRI, would be obvious as all those white matter hyperintensities would in all likely show abnormal FA. However, he goes on to expand on that the only differential diagnosis that he considered was chronic migraine, which realistically would not have shown all these many, and some sizable abnormalities.

    b. He does mention in the regular MRI sequences that this could be related to small vessel ischemic disease. These abnormalities can be seen with vascular changes from long term smoking which tend to progress over the years.

    c. However, his statement at the end of his long dissertation concludes with "In summary, the above findings are compatible with the history of traumatic brain injury with objective quantitative evidence of permanent traumatic brain injury evidenced on these advanced brain imaging techniques." He does say that clinical correlation is suggested.

    d. DTI scans evolved from a test that I and many others thought would be helpful to diagnose Mild Traumatic Brain Injury to a highly controversial test.

    e. As the number of studies have accumulated, it has become obvious that there are many problems with its usage, specifically in mild TBI. When used to prognosticate the consequences of a brain injury, it has been found to be helpful only in moderate to severe brain injury.

    f. The findings do not correlate well with either PCS symptoms or cognitive problems after mTBIs.

    g. The findings are often similar to findings in patients with depression, anxiety, chronic pain, post-traumatic stress disorder (PTSD) and "cured" HIV disease and more recently fibromyalgia and TMJ disorders.

**Claimant:  Terry, Michelle  dob** ███████    **doi** 06/05/2023    **Date of Exam: 1/31/2025**

h.  The DTI findings cannot be used to date an injury and may be abnormal from a minor head injury that is not reported or recalled from years ago.

i.  Abnormal findings are mostly relevant to prognostication in group studies but not at the individual patient level.

j.  There are many potential technical errors in its use.

k.  See below for all the professional medical societies that have made position statements regarding MRI DTIs

  i.  The Radiological Society of North America in 2023 (RSNA, April 2023) "there is insufficient evidence supporting the routine clinical use of these advanced neuroimaging techniques for diagnosis and/or prognostication at the individual patient level."

  ii.  The American College of Radiology states that these studies are - "usually not appropriate across all scenarios involving head trauma" 2021,

  iii.  The American College of Radiology Head Injury Institute, the American Society of Neuroradiology, the American Society of Functional Neuroradiology, and the American Society of Pediatric Neuroradiology Imaging - "there remains insufficient evidence at the time of this writing to conclude that these advanced techniques can be used for routine clinical use at the individual patient level yet it continues to be used." 2015.

  iv.  The American Psychiatric Association Publishing Textbook of Traumatic Brain Injury, Third Edition, offers a chapter dedicated to clinical imaging, and in that context notes the above referenced ACR appropriateness criteria. They note:  "Those imaging techniques are all noted to be "increasingly applied in research but are not yet part of standard clinical practice" "limitations and challenges associated with diffusion imaging have precluded widespread clinical use. . . The first relates to absence of normative data because of differences in both scanner hardware and software, parameters used at acquisition, and post processing techniques affect quantitative values derived from diffusion imaging. The second challenge is that the methods used in most group- based studies rely on standard population analyses, which assumes a common spatial pattern of pathology that is often not necessarily present in TBI." (Silver, 2019)

l.  There are so many studies regarding DTI that I have to look at reviews of the studies that evaluate the study parameters, study dynamics and conclusions. The largest and last review of all the DTI studies published in 2023 came to the conclusions that while "its sensitivity to detect moderate to severe injury in white matter following TBI is relatively established, particularly in group studies,  the utilization of diffusion data at the level of the individual (patient) remains

16

**Claimant: Terry, Michelle  dob** ███████  **doi** 06/05/2023    **Date of Exam: 1/31/2025**

complicated." "for studies reporting correlations between DTI metrics and symptom presentation, the correlational directions reported were quite mixed, suggesting no strong pattern. ", "A correlation between abnormalities in fractional anisotropy (FA) …. and cognitive performance would be expected; however, this was not reliably observed in this sample of studies that reported on the findings of such correlations." (Lindsey, 2023)

m. More recently in 2024, a study showed that DTI scans done within the first 30 days of an injury may show some findings that correlated with prognosis at 3 months. However, the authors felt that their study would have to be reproduced to confirm their findings and as noted this only helps with the prognosis at 3 months and not for symptoms after that period of time. (Richter, 2024)

n. Regarding DTI, "opinions and testimony are not infrequently offered in circumstances involving the occurrence of a possible mild concussive injury after which follows a course of illness that defies the known natural history of concussion. In such a context, co-occurring neuropsychiatric, neurological, orthopedic, musculoskeletal, substance use, developmental, or psychosocial conditions not infrequently are left unaddressed in interpretative reports as potential contributors to or explanations for such atypical postinjury courses… (Wortzel, 2022)

o. In spite of the above, DTI scans continue to be used to diagnose mTBI at an individual level in many cases where there are symptoms and temporal patterns that are incongruent to the normal course of post mTBI symptoms.

9. Breathing problems

a. Central Sleep Apnea is a very rare form of sleep apnea and requires Sleep Studies to diagnose. Her description would be more suggestive of anxiety related problems.

In summary, based on all the records that I reviewed, my history taken and my examination of Mrs. Terry, my review of the imaging studies provided so far and my examination of the patient, analyzed in the context of my 40 years of experience with neurological injury patients, regular review of the medical literature relevant to my specialty, discussions with peers, prior pain management experience and attendance at conferences and seminars, I find that, within reasonable medical probability, the preponderance of objective documented medical evidence does not support Mrs. Terry having suffered permanent brain damage from this injury even if we consider the possibility of a concussion or Mild Traumatic Brain Injury (mTBI), which would have been on the milder side of that syndrome that goes up to 30 minutes or loss of consciousness and 24 hours of amnesia.

I also feel that further medical neurological treatment is not medically indicated with respect to this injury.

**Claimant:  Terry, Michelle  dob** ▮▮▮▮▮▮   **doi** 06/05/2023   **Date of Exam: 1/31/2025**

I reserve the right to amend or change my opinions should further medical documentation or films be made available to me and if there is a change I will send an addendum report.



Victor H. Barredo, M.D., M.S., IAIMEF (International Academy of Independent Medical Evaluators)

## WORKS CITED

ACNC-Guidelines. (2021;). Practice Guideline: Use of Quantitative EEG for the Diagnosis of Mild TBI: Report of the Guideline Committee of the American Clinical Neurophysiology Society. *J Clin Neurophysiol 38:*, 287–292.

American Academy of Neurology. (Current). *Concussion Reference List Am Acad Neurology.* Retrieved from www.aan.com.

Brain-Injury-Committee. (1993). Definition of Mild Traumatic Brain Injury. , . *J Head Trauma Rehabil 8(3)*, 86-87.

Carroll, L. (2014). Systematic Review of the Prognosis After Mild Traumatic Brain Injury in Adults: Cognitive, Psychiatric, and Mortality Outcomes. *Archives of Physical Medicine and Rehabilitation 95(3 Suppl 2)*, 152-173.

Cassidy, D. (2014). Systematic Review of Self-Reported Prognosis in Adults After Mild Traumatic Brain Injury Results of the International Collaboration on Mild Traumatic Brain Injury Progn. *Archives of Physical Medicine and Rehabilitation 95 (3 Suppl 2)*, 132-151.

Kelly. (2018). Oculomotor, Vestibular, and Reaction Time Effects of Sports-related Concussion. *J Head Trauma Rehabil Vol 34 no 3*, 176-188.

Rezeski. (2008). Evaluation of the Vestibular System in Migraine. *Neurologia i Neurochirurgi Polska 42*, 518-.

Richter. (2024). Predicting recovery in patients with mild traumatic brain injury and a normal CT. *eClinical Medicine*, 102751.

RSNA. (April 2023). RSNA Statement on Traumatic Brain Injury TBI Imaging. *Radiological Society of North America.* RSNA.

Shetty. ( April 13, 2021;). Prevalence of White Matter Hyperintensities in Young Adults with and without Mild Traumatic Brain Injury. *Neurology 15 Supplement*, 96.

Silver. (2019). *Textbook of Traumatic Brain Injury, Third Edition.*

Silverberg. (Aug2023). Am Congress of Rehab Med Diagnostic Criteria for mTBI. *Arch Phys Med Rehabil Med Volume 104, Issue 8pAugust 2023*, 1343-1355.

Tirelli. (2011). Saccades and smooth pursuit eye movements in central vertigo. *Acta Otorhinolaringol Ital 31-2*, 96-102.

**Claimant:  Terry, Michelle  dob** ████████   **doi** 06/05/2023   **Date of Exam: 1/31/2025**

## DEFINITIONS:

**Concussion diagnosis and Mild Traumatic Brain Injury (mTBI)**

1)  The American Congress of Rehabilitation Medicine Diagnostic Criteria for Mild Traumatic Brain Injury was updated in 2023. (Silverberg, Aug2023) Mild traumatic brain injury (TBI) is diagnosed when,

   a)  (Criterion 1) following a biomechanically plausible mechanism of injury, one or more of the criteria listed below are met. Criterion 1 can be met by direct observation (in person or video review) or collateral (witness) report of the injury event, review of acute care records, or the person's recount of the injury event during an interview. Criterion 1: Mechanism of Injury Traumatic brain injury (TBI) results from a transfer of mechanical energy to the brain from external forces resulting from the (i) head being struck with an object, (ii) head striking a hard object or surface, (iii) brain undergoing an acceleration/deceleration movement without direct contact between the head and an object or surface, and/or (iv) forces generated from a blast or explosion.  AND

   b)  You have one or more of the three below

      i)  One or more clinical signs (Criterion 2) attributable to brain injury. See below. Requires objective documentation of abnormal mental status.

      ii)  **At least two acute symptoms** (Criterion 3) **and at least one clinical (objective exam abnormality) or laboratory finding** (Criterion 4) within a reasonable time near the accident and attributable to brain injury. See below. Or

      iii)  Neuroimaging evidence of TBI, such as **unambiguous** trauma-related intracranial abnormalities on computed tomography or **structural** magnetic resonance imaging seen at time of the accident. (Criterion 5).

      NOTES and EXPLANATIONS:

   c)  (Criterion 2) **One or more clinical signs** attributable to brain injury. The injury event causes an acute physiological disruption of brain function, as manifested by one or more of the clinical signs listed below.

      i)  **Loss of consciousness** immediately following injury (e.g., no protective action taken on falling after impact or lying motionless and unresponsive).

      ii)  **Alteration of mental status** immediately following the injury (or upon regaining consciousness), *evidenced by* reduced responsiveness or inappropriate responses to external stimuli; slowness to respond to questions or instructions; agitated behavior; inability to follow two-part commands; or disorientation to time, place, or situation.

      iii)  **Complete or partial amnesia** for events immediately following the injury (or after regaining consciousness). If post-traumatic amnesia cannot be reliably assessed (e.g.,

**Claimant:  Terry, Michelle  dob** ████████  **doi** 06/05/2023   **Date of Exam: 1/31/2025**

due to polytrauma or sedating analgesics), retrograde amnesia (i.e., a gap in memory for events immediately preceding the injury) can be used as a replacement for this criterion.

iv) **Other acute neurological sign**(s) (e.g., observed motor incoordination upon standing, seizure, or tonic posturing immediately following injury). Notes: Criterion 2 can be met by direct observation (in person or video review), collateral (witness) report, review of acute care records, or when none of these are available, the person's recount of the injury event.

d)  (Criterion 3) **At least two acute symptoms**. The physiological disruption of brain function is manifested by **two or more** new or worsened symptoms from the list below.

i)  Acute subjective alteration in mental status: feeling confused, feeling disoriented, and/or feeling dazed.

ii)  Physical symptoms: headache, nausea, dizziness, balance problems, vision problems, sensitivity to light, and/or sensitivity to noise.

iii)  Cognitive symptoms: feeling slowed down, "mental fog," difficulty concentrating, and/or memory problems.

iv)  Emotional symptoms: uncharacteristic emotional lability and/or irritability. The symptoms may be from one or more categories (i.e., *experiencing two symptoms within a single category is sufficient*). Other symptoms may be present, but they should not be counted towards Criterion 3. The onset of acute subjective alteration in mental status occurs immediately following the impact or after regaining consciousness. The onset of other symptoms (physical, cognitive, and emotional) may be delayed by a few hours, but they nearly always appear less than 72 hours from Criterion 3 can be met by (i) review of acute care documentation of the injured person's acute symptoms, (ii) interviewing the injured person about the first few days following injury; (iii) having the injured person complete a self-report rating scale documenting symptoms during the first few days following injury; or (iv) collateral observation for an individual who cannot accurately report symptoms due to developmental stage (e.g., children under 5 years old) or pre-injury disability.

e)  (Criterion 4) at least one clinical or laboratory finding attributable to brain injury.  The assessment findings listed below can also provide supportive evidence of brain injury. i. Cognitive impairment on acute clinical examination. ii. **Balance impairment on acute clinical examination**. iii. Oculomotor impairment or symptom provocation in response to **vestibular-oculomotor challenge on acute clinical examination**. iv. **Elevated blood biomarker(s) indicative of intracranial injury**. Notes: Clinical and laboratory tests that meet standards of reliability and diagnostic accuracy should be considered for Criterion 4. Impairment in Criterion 4i-iii is defined as a clinically meaningful discrepancy between post-injury test performance and age-appropriate normative reference data, or where available, pre-injury test performance. The diagnostic sensitivity of most clinical and

laboratory tests decreases over the first 72 hours following injury and the rate of sensitivity decline differs between specific tests.

f) (Criterion 5) Neuroimaging evidence of TBI, such as unambiguous trauma-related intracranial abnormalities on computed tomography or structural magnetic resonance imaging at the time of the injury. Then mild TBI 'with neuroimaging evidence of structural intracranial injury' may be used. When neuroimaging is completed and found to be normal, the qualifier mild TBI 'without neuroimaging evidence of structural intracranial injury' may be used. If neuroimaging is not completed, no qualifier is used. Neuroimaging is not necessary to diagnose mild TBI. Its primary clinical role is to rule out head and brain injuries that might require neurosurgical or other medical intervention in an acute care setting. **When obtained, neuroimaging may reveal intracranial abnormalities indicative of TBI such as contusion(s) or intracranial hemorrhage**. And,

g) (Criterion 6) Confounding factors do not fully account for the clinical signs, acute symptoms, and clinical and laboratory findings that are necessary for the diagnosis

h) Mild Qualifier: The 'mild' qualifier is not used if any of the injury severity indicators listed below are present. Instead, traumatic brain injury (TBI) is diagnosed (without the 'mild' qualifier). i. Loss of consciousness duration greater than 30 minutes. ii. After 30 minutes, a Glasgow Coma Scale (GCS) of less than 13 or Post-traumatic amnesia greater than 24 hours.

i) Concussion: The diagnostic label 'concussion' may be used interchangeably with 'mild TBI' when neuroimaging is normal or not clinically indicated.

j) Suspected Mild TBI: A mild TBI is suspected when, following a biomechanically plausible mechanism of injury (Criterion 1), one or more of the three criteria listed below are met.

   i)  At least two acute symptoms (Criterion 3) and the person does not meet other criteria sufficient for diagnosing mild TBI.

   ii)  At least two associated clinical or laboratory findings (Criterion 4) but the person does not meet other criteria for diagnosing mild TBI.

   iii)  It is unclear whether signs (Criterion 2), acute symptoms (Criterion 3), and available clinical or laboratory findings (Criterion 4) are accounted for by confounding factors (i.e., it is unclear if Criterion 6 is met). See Box 2 for definitions and explanatory notes. Page 4 of 70 Box 2.

k) Criterion 6: Not better accounted for by confounding factors Confounding factors, including pre-existing and co-occurring health conditions, have been considered and determined to not fully account for the clinical signs, acute symptoms, and clinical and laboratory findings that are necessary for the diagnosis. Notes: A clinical sign only qualifies for Criterion 2 when it is not better accounted for by acute musculoskeletal pain, psychological trauma, alcohol or substance intoxication, pulmonary or circulatory

**Claimant:  Terry, Michelle  dob** ███████   **doi** 06/05/2023    **Date of Exam: 1/31/2025**

disruption, syncope prior to fall, or other confounding factors. Symptoms should only be counted towards Criterion 3 when they are not better accounted for by drug, alcohol, or medication use; co-occurring physical injuries (e.g., musculoskeletal injury involving the neck or peripheral vestibular dysfunction) or psychological conditions (e.g., an acute stress reaction to trauma); pre-existing health conditions; or symptom exaggeration. Criterion 4 findings must not be better accounted for by drug, alcohol, or medication use; co-occurring physical injuries or psychological conditions; pre-existing health conditions; or factors influencing the validity of the symptom reporting or test results. General Notes: Consideration should be given to cultural and linguistic differences in symptom reporting and test performance.   An injured person's behavior should also be interpreted in the context of their developmental stage and pre-injury functioning. Clinical and laboratory test interpretation requires age-appropriate scales and/or cut-off scores.

l)  Symptoms of a concussion include headache, nausea, dizziness, blurry vision/double vision, confusion, feeling hazy, foggy, or groggy, feeling very drowsy, having sleep problems, inability to focus, concentrate, not feeling right and sensitivity to light or sounds.

m) Objective signs of a concussion include vomiting, behavior or personality changes, blank stare, dazed look, changes to balance, coordination, or slowed reaction time, delayed or slowed speech or physical responses, disorientation (confused about time, date, location), memory loss of event before, during, or after injury occurred, slurred/unclear speech, trouble controlling emotions or in less than 10 percent of concussions, loss of consciousness.

In summary, based on all the records that I reviewed, the history given by the patient, my review of the imaging studies provided so far and my examination of the patient, analyzed in the context of my 40 years of experience with neurological injury patients, regular review of the medical literature relevant to my specialty, discussions with peers, prior pain management experience and attendance at conferences and seminars, I find that, within reasonable medical probability, the preponderance of objective documented medical evidence does not support

Victor H. Barredo, M.D., M.S., IAIMEF

**APPENDIX:**

22

**Claimant:  Terry, Michelle  dob** ███████  **doi** 06/05/2023    **Date of Exam: 1/31/2025**

## RECORDS REVIEWED:

*The files noted are reviewed at the end of the report below. They are taken out of my digital records by an optical character recognition program and may have typo errors. They are mostly to be used by me for localization of specific information in the records.  My opinion is based on all the records that I reviewed, the history given by the patient, and my examination of the patient, not just on the annotations.  Please take this into consideration.*

**Medical Records:**

### 05/09/2017…  Ascension St. Vincent's Clay
Diagnosis: Tear of left hamstring....
Working out this morning and has pulled her left butt muscle Demonstrates Signs, Symptoms of Condition: None Signs and Symptoms of ACS: None Mode of Arrival: Walking Pa...
Medical history Psychiatric: anxiety
Musculoskeletal: bulging disc
Surgical history: breast augmentation.

### 5/31/2018 Right shoulder pain
Triage Patient Time of Arrival: 5/31/2018 09:21 EDT Chief Complaint/Mechanism of Injury: states pulled a muscle in her neck on the right side while working out a few days
Started working out again today and pain is worse Demonstrates Signs.
...to ED with C/O Rt shoulder pain over last. 3-4 days that started after working out to medial Rt scapular border. States thought it was getting better and went to gym this AM and doing and now hurting worse. Denica prior injury. States at times the pain radiates up to neck and down aim. -

### 7/31/2019 Emergency Medical Service
Mode of Arrival: Private vehicle Chief Complaint: cpfrom exercises for breast implants per pt. AdditiOnal Information: pt states, I am paying cash and know what it is and dont want an ekg"
History of Present Illness The patient presents with chest pain and says she was working out doing flys in the gym and chest presses and now my chest hurts when i move and touch it, says she does not want any tests or EKG on pain meds.
Medical Decision Making Differential 1)iagaiasis: Costochondritis. chest wall paw.

### 05/29/2019 APRN NATASHA D LAMACH, APRN  Avecina Records
50 y/o female presents with neck pain - posterior and bilateral that radiates to the shoulders. Patient also states pain between shoulder blades. She states that this began after work out 3 days ago. She states that the heat and cold help when they are being used
- Denied: Chills, Fever, Decline in Health, Head - Denied: Dizziness, Head Injury, Eyes...
- Denied: Blurry vision, Double Vision, Unusual Sensations, Recent Injury, Discharge, Eye Pain, Diagnosis
M542 Cervicalgia S134XXA Sprain of ligaments of cervical spine, initial encounter

### 09/25/2020   Emergency Admit
Type: Emergency Medical Service: Emergency Medicine Admit Source: Emergency Room Location: ER1 CC Advance Directive:
History of Present Illness 52-year-old female who denies any past medical history presents the ER for left sided lower back pain. Onset 1 day ago

**Claimant:  Terry, Michelle  dob** ▇▇▇▇  **doi** 06/05/2023  **Date of Exam: 1/31/2025**

Location left sacroiliac area. Aggravating factors palpation and movement. Relieving factor none. Patient has tried ibuprofen with no relief, Symptoms are mild in intensity.

### 02/02/2022 - Emergency Admit Type:
Emergency Medical Service: Emergency Medicin Admit Source: Emergency Room Location: ER1 CC Advance Directive:
Dysfunctional uterine bleeding Secondary Description: . ...
Associated Diagnoses: Back pain; Diverticulitis; Fibroid; Dysfunctional uterine bleeding; Abdominal pain; General Medical Author: Anderson, APRN, Cheryl Lynn
Medical history Psychiatric: anxiety. Musculoskeletal: back pain. Surgical history: Breast augmentation, abdominoplasty. Social history: Drug use: Denies. Problem list: All Problems

### CT Spine Lumbar WI Contrast – 02/02/22
L4-5: Moderate posterior disc bulge and mild right foraminal endplate osteophytes. Mild facet DiD. Mild/moderate central canal stenosis. Right greater than left lateral recess narrowing. Moderate right and minimal left neuroforaminal narrowing. L5-S1: Mild posterior disc bulge. No significant central canal stenosis or right. foraminal narrowing. Moderate left

^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^

### 06/05/2023 17:18 UTC-04:00 PAIN IN THE NECK
She say a stack of chairs fell onto her head / neck accidentally, and now she has pain on points of impact Pain score 5/10 Localized to neck, C3-C6 range and on left temporal region of scalp She denied any loss of consciousness.
Patient states Headaches Patient denies Dizziness, Tingling/Numbness, Weakness, Tremor, Fits/Seizures
Head: normocephalic, atraumatic, facial features symmetric without ptosis or edema.
NEUROLOGICAL Oriented to person, place, and date. CN II-XII intact. Strength and sensation symmetric and intact throughout. Patellar, Brachial, and brachioradialis reflexes 2+ bilaterally. Steady gait, negative Romberg test.
Guest has been discharged from the medical center, Guest left the medical center in a stable condition, GCS 15/15 Medication has been dispensed as per Dr prescription, Medication information also given and Guest understood.
Wheel chair assistance was offered to the Guest, but Guest politely decline and verbalised that she was fine to walk back to the Cabin, Guest left the medical center accompanied by her Daughter, Head injury form was Given and explained symptoms to look out...

### 06/05/2023 17:49 UTC-04:005. Complete Medical Chart
Patient attends clinic for Head Injury
Guest was Brought into the medical center on a wheel chair accompanied by her Daughter and a wheel chair pusher, As per Guest, a pile of chairs fell onto the back of her Head, Guest is complaining of Headache, selling on hematoma on head and Pain over her neck. Guest verbalizes that she does not remember what happened after the chairs hit her head. Guess denies:\ Vomiting and Blurred vision...Head atraumatic

### 06/08/2023 - Emergency Admit Type:
Head .. injury closed........

**Claimant:  Terry, Michelle  dob** ▮▮▮▮▮  **doi** 06/05/2023   **Date of Exam: 1/31/2025**

Triage Mode of Arrival: Walking Chief Complaint: sts has neck, upper back, head pain with dizziness from having a stack of tables and chairs falling on her while on cruise, onset 4 days ago
Demonstrates Signs and Symptoms of Stroke:
Problems(Active) Chronic back pain
Diagnosis(Active) Head injury
History of Present Illness The patient presents with head injury. The onset was 3 days ago. Type of injury: direct blow. The character of symptoms is pain. Loss of consciousness 5 seconds. The course/duration of symptoms is constant. The location where the incident occurred was cruise ship. Risk factors consist of none. Prior episodes: none. Therapy today: none, Associated symptoms: nausea, headache and neck pain, Associated injury thoracic pain. This is a 54-year-old female with no significant medical history that presents for evaluation of a head injury that was sustained 3 clays ago. Patient states she was on a cruise ship when a stack of chairs fell on her from the deck above. She states the furniture hither in the head and back. She lost consciousness for 3 to 5 seconds based on witnesses. She is complaining of headache, neck pain and thoracic pain. Patient was evaluated on the cruise ship muscle relaxers. She was also taking some tramadol that was tell over at the house.
Social history: Alcohol use: Denies, Tabacco use; Regularly, Drug use: Marijuana. Family/social situation: Married.
Neurological; Alert and oriented to person, place, time, and situation, No focal neurological deficit observed, CN intact, normal sensory observed, normal motor observed, normal speech observed, normal coordination observed.
Medical Decision Making Differential Diagnosis: Head injury, concussion, neck injury, post concussive syndrome. Rationale: MDM Assessment
No findings on head CT, no fracture on C spine CL XR thoracic spine-no fracture or dislocation. Later on that day she said she had nausea and vomiting. She was seen by the physician on the cruise ship and was given muscle relaxer and an anti-inflammatory
She also took some of her daughter's tramadol when she got home, Patient has been able to walk and drive since the incident.
Patient had thoracic pain/tenderness to palpation. an x-ray was (lone which shows that there is no fracture. Patient had painful range of motion with her neck and tenderness on palpation
…palpation. Cr shows that there is no acute fracture. CT head shows no acute intracranial finding. Patient was updated on findings, to be discharged home. She was instructed on home care for pain control and to f7u with her PCP. She verbalized understanding
There is no acute fracture or subluxation. There is loss of disc height at C5-6 and C6-7. There may be severe foraminal narrowing at these levels.
IMPRESSION: 1. CT Head: No acute intracranial, injury 2. CT Cervical Spine: No acute fracture or subluxation.
Patient was given the following educational  : Head Injury (Adult), Relieving Back Pain, Relieving

**06/13/2023 JAX Spine, Brain & Joint Institute Atlus**
A 54-year-old female presents to the office for a new patient evaluation as a result of an incident that occurred on 6/5/23. She reports that she was on a Cruise Ship and was sitting down in a chair. Employees of the cruise ship were pushing a cart by on wheels that had tables and chairs with saran wrap around them. One of the workers cut the saran wrap as they were walking past the patient causing the tables and chairs to collapse and fall onto the patient. She was stuck in the back of the head and in her Cervical and Thoracic Spine. The patient fell to her right and had a loss of consciousness. She is unsure how long she had a loss of consciousness for and did not regain consciousness until she was in a wheelchair on her way to the medical center on the cruise ship. When she arrived at the medical center, she had an X-ray of the Cervical Spine done and was

**Claimant: Terry, Michelle  dob** ███████  **doi** 06/05/2023   **Date of Exam: 1/31/2025**

discharged with Ibuprofen and Robaxin. The patient reports she is unable to take NSAIDs d/t GI issues, so she refused the Ibuprofen. For the remainder of the cruise, she reports she rested and when she returned to the U.S., she went straight to St. Vincent's ER. At the ER Ms. Terry had a CT head and X-rays done and was discharged with soft tissue injuries. She is now here for an evaluation. She denies having prior injuries before this event. She is scheduled for a Neurology consult with Dr. Moore next week. Cervical-7-8/10 and the pain is constant. The pain is worse with movement. It is a stabbing pain. She gets N/T into the BUE

Thoracic 10/10 and the pain is constant.

Headaches- 8-9/10 and constant. The headaches are global. She feels like she has difficulty concentrating, focusing, light sensitivity, and nausea.+ numbness, tingling.

Assessment

Postconcussion syndrome (disorder) (F07.81/310.2) Postconcussional syndrome modified 13 Jun, 2023

Thoracic back pain (finding) (M54.6/724.1) Pain in thoracic spine modified 13 Jun, 2023 Headache, unspecified (R51.9) Headache, unspecified modified 13 Jun, 2023

Neck pain (finding) (M54.2/723.1) Cervicalgia modified 13 Jun, 2023

Refer to a Chiropractor for chiropractic care.

Ordered a DTI, MRI of the Cervical and Thoracic Spine for further evaluation.

3. She is pending Neurology consult for the Headaches with PCS.

D/C Flexeril, no benefit.

Start Zanaflex 4mg, take half to one by mouth QHS PRN spasms x no refills.

Addended by: LINDSAY BURDEN, ARNP on: 2023-06-13 03:32 PM


**06/15/2023 INIT  EVAL Rolando Perez DC**

The above-captioned patient was seen today for the purpose of initial consultation, examination and evaluation of injuries sustained in a trauma incident that occurred on 06/05/2023.

She states she was impacted by a trolley carrying deck tables and chairs. Patient was knocked unconscious for 3-5 seconds with one of the chairs and was vomiting afterwards.

Patient has been experiencing numbness and tingling in the head and neck

Patient state of weakness in the upper and lower extremity is persistent.

Patient states neck pain radiates down her arms and mid back pain has been constant since the incident. Patient was evaluated on the ship and she has been referred for brain testing (DTI)by Jax Spine, Brain and joint institute

Immediately following the accident, Ms.  TERRY experienced headaches and neck pain, and states that she lost consciousness at some point during or shortly after the incident.

She reports being dazed.

TERRY is married and has 3 children.

The patient states that she is a current every day smoker.

• (F07.81) Postconcussional Syndrome. • (G44.319) Acute Post-Traumatic headache, non intractable.

• (W22.8XXA) Striking against or struck by other objects, initial encounter.


**06 16 2023   Darien Rhodes APRN(61669275.1)**

• Tizanidine 4mg - JAX brain. • Methocarbamol- 500mg cruise. • Fexeril or Cyclobenzoprine 10 mg- ED. • Tylenol ES. • Tramadol 50 (daughters med). • OTC menthol/lidocaine patches-.


**06/19/2023: OMAR MOORE, M.D**

Since the incident she has been having headaches described as being present and bilateral frontal and occipital region, aching, constant in nature, occurring almost continuously, can get up to 8–9/10 pain, she can also have nausea with headaches.

**Claimant:  Terry, Michelle  dob** ███████  **doi** 06/05/2023   **Date of Exam: 1/31/2025**

She continues to feel nauseous almost daily.
He denies previous history of head trauma.
1991 was hit by semi truck, and suffered back injury, found to have lumbar disc herniation. She denies hitting her head, loss of consciousness, or period of confusion after that incident. She denies ongoing complaints of memory or cognition impairment after that collision.
Traumatic Brain Injury - Obtain MRI brain without contrast with DTI sequencing
Cognitive Impairment - Counseled on need for avoidance of cognitive activities that may exacerbate symptoms - Need to alleviate pain as can be contributing to cognitive dysfunction - Recommend graded cognitive rehabilitation with reading, computerized brain games, crossword puzzles, board games, card games, etc. - Recommend Brain HQ - Will not start donepezil or memantine at this time
Posttraumatic Cervicogenic Headache - Flexeril 10 mg Q8 hour PRN - Gabapentin 900mg QHS - Tylenol 650mg, Q6 hour PRN, limit to max 3 times per week - Cervical chiropractic - Cervical physical therapy (Injury Care Center) Dizziness
Insomnia - counseled on proper sleep hygiene - Start Melatonin 1mg, 1-2 hours prior to bed - Gabapentin - Need to alleviate pain as above

**06 21 2023 DAILYNOTE Rolando Perez DC(61669276.1)**
• Headaches.
• Paresthesia.

**06 30 2023 DAILYNOTE Rolando Perez DC(61669277.1)**
She continues to experience bilateral upper extremity and lower extremity numbness and tingling. Headaches remain constant.
Due to the positive orthopedic/neurological exam findings and/or the x-ray findings, the patient is being referred for MRI studies of the cervical, thoracic and lumbar spine to determine the presence of disc herniations, annular tears, or other pathologies, also to rule out Medicare defined contraindication...

**06/28/2023 MRI DTI Brain**
EXAM: BRAIN MRI WITH DTI AND SWI.
HISTORY: Pain and tingling sensation at the beginning hit in the head. Date of injury 06/05/23..
FINDINGS:
INTRACRANIAL HEMORRHAGE: No acute intracranial hemorrhage. Abdomen susceptibility weighted imaging with a focus of hemosiderin in the subcortical right occipital lobe [series 5 image 35] most
compatible with the sequelae of posttraumatic microhemorrhages and axonal shearing injury.
MIDLINE SHIFT OR MASS EFFECT: None.
VENTRICLES: Within normal limits..
DIFFUSION WEIGHTED IMAGING: No restricted diffusion or acute infarct.
BRAIN PARENCHYMA: There are several scattered white matter signal foci within the brain. Differential diagnosis includes posttraumatic gliosis/scarring, small vessel ischemic/hypertensive changes, or vasospastic phenomenon associated with chronic migraine headaches. The remainder the brain parenchyma is unremarkable. No cerebral volume loss. No structural abnormalities are seen. No masses  are present. No evidence of prior stroke or infarct.
SKULL AND OSSEOUS STRUCTURES: Unremarkable.
VISUALIZED SINUSES: Clear.
MIDDLE EARS AND MASTOIDS: Clear.
ORBITS: Unremarkable.
SOFT TISSUES: Unremarkable.
Diffusion tensor imaging with region of interest fractional anisotropy evaluation was obtained.

**Claimant:  Terry, Michelle  dob** ▮▮▮▮▮▮▮   **doi** 06/05/2023    **Date of Exam: 1/31/2025**

Overall, 4 out of the 12 regions of interest and 4 out of the 6 white matter tracts demonstrate abnormal statistically significantly decreased fractional anisotropy values, specifically, the following segments, left and right centrum semiovale as well as the anterior limb of the left internal capsule and posterior limb of the right internal capsule. This results in a statistically significant probability of greater than 95% chance of abnormal FA values which can be seen in the the setting of traumatic axonal shearing injury..

There is asymmetry in the anterior limb of the internal capsule with the left measuring 25.09% lower than the right. This can be seen in the setting of asymmetric axonal shearing injury utilizing the contralateral brain as an internal standard.

IMPRESSION:

Abnormal diffusion tensor imaging. Overall, 4 out of the 12 regions of interest and 4 out of the 6 white matter tracts demonstrate abnormal statistically significantly decreased fractional anisotropy values. This results in a statistically significant probability of greater than 95% chance of abnormal FA values which can be seen in the setting of traumatic axonal shearing injury.. I do not see any other etiology to explain decreased fractional anisotropy values. No evidence of stroke. No evidence of demyelinating

disease. No structural or congenital abnormalities. However, clinical correlation is recommended. There is asymmetry in the anterior limb of the internal capsule with the left measuring 25.09% lower than the right. This can be seen in the setting of asymmetric axonal shearing injury utilizing the contralateral brain as an internal standard.

No acute intracranial hemorrhage. However, abnormal susceptibility weighted imaging with a focus of hemosiderin at the gray-white matter junction of the right occipital lobe most compatible with the sequelae of posttraumatic microhemorrhages and axonal shearing injury.

There are several scattered white matter signal foci within the brain. Differential diagnosis includes posttraumatic gliosis/scarring, small vessel ischemic/hypertensive changes, or vasospastic phenomenon

associated with chronic migraine headaches. The remainder the brain parenchyma is unremarkable. No cerebral volume loss. No structural abnormalities are seen. No masses are present. No evidence of prior stroke or infarct.

In summary, the above findings are compatible with the history of traumatic brain injury with objective quantitative evidence of permanent traumatic brain injury evidenced on these advanced brain imaging techniques.

### 07 07 2023 DAILYNOTE Rolando Perez DC(61669278.1)

• Headache: moderate-severe, frequent, remains unchanged since last visit, complaint grade 9 on a scale from 0 to 10.

### 07/11/2023 MRI OF THE LUMBAR SPINE WITHOUT CONTRAST

Lumbosacral radiculopathy, post injury.

L3-4 Level: Loss of disc height and hydration. Disc bulge with hypertrophy of the facets and ligamentum flava produces mild central and right lateral recess stenosis. Neural foramina are narrowed bilaterally. Anterior disc bulge with annular tear and spondylosis displace prevertebral soft tissues.

L4-5 Level: Loss of disc height and hydration with broad-based disc herniation and hypertrophy of the facets and ligamentum flava producing moderate to severe central and bilateral lateral recess stenosis, most stenotic on the right with bilateral L5 nerve root compress...

### 07/19/2023 OMAR MOORE, M.D

Posttraumatic Cervicogenic Headache - Flexeril 10 mg Q8 hour PRN - Gabapentin 900mg QHS - Tylenol 650mg, Q6 hour PRN, limit to max 3 times per week
- Cervical chiropractic

**Claimant:  Terry, Michelle  dob** ▮▮▮▮▮▮  **doi** 06/05/2023   **Date of Exam: 1/31/2025**

- Hold off on cervical physical therapy at this time, likely critical stenosis in neck

**07/25/2023 INITIAL SURGICAL CONSULTATION Atlus**
She notes memory issues. She notes word finding difficulties, language issues. She notes a cognitive fogginess, difficulty with cognition, difficulty with frustration, difficulty with mood, difficulty with thought process, headaches, balance, difficulty with accomplishing tasks, frustration, emotion disturbance. She is seeing Dr. Moore and has been evaluated for TBI.
She does admit to balance disturbance. She notes that prior to the accident, she did not have any difficulty with balance and she worked out and performed balance routines without difficulty and now she states that she cannot walk a straight line and cannot...
...e accident, she did not have any difficulty with balance and she worked out and performed balance routines without difficulty and now she states that she cannot walk a straight line and cannot balance on one foot. This is giving her significant difficulty.

**09/08/2024 Emergency Room**
- Patient Chief Complaint: neck and left arm pain, s/p cervical epidural Demonstrates Signs and Symptoms of Stroke: No Treatment/Medication Prior to Arrival: Medication Treatment/Medication Prior to Arrival Given: oxycodone Menstrual History: Menopause Pat...
Diastolic BP: 193 mm Hg (CR IT) Systolic! Diastolic BP 108 mm Hg

The patient presents with 55-year-old female with past medical history of cervical spfiic disc bulges and left arm radiculopathy presenting with worsening pain. She suites that she had Epidural injections in her neck a few weeks ago and since then has had progressively increasing pain. She states that she is now unable to move her left shoulder secondary to pain and has severe pain shooting all the way down into her fingers on the left side...

She denies any numbness or weakness in the arms or legs, saddle anesthesia, bladder or bowel dysfunction. Patient brought in MRI results from June 28. 2023. She is already planned for C-sine surgery coming up.
She is already planned for C-sine surgery coming up. She states she has some pain in the I., anterior shoulder but no true chest pain.
...presenting to ER with acute on chronic neck pain with left arm radiculopathy. Her neurological exam is completely normal and she has no symptoms to suggest cord compression. 11cr CT imaging did not show any acute findings. The T'6 compression fracture is chronic noted on her previous MRI as well. Lab...
WI C spine: disc herniation at c3-C4 and C4-05 impinging upon the ventral thecal sac, C5-C6 and C6-0 disc bulge with moderate spinal canal stenosis
T spine: disc bulge at T7-8 which slightly flattens thecal sac and may abut the cord, no evidence of cord edema; disc bulge at T2-3 with cliscogenic edema posteriorly, disc bulge at '1'7-9 and T9-Tl0.
THORACIC SPINE: 1. Slight superior compression of T6. 2.Evidence for fatty infiltration of the liver.

**09/08/24 FINDINGS: CT Spine Thoracic w/o Contrast –**
Slight superior compression of 16.

**Claimant: Terry, Michelle  dob** ▇▇▇▇▇   **doi** 06/05/2023   **Date of Exam: 1/31/2025**

**09/18/2023 MICHAEL SANDBORN, MD on 2023-09-22 03:23 AM**

**07/10/2023 MICHAEL SANDBORN, MD Atlus**

**07/31/2023   MICHAEL SANDBORN, MD Atlus**
  for a cervical esi. I will await the referral.

**09/05/24 Atlus**
Patient Michelle Terry has been scheduled for surgery : Total Disc Arthroplasty on 10/21/2024. We anticipate she will need a couple of days to recover before returning to work.

**09/11/2024 PREOP ORDERS**
She did not have the cervical epidural and is scheduled for another injection (?
Her headaches continue. In addition, she reports feeling a sensation of tingling starting in her head and into her face. She states she is scheduled to see Dr. Moore.
At this point, her pain is being managed by PPOA-(injections/medication).
She is seeing a Neurologist.-Dr. Moore.
I do not believe she has seen Dr. Asad.
I will see her if needed-(injections not able to be performed at PPOA) or if needed for her Traumatic Brain Injury


**09/11/2023 MICHAEL SANDBORN, MD Atlus**
She states the medication is effective and denies any post-medication CNS changes ((thinking/confusion/ lethargy).
She continues to experience headaches associated with nausea. She has trouble with concentration and memory that worsens with fatigue as well as when her headaches are more prominent
She continues with anxiety and feels that she has a "short fuse". This is confirmed by her affected her home life and relationships.
Assessment
Muscle spasm of thoracic back (disorder) (M62.830/724.8) Muscle spasm of back modified 2 Aug, 2023
Cervical facet joint pain (M54.2/723.1) Cervicalgia modified 14 Jul, 2023
Herniation of cervical intervertebral disc (M50.20/722.0) Other cervical disc displacement, unsp cervical region modified 14 Jul, 202
Postconcussion syndrome (disorder) (F07.81/310.2) Postconcussional syndrome modified 13 Jun, 2023
I have recommended supplements-Omega 3, Creatine which she is implementing. In addition, we discussed choline and Ginkgo. She does not drink and does not use THC.
I have referred her to Brooks for cognitive training.
I will prescribe Citalopram for her mood.

**10/06/2023 Omar Moore, M.D.**
NeuroDoc 3003 Claire Ln Building 100 Jacksonville, FL 32223 Phone:
Patient is a 54 year old female with PMH of lumbar disc herniation, degenerative disc disease, diverticulitis who presented with complaints of decreased concentration, memory impairment, neck pain, back pain, headaches, visual disturbance, impaired balance, dizziness, tinnitus, nausea, and insomnia starting after she was hit in the head by a stack of c...
Visual Evoked Potential (VEP):
Results: Potentials were obtained with normal latency, and symmetric in amplitude from right to left side.

**Claimant:  Terry, Michelle  dob** ████████  **doi** 06/05/2023   **Date of Exam: 1/31/2025**

Auditory Evoked Potential (AEP):
No gross amplitude asymmetry was found between right and left sides.
Blink Reflex:
Results: Within normal limits.
Summary: Visual evoked potentials, brain stem auditory evoked potentials, blink reflex testing, heart rate variability, and sympathetic skin responses in hands were found to have no significant abnormalities.
...potentials, brain stem auditory evoked potentials, blink reflex testing, heart rate variability, and sympathetic skin responses in hands were found to have no significant abnormalities. Bilateral lower extremity sympathetic skin responses were non-diagnostic.
_____ Omar Moore, M.D.

Patient presenting with visual disturbance.
VNG FINDINGS:
Smooth pursuits were in the 27th percentile. Saccadic movements were in the 67th percentile. Fixation was in the 54th percentile.
Nystagmus could be seen on horizontal end gaze in both eyes.
Patient was found to have impairment in smooth pursuits, saccadic eye movements, and visual fixation, likely contributing to impaired ability to visually focus and track moving objects.

### 10/06/2023 Quantitative EEG Analyses
The qEEG analyses were deviant from normal and showed dysregulation in bilateral frontal lobes - especially in the left frontal lobe, bilateral temporal lobes - especially in the right temporal lobe, and the right parietal lobe. The patient was awake and drowsy.
The TBI probability index is 90%.
SUMMARY: Normal Routine EEG
IMPRESSION AND CLINICAL CORRELATION: This 20 min awake and drowsy EEG was normal.
No focal or generalized slowing, no epileptiform discharges, and no electrographic seizures were seen during this recording.

### 10/10/2023 OMAR MOORE MD
Complaint: Decrease concentration, memory impairment, neck pain, back pain, headaches, visual disturbance, impaired balance, dizziness, tinnitus, nausea, and insomnia

### 10/11/2023 OMAR MOORE, M.D
 your headaches are coming from your neck, tension headache. Please take muscle relaxers to relieve headaches. Please stop taking Metaxalone. Pease take cyclobenzaprine at night, and take methocarbamol during the day to alleviate headaches.
Please stop taking Citalopram. One week after stopping citalopram, start taking duloxetine
For tension headaches, please attend physical therapy at Rebound.
You will be scheduled for ocular motor therapy. Please also follow up with optometrist, to evaluate for need of new glasses.

### 11/20/2023 Omar Moore M.D.
 Complaint: Decrease concentration, memory impairment, neck pain, back pain, headaches, visual disturbance, impaired balance, dizziness, tinnitus, nausea, and insomnia

### 10/26/2023 Avecina Records
55 Year old female presents with right ear clogged feeling, left ear is starting to feel the same way, right ear is ringing.
Michelle Terry is a 55 year old female complaining of Ear Ringing

**Claimant: Terry, Michelle dob ▇▇▇▇▇ doi** 06/05/2023 **Date of Exam: 1/31/2025**

Medication List hydrocodone duloxetine cyclobenz, methocarbamac
- Denied: Chills, Fever, Head - Denied: Dizziness, Headaches, Pain, Eyes - Denied: Blurry vision, Discharge, ENT...
Diagnosis H6121 Impacted cerumen, right ear H918X1 Other specified hearing loss, right ear

### 11/09/2023 Date of Initial Examination: PT Associates of Orange
...55-year-old female presented to me with c/o headache, impaired balance, neck pain and mid back pain. As per pt she injured her neck and have TBI after being hit in the head with stack of chair in cruise (june 5/2023). At the time of incident, she was knocked unconscious for 3-4 minute.

### 11/09/2023 PT Associates of Orange
Injury/Onset/Change of Status Date: 06/05/2023 Insidious Diagnosis: ICD10: M54.2: Cervicalgia, M54.50: Low back pain, unspecified, S06.2X9D: Diffuse traumatic brain injury with loss of consciousness of unspecified duration, s...

Current Complaints / Gains: Severe neck with headache and back pain affecting functional mobility and ADL including disturb sleep. Dizziness and nausea with change in position.

### 11/30/2023 PT Associates of Orange
Insidious Diagnosis: ICD10: M54.2: Cervicalgia, M54.50: Low back pain, unspecified, S06.2X9D: Diffuse traumatic brain injury with loss of consciousness of unspecified duration, s...

Current Complaints / Gains: Severe neck with headache and back pain affecting functional mobility and ADL including disturb sleep. Dizziness and nausea with change in position. Pt c/o Neck and back pain @ 5/10 Before the injury/onset/change of status date...

### 12/07/2023 PT Associates of Orange
Cervicalgia, M54.50: Low back pain, unspecified, S06.2X9D: Diffuse traumatic brain injury with loss of consciousness of unspecified duration, s...

Current Complaints / Gains: Severe neck with headache and back pain affecting functional mobility and ADL including disturb sleep. Dizziness and nausea with change in position. Pt c/o Neck and back pain @ 5/10 Before the injury/onset/change of status date...

### 12/14/2023 PT Associates of Orange
Reason for missed appointment: Cancel Scheduling Conflict

### 12/21/2023 PT Associates of Orange
Cervicalgia, M54.50: Low back pain, unspecified, S06.2X9D: Diffuse traumatic brain injury with loss of consciousness of unspecified duration, s...
Current Complaints / Gains: Severe neck with headache and back pain affecting functional mobility and ADL including disturb sleep. Dizziness and nausea with change in position.
Pt c/o Neck and back pain @ 5/10 Before the injury/onset/change of status date, the patient was able to perform the following activities:

**Claimant:  Terry, Michelle  dob** ▮▮▮▮▮▮  **doi** 06/05/2023   **Date of Exam:** 1/31/2025

**12/30/2022** Avecina Records
54 year old female presents due to a cyst in her left axillary region for 1 week. Patient reports the cyst grew from a firm pimple-like bump that has been apparent for 1 year.
Diagnosis L03112 Cellulitis of left axilla

**04/02/2024 ANDREW CANNESTRA Atlus**
The patient notes that she had the cervical epidural injection and this did not give her any relief. She did have thoracic injections, upper cervical medial branch blocks, thoracic medial branch blocks and then eventually a thoracic ablation.
The only thing that has helped her has been the thoracic medial branch blocks in the T7-8 region and then the thoracic ablation at T7-8.
RECOMMENDATIONS: At this point in time, I do feel the patient is a candidate for cervical surgery. The patient does have known herniated discs at C5-6 and C6-7 and she is a candidate for two-level anterior cervical discectomy and fusion at C5-6 and C6-7
The patient, however, does not seem to have undergone medial branch blocks and ablations across these same levels and so, she may want to consider diagnostic medial branch blocks at C5-6 and C6-7 and potentially an ablation. However, the surgery plan would be to consider an ACDF at C5-6 and C6-7 accordingly.

**08/21/2024 PT Associates of Orange Park**
Injury/Onset/Change of Status Date: 06/05/2023 Insidious Diagnosis: ICD10: M54.2: Cervicalgia, G44.86: Cervicogenic headache, M54.50: Low back pain, unspecified, S06.2X9D: Diffuse traumatic brain injury with loss of conscious…
Current Complaints / Gains: Pt states that she is in some severe neck pain still and is afraid to perform any of strenuous activities. Pt states that overall she is still in a lot of pain.
Stairs - down, Bending, Lying Down Home Health Care: No Medical History: No Known Significant PMH To Affect Treatment Complicating/Personal Factors: No Known Complicating Factors Affecting the Plan of Care Mental Status/Cognitive Function Appears Impaired?
Aggravating Factors: Sitting, Standing, Walking, Stairs - up, Stairs…
- down, Bending, Lying Down Home Health Care: No Medical History: No Known Significant PMH To Affect Treatment Complicating/Personal Factors: No Known Complicating Factors Affecting the Plan of Care Mental Status/Cognitive Function Appears Impaired? No

Patient requires skilled therapy to restore prior level of function utilizing the treatment and modalities described in this plan of care Patient Demonstrates Compliance with Prescribed HEP Rehab Potential: Good Patient Problems:

- Severe neck with headache and back pain affecting functional mobility and ADL including disturb sleep. Dizziness and nausea with change in position.

**01/04/2024 Physician Name: Moore, Omar MD**
Cervicalgia, M54.50: Low back pain, unspecified, S06.2X9D: Diffuse traumatic brain injury with loss of consciousness of unspecified duration, s…
Current Complaints / Gains: Patient reports neck pain is about same with dizziness and nausea going to consult neurologist after physical therapy session today.

**Claimant:  Terry, Michelle  dob** ▓▓▓▓▓▓   **doi** 06/05/2023   **Date of Exam: 1/31/2025**

### 01/11/2024  Physician Name: Moore, Omar MD
Cervicalgia, M54.50: Low back pain, unspecified, S06.2X9D: Diffuse traumatic brain injury with loss of consciousness of unspecified duration, s...
Current Complaints / Gains: Patient reports her main issue right now is ear pain radiating down to both TMJ. No Dizziness though. Recommended patient to consult PCP and if PCP agree than ENT.

### 01/18/2024 Physician Name: Moore, Omar MD
Reason for missed appointment: Cancel Illness

### 01/25/2024 Physician Name: Moore, Omar MD
Reason for missed appointment: Cancel Illness

### 01/26/2024 OMAR MOORE, M.D.,
Patient is a 55 year old female with PMH of lumbar disc herniation, degenerative disc disease, diverticulitis for which telehealth encounter was performed for follow up due to complaints of Decrease concentration, memory impairment, neck pain, back pain, headaches, visual disturbance, impaired balance, dizziness, tinnitus, nausea, and insomnia starting after she was hit in the head by a stack of chairs. Of note, Tommy her husband was present during this encounter and provided supplemental history.  Has put mild in the cabinets instead of the refrigerator.

### 02/08/2024: Physician Name: Moore, Omar MD
Cervicalgia, M54.50: Low back pain, unspecified, S06.2X9D: Diffuse traumatic brain injury with loss of consciousness of unspecified duration, s...
Current Complaints / Gains: Patient reports her main issue right now is ear pain radiating down to both TMJ. No Dizziness though. Recommended patient to consult PCP and if PCP agree than ENT.

### 02/20/2024 Wisham PA
Complaint: Decrease concentration, memory impairment, neck pain, back pain, headaches, visual disturbance, impaired balance, dizziness, tinnitus, nausea, and insomnia

### 02/22/2024 PT Associates of Orange
 Injury/Onset/Change of Status Date: 06/05/2023 Insidious Diagnosis: ICD10: M54.2: Cervicalgia, M54.50: Low back pain, unspecified, S06.2X9D: Diffuse traumatic brain injury with loss of consciousness of unspecified duration, s...
Pt reported min c/o neck pain. Pt continues to report occasional difficulty sleeping and looking up secondary to neck tightness and pain.

### 02/22/2024  PT Associates of Orange
, M54.50: Low back pain, unspecified, S06.2X9D: Diffuse traumatic brain injury with loss of consciousness of unspecified duration...
Pt reported min c/o neck pain. Pt continues to report occasional difficulty sleeping and looking up secondary to neck tightness and pain.
...nt/Diagnosis: Pt tolerated Tx session well demonstrating decrease tightness in cervical paraspinals and B UT muscles. Patient requires skilled therapy to restore prior level of function utilizing the treatment and modalities described in this plan of care.

**Claimant:  Terry, Michelle  dob** ▮▮▮▮▮   **doi** 06/05/2023   **Date of Exam: 1/31/2025**

### 02/29/2024 PT Associates of Orange
Injury/Onset/Change of Status Date: 06/05/2023 Insidious Diagnosis: ICD10: M54.2: Cervicalgia, M54.50: Low back pain, unspecified, S06.2X9D: Diffuse traumatic brain injury with loss of consciousness of unspecified duration, s...
Pt reported min c/o neck pain. Pt continues to report occasional difficulty sleeping and looking up secondary to neck tightness and pain

### 03/14/2024 PT Associates of Orange
Injury/Onset/Change of Status Date: 06/05/2023 Insidious Diagnosis: ICD10: M54.2: Cervicalgia, M54.50: Low back pain, unspecified, S06.2X9D: Diffuse traumatic brain injury with loss of consciousness of unspecified duration, s...
Dizziness and nausea with change in position.
Pt reported min c/o neck pain. Pt continues to report occasional difficulty sleeping and looking up secondary to neck tightness and pain.

### 03/21/2024 PT Associates of Orange
Injury/Onset/Change of Status Date: 06/05/2023 Insidious Diagnosis: ICD10: M54.2: Cervicalgia, M54.50: Low back pain, unspecified, S06.2X9D: Diffuse traumatic brain injury with loss of consciousness of unspecified duration, s...
Pt reported min c/o neck pain. Pt continues to report occasional difficulty sleeping and looking up secondary to neck tightness and pain

### 04/04/2024 PT Associates of Orange
Injury/Onset/Change of Status Date: 06/05/2023 Insidious Diagnosis: ICD10: M54.2: Cervicalgia, M54.50: Low back pain, unspecified, S06.2X9D: Diffuse traumatic brain injury with loss of consciousness of unspecified duration, s...
Pt reported min c/o neck pain. Pt continues to report occasional difficulty sleeping and looking up secondary to neck tightness and pain.

### 04/25/2024 PT Associates of Orange
Injury/Onset/Change of Status Date: 06/05/2023 Insidious Diagnosis: ICD10: M54.2: Cervicalgia, M54.50: Low back pain, unspecified, S06.2X9D: Diffuse traumatic brain injury with loss of consciousness of unspecified duration, s
Current Complaints / Gains: Severe neck with headache and back pain affecting functional mobility and ADL including disturb sleep. Dizziness and nausea with change in position.
Pt reported min c/o neck pain.
Pt continues to report occasional difficulty sleeping and looking up secondary to neck tightness and pain.

### 05/23/2024 OMAR MOORE, M.D.,
Complaint: Decrease concentration, memory impairment, neck pain, back pain, headaches, visual disturbance, impaired balance, dizziness, tinnitus, nausea, and insomnia

### 06/21/2024 PT Associates of Orange Park Date of Discharge
Injury/Onset Date: Insidious Diagnosis: ICD10: M54.2: Cervicalgia, M54.50: Low back pain, unspecified, S06.2X9D: Diffuse traumatic brain injury with loss of consciousness of unspecified duration, subsequent encounter, G31...
Terry, Michelle has been discharged from our care for the following reasons: d/c per physician

**Claimant:  Terry, Michelle  dob** ████████  **doi** 06/05/2023   **Date of Exam: 1/31/2025**

### 06/27/2024 PT Associates of Orange Park
 Injury/Onset/Change of Status Date: 06/05/2023 Insidious Diagnosis: ICD10: M54.2: Cervicalgia, G44.86: Cervicogenic headache, M54.50: Low back pain, unspecified, S06.2X9D: Diffuse traumatic brain injury with loss of conscious...
- down, Bending, Lying Down Home Health Care: No Medical History: No Known Significant PMH To Affect Treatment Complicating/Personal Factors: No Known Complicating Factors Affecting the Plan of Care Mental Status/Cognitive Function Appears Impaired? No

### 06/27/2024 PT Associates of Orange Park
Injury/Onset/Change of Status Date: 06/05/2023 Insidious Diagnosis: ICD10: M54.2: Cervicalgia, G44.86: Cervicogenic headache, M54.50: Low back pain, unspecified, S06.2X9D: Diffuse traumatic brain injury with loss of conscio...
Rehab Potential: Good Contraindications to Therapy: None Patient Problems: - Severe neck with headache and back pain affecting functional mobility and ADL including disturb sleep. Dizziness and nausea with change in position.

### 06/27/2024 PT Associates of Orange Park Date of Initial Examination:
Primary Concern/Chief Complaint: Severe neck with headache and back pain affecting functional mobility and ADL including disturb sleep. Dizziness and nausea with change in position.
Mental Status/Cognitive Function Appears Impaired? No Current Medications: Prescription (See List) Patient Goals: Relieve Neck and Low back pain

### 07/03/2024 PT Associates of Orange Park
Injury/Onset/Change of Status Date: 06/05/2023 Insidious Diagnosis: ICD10: M54.2: Cervicalgia, G44.86: Cervicogenic headache, M54.50: Low back pain, unspecified, S06.2X9D: Diffuse traumatic brain injury with loss of conscious...
- down, Bending, Lying Down Home Health Care: No Medical History: No Known Significant PMH To Affect Treatment Complicating/Personal Factors: No Known Complicating Factors Affecting the Plan of Care Mental Status/Cognitive Function Appears Impaired? No

### 07/24/2024 PT Associates of Orange Park
Injury/Onset/Change of Status Date: 06/05/2023 Insidious Diagnosis: ICD10: M54.2: Cervicalgia, G44.86: Cervicogenic headache, M54.50: Low back pain, unspecified, S06.2X9D: Diffuse traumatic brain injury with loss of conscious...
- down, Bending, Lying Down Home Health Care: No Medical History: No Known Significant PMH To Affect Treatment Complicating/Personal Factors: No Known Complicating Factors Affecting the Plan of Care Mental Status/Cognitive Function Appears Impaired? No
Date of Daily Note: 07/17/2024 Injury/Onset/Change of Status Date: 06/05/2023 Insidious Diagnosis: ICD10: M54.2: Cervicalgia, G44.86: Cervicogenic headache, M54.50: Low back pain, unspecified, S06.2X9D: Diffuse traumatic brain injury with loss of conscious
- down, Bending, Lying Down Home Health Care: No Medical History: No Known Significant PMH To Affect Treatment Complicating/Personal Factors: No Known Complicating Factors Affecting the Plan of Care Mental Status/Cognitive Function Appears Impaired? No

### 08/14/2024 PT Associates of Orange Park
Injury/Onset/Change of Status Date: 06/05/2023 Insidious Diagnosis: ICD10: M54.2: Cervicalgia, G44.86: Cervicogenic headache, M54.50: Low back pain, unspecified, S06.2X9D: Diffuse traumatic brain injury with loss of conscious...

**Claimant:  Terry, Michelle  dob** ▮▮▮▮▮▮  **doi** 06/05/2023    **Date of Exam: 1/31/2025**

- down, Bending, Lying Down Home Health Care: No Medical History: No Known Significant PMH To Affect Treatment Complicating/Personal Factors: No Known Complicating Factors Affecting the Plan of Care Mental Status/Cognitive Function Appears Impaired? No

Treatment Diagnosis: ICD10: M54.2: Cervicalgia, G44.86: Cervicogenic headache, M54.50: Low back pain, unspecified, S06.2X9D: Diffuse traumatic brain injury with loss of consciousness of unspecified duration, subsequent encounter, G31.84: Mild cognitive impairment of uncertain or unknown etiology

### 08/20/2024 Wisham P.A.

Complaint: Decrease concentration, memory impairment, neck pain, back pain, headaches, visual disturbance, impaired balance, dizziness, tinnitus, nausea, and insomnia

### 09/04/2024 Atlus

The patient has been managed with epidural steroid injections. In my prior dictations, I have recommended C5-6 and C6-7 total disc arthroplasty. She, however, has been trying to avoid surgery with epidural steroid injections.
Of note, the patient also has been undergoing thoracic ablations.

### 9/20/2024 Surgery was performed anterior cervical discectomy, disc arthroplasty at C5-6 and C6-7

### 10/01/2024 Julie Wisham PA

Decrease concentration, memory impairment, neck pain, back pain, headaches, visual disturbance, impaired balance, dizziness, tinnitus, nausea, and insomnia
Assessment
F41.9) Anxiety disorder, unspecified modified 22 Aug, 2024
Central sleep apnea syndrome (G47.31/327.21)
Primary central sleep apnea modified 26 May, 2024
Poor balance (finding) (R27.8/781.3)
Other lack of coordination modified 21 Feb, 2024
Moderate depression (disorder) (F32.A) Depression, unspecified modified 21 Nov, 2023
Other cervical disc displacement, cervicothoracic region (M50.23/722.0)
Other cervical disc displacement, cervicothoracic region modified 11 Oct, 2023
Chronic post-traumatic headache, intractable modified 11 Oct, 2023
Visuospatial deficit (R41.842/799.53)
Posttraumatic aphasia (finding) (R47.01/784.3) Aphasia modified 11 Oct, 2023
Loss of appetite (finding) (R63.0/783.0) Anorexia modified 11 Oct, 2023
Unspecified visual disturbance modified 11 Oct, 2023 Late effect of traumatic injury to brain (disorder) (S06.2X9D/V58.89)
Diffuse traumatic brain injury with loss of consciousness of unspecified duration, subsequent encounter modified 20 Jul, 2023
Mild cognitive impairment, so stated (G31.84/331.83) Mild cognitive impairment, so stated modified 20 Jun, 2023
Poor concentration (finding) (R41.840/799.51)
Attention and concentration deficit modified 20 Jun, 2023
Slowness and poor responsiveness modified 20 Jun, 2023
Anterograde amnesia modified 20 Jun, 2023
Tinnitus, unspecified ear modified 20 Jun, 2023
Dizziness and giddiness modified 20 Jun, 2023
Insomnia (disorder) (G47.00/780.52) Insomnia, unspecified modified 20 Jun, 2023

**Claimant:  Terry, Michelle  dob** ▆▆▆▆▆  **doi** 06/05/2023   **Date of Exam: 1/31/2025**

 Pain of head and neck region (finding) (M54.2/723.1) Cervicalgia modified 20 Jun, 2023 Low Back Pain (M54.50) Low Back Pain modified
20 Jun, 2023 MRI...
 it is more likely than not lesions seen on MRI brain represent axonal shearing from traumatic brain injury. Also noted on brain imaging was hemosiderin deposition in right occipital lobe, more likely than not related to post traumatic microhemorrhage...
- Over time, she has reported some slight improvement in memory. She continued to have to write things down more often to remember them. Her husband and daughter frequently had to remind her of things that have already told her.
...memory difficulty, particularly with repeating herself and forgetting conversations. - Attention and concentration deficit (R41.840): Initially she complained of difficulty staying on task, and trouble concentrating. No improvement since last visit. Since last visit unchanged. - Mental slowing/slow processing speed (R46.4
...she stated that it took her longer to complete mental tasks, and that she was speaking more slowly since incident, per husband. Since last visit unchanged. –
Frontal lobe dysfunction : Initially she stated she has been having disinhibited behavior. Has been over spending. Has difficulty planning her day. Cognitive testing revealed low normal score in deductive reasoning. She has significant difficulty multi-tasking.
She has not cooked a meal since the incident.
She now relies very heavily on her husband and daughter to help, and feels like she has lost her independence.
Over time, exhibiting disinhibited behavior, cussing at her daughter, which is very atypical for her. She also continues to have difficulty planning and often mixes up dates. Since last visit unchanged. –
Language deficit: Initially she described difficulty verbalizing what she was trying to say, and would "talking in circles". Also complained of word finding difficulties. Cognitive testing revealed low normal score in verbal reasoning.
Husband has stated that he has to be present during many of her medical visits to help direct the conversation and to help her convey what she is trying to say. Since last visit unchanged. –
Visuospatial deficit: Initially she was misplacing objects around the house and had put the milk in the cabinet and not in the fridge.
Cognitive testing revealed impairment in spatial short-term memory and low normal score in visual spatial processing. QEEG with dysregulation in Rt parietal region. MRI with likely microhemorrhage in Rt occipital region. Impaired reaction time on functional oculomotor testing. There has been improvement over time, however not back to baseline. Since last visit unchanged. - Overall, no significant changes in memory or cognitive difficulties since last visit.
Husband continues to state that she has significant difficulty with her memory. A long-term friend came to see her recently and told her that she seems to have significant difficulty with her memory, and that her speech pattern is no longer...
She feels like she has lost herself since the incident, she is not the same.
- Dizziness (R42): Initially she was experiencing episodes of room spinning. Over time she has had improvement, however when she closed her eyes she could feel disequilibria.
Tinnitus
Has been present continuously since the incident. Since last visit unchanged. - She has also had a feeling of ear fullness, with possible decrease in hearing. Hearing improved over time, however she still feels ear fullness. Since last visit has resolved. No longer experiencing pressure/tinnitus since neck surgery.
Visual disturbance - Initially she complained of visual impairment, in particular when driving. Oculomotor testing (10/6/23) revealed impairment in smooth pursuit, saccadic eye movements, and visual fixation likely making it difficult to visually focus on objections. Completing oculomotor therapy and notes some improvement, however not back to baseline. Since last visit unchanged...

**Claimant:  Terry, Michelle  dob** ▉▉▉▉▉▉  **doi** 06/05/2023   **Date of Exam: 1/31/2025**

Post traumatic Headache (G44.309)
stiffness. She completed PENS and cervical PT and noted some improvement. She had laser therapy of her neck, and had increased swelling and stiffness in her neck, then for the next two weeks had an almost continuous severe headache. Since last visit headaches have worsened again. She had an epidural and stated that she has had worsening neck pain. Since last visit she has had significant improvement since recent cervical surgery (2 weeks prior).
– Likely cervicogenic in nature. Complains of neck pain and stiffness.
Cervical Disc herniation, cervical myelopathy - Neck pain has been present since the incident, could get up to 9/10 in pain
Cervical Disc herniation, cervical myelopathy
Emotional Disturbance
Anxiety (300.00/F41.9): She has developed anxiety over time, worrying about her future and overall well being. Since last visit anxiety continues. She started alpha stim. with a little improvement noted. Since last visit stated her anxiety is stable, still increases at times with worsening pain. - Depression: SIGECAPS was initially positive. She developed depression over time. Duloxetine 90mg helped. Pain is noted to worsen depression symptoms.
Thoracic disc herniation
- Back pain has been present since the incident.
Low Back Pain - Has had mild low back pain since incident.
Impaired Taste and Anorexia - Taste has been off
- Taste has been off. Also had intense Anorexia after incident. She reported some mild weight loss. Over time has had some improvement, but portion size is still smaller. Unchanged since last visit.
- Autonomic symptoms, near syncope, was sweating, stomach feeling heavy and having frequent indigestion/vomiting with concern for gastroparesis. She has also been having episodes of feeling flush and diaphoretic.
- She was recently evaluated at hospital for worsening left shoulder/arm pain.

**10/08/2024 DEAN ELLSWORTH Atlus**
PROCEDURE: 09/20/2024 CHIEF COMPLAINT: Status post anterior cervical discectomy, disc arthroplasty at C5-6 and C6-7 on September 20, 2024.
Today, the patient states she is doing better
She notes that the pain she had in her left arm has improved significantly since surgery.


**Legal Records:**


**3.Terry-PI's Answers to Def.'s Interrogatories -10.16.24**
I do not recall whether I had any drinks on the day of the incident or within the 12 hours prior. However, if I did consume alcohol, to the best of my recollection, it may have been one or two

drinks the day before. I did not take any medications or drugs.

Describe each injury for which you are claiming damages in this case, specifying the part of your body that was injured; the nature of the injury; and, as to any injuries you contend are permanent, the effects on your injury that you claim are permanent.

Traumatic Brain Injury o Traumatic Injury to Brain (diagnosed with MRI on July 1, 2023)

**Claimant: Terry, Michelle  dob** ████████  **doi** 06/05/2023    **Date of Exam: 1/31/2025**

...e traumatic brain injury with loss of consciousness o Concussion o Post Concussion Syndrome o Acute post-traumatic headache, intractable. o Anterograde amnesia o Cognitive Impairment o Decrease in appetite o Dizzy spells o Insomnia o Nausea o Pain of head...

o Anterograde amnesia o Cognitive Impairment o Decrease in appetite o Dizzy spells o Insomnia o Nausea o Pain of head and neck region o Poor concentration o Tinnitus ▪ Ringing in ear o Slowness and poor responsiveness Neck Injury o Herniation of cervical ...

...in ear o Slowness and poor responsiveness Neck Injury o Herniation of cervical intervertebral disc (M50.20/722.0) ▪ Central Disc Herniation at C3/C4 impinging the thecal sac ▪ Central Disc Herniation at C4/C5 impinging the thecal sac ▪ Disc Bulge at C5/C6 ▪ Broad-based central protruding-type disc herniation at C6/C7 o Cervical facet joint pain (M54.2/723.1) Back Injury o Disc Herniation at T2/T3 o Disc Herniation at T7/T8 with annular tears o Disc Herniation at T8/T9 with annular tears o Disc Herniation at T9/T10 o Muscle spasm of thoracic back (disorder) (M62.830/724.8) o Low Back Pain

As a result of my injuries, I underwent total disc arthroplasty at C5/6 and C6/7 on September 20, 2024, and I am continuing to recover from this procedure. Treatment for my accident-related injuries is ongoing.
...exercise. Prior to this incident, I was very active and engaged in hobbies such as paddleboarding, horseback riding, boating, swimming, snorkeling, camping/glamping, canoeing, working out, riding my bike, roller skating, and rock climbing. The persistent pain and restrictions have fundamentally altered my daily life and physical fit...

1993-1994- Monroe County, Key West, FL, auto accident, hit by a semi- truck, injuries: lumbar spine
1. Second Amended Complaint

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA MIAMI DIVISION CASE NO.: 2024-CV-22067-RKA
MICHELLE TERRY, Plaintiff, v. CARNIVAL CORPORATION,

At all material times, CARNIVAL was engaged in the business of operating maritime cruise vessels for fare paying passengers and for this purpose operated, among other vessels, the Elation.
At all material times, including the injury date of June 5, 2023, Plaintiff was a fare paying passenger aboard the Elation (the "subject vessel") and in that capacity was lawfully present aboard the vessel.
The tables and chairs were wrapped in a plastic and/or "saran wrap-like" material and stacked on dollies and/or carts.
Suddenly, and without warning to Plaintiff or other passengers seated in the subject area, one of the Carnival Crewmembers opened and/or sliced the plastic material holding together a large stack of tables and/or chairs (herein the "unpacking process") causing the stack to fall and slam into Plaintiff.
The falling stack's full force and weight struck Plaintiff on multiple areas of her body including, but not limited to, her head, neck, shoulder, arms, and back.
Due to the forceful impact to her head, Plaintiff was knocked unconscious.
Upon awakening, she immediately started dry heaving and vomited, a clear sign of head trauma and injury.