# KANNOA

## MARBELLA



Shown in Espresso Wicker and Natural Fabric

*(Pieces may be available in different finishes.  Please refer to the Materials section)*

## Dining Chair w/ Arms

## MAR302



— 25" —    — 26" —    40"

### SPECS & DIMENSIONS

Overall:  w:25"  d:26"  h:40"

Seat Height:  18"    Arm Height:  26"

Weight:  20 Lbs.

Notes:

### MATERIALS & CERTIFICATIONS

| | | |
|---|---|---|
| Aluminum: | ✔ | Powder Coated / Welded Joint |
| Wicker: | ✔ | High Density Polymers |
| Fabric: | ✔ | 100% Acrylic sunbrella |
| Sling: | ✖ | PVC Sling Serge Ferrari |
| Faux Wood: | ✖ | Polypropylene Slats |
| Cement: | ✖ | Fiber Reinforced Cement |
| Glass: | ✖ | Tempered Glass |
| Plastic: | ✖ | Polypropylene & Polyethylene |

 Outdoor Safe   100% Recyclable   Fire CA-117   Water Resistant   Quick Ship

GR000053