Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO: 2024-CV-22067-RKA

MICHELLE TERRY,

     Plaintiff,

v.

CARNIVAL CORPORATION,

     Defendant.

_____/

Remote Audio-Video Communication

January 31, 2025

12:00 p.m. - 2:49 p.m.

DEPOSITION OF VENAKESAN RANTATT

Taken before Paula Pace, RPR, Notary Public in and for the State of Florida at Large, pursuant to Notice of Taking Deposition filed in the above case.

Page 2

APPEARANCES:

ON BEHALF OF THE PLAINTIFF:
HOLZBERG LEGAL
Offices at Pinecrest II, Suite 220
Miami, Florida 33156
BY: Louis Holzberg, Esquire
    Louis@holzberglegal.com

ON BEHALF OF THE DEFENDANT:
GRAY ROBINSON, P.A.
515 North Flagler Street
Miami, Florida 33156
BY: Cooper Jarnagin, Esquire
    Cooper.jarnagin@gray-robinson.com

- - - - - -

I N D E X

- - - - - -

TESTIMONY OF VENAKESAN RANTATT
                         PAGE

Direct Examination by Mr. Holzberg       03
Certificate of Reporter          41
Certificate of Oath              42
Errata                        43
Notification Letter              44

E X H I B I T S
                   PAGE
PLAINTIFF'S
Exhibit 1 - Performance Evaluation        12
Exhibit 2 - Photos            26

---

Page 3

Thereupon,

VENAKESAN RANTATT,

was called as a witness and, having been first duly sworn, was examined and testified as follows:

DIRECT EXAMINATION

BY MR. HOLZBERG:

Q. Good afternoon. My name is Louis Holzberg, and I represent the plaintiff in this matter. Her name is Michelle Terry.

First question I wanted to know, have you ever had your deposition taken before?

A. Yes.

Q. You have met with a lawyer like this previously?

A. Yes.

Q. Okay. And you had to answer questions like these?

A. Yes, sir.

Q. Okay. And I'm not talking about when you spoke to your lawyer prior to this. I'm talking about formally, where you had to swear in. You've done that before?

A. No.

Q. Okay. So what were you referring to a moment ago when you said yes?

---

Page 4

A. No, sir.

Q. So have you ever given a deposition before?

A. Sorry. No.

Q. Do you go by Ven?

A. Yes.

Q. Okay. Ven, do you speak English?

A. Yes, sir, a little.

Q. Okay. If you don't understand my question, I need you to say, Louis, I don't understand, and I'll try to make it so that you can understand. Okay?

A. Sure.

Q. Okay. Ven, is it okay if I call you Ven?

A. Yes, sir.

Q. Okay. Ven, a moment ago, you were sworn in and placed under oath. Do you understand what that means?

A. Yes, sir.

Q. Okay. What does that mean?

A. Sorry?

Q. What does it mean to be under oath?

A. Under oath?

Q. Yeah. What does that mean?

---

Page 5

A. (No audible response.)

Q. Do you know what it mean to be under oath?

A. Can I just talk?

Q. How are you supposed to talk?

A. Truth.

Q. Okay. So to be under oath means to tell the truth. Do you agree with that?

A. Yes, sir.

Q. Okay. Do you agree to tell the truth?

A. Yes.

Q. Okay. Do you need to do something? You keep looking off camera.

A. Yes.

Q. Okay. We are giving this deposition by Zoom, so there may be times where you haven't completely heard my question. I just ask that you wait until I finish asking my question before giving your answer. Do you understand?

A. Yes, sir.

Q. Okay. And you're doing a great job, but I just need you to always say, "yes" or "no," as opposed to saying "uh-huh" or "huh-uh" or nodding or shaking your head. Okay?

A. Okay.

2 (Pages 2 - 5)

Page 6

Q. Okay. Perfect. First question, what is your full legal name?

A. Venakesan Rantatt.

Q. Where were you born?

A. India.

Q. How long have you worked for Carnival Cruise Line?

A. Two years, sir.

Q. Two years?

A. Yes.

Q. When did you start working for Carnival?

A. I started 2022, December 9.

Q. Okay. What is your title?

A. Housekeeping.

Q. Can you describe for me what it means to be in housekeeping? What is your role?

A. It's a role of cleaning, sir, cleaning public area, guest area.

Q. Anything else?

A. No, sir.

Q. What is involved in the process of cleaning?

A. Cleaning everything is the task. Every task is different task. It's a project.

Page 7

It's a carpet, bathroom, it's a flotation machine.

Q. Can you take me back to December 2022. How were you trained by Carnival?

A. Carnival I'm working for Dubai before. I want to apply online, cruise line.

Q. Okay.

A. Because I want to work for Carnival Cruise Line.

Q. So before Carnival, you worked in Dubai; is that correct?

A. Yes, sir.

Q. Okay. My question was when you started working for Carnival, how did they train you to be a housekeeper?

A. Yeah. Before I experience cruise line, that get for the cruise line, I get training cruise line one, two months' training process.

Q. Where was the training done?

A. In India.

Q. It's in India?

A. No. It's in India.

Q. The training program is in India; is that correct?

A. Yes.

Q. Okay. Can you tell me what did they

Page 8

train you on?

A. It's a cleaning process, sir. Cleaning, how to impress guests, cleaning process, pattern. And before that, there were classes as cabin steward.

Q. Okay. Did they make you take any tests?

A. Sorry?

Q. Did you have to take any exams?

A. Yeah. I would do it with management.

Q. Okay. And after you completed your two months of training in India, did you have any training while on board the vessel?

A. Yeah, on board also training, sir.

Q. Can you explain to me the process of onboard training?

A. On board is the safety training. It's for guests and other things, response. It's everything training.

Q. What is involved in safety training?

A. Safety training is something you want to clean, workplace, you want to clean everything. It's a closing area. It's any place, the area clean if something happen in the area, you close it for cleaning, sir.

Page 9

Q. What do you mean by that?

A. Because it's a cleaning process, sir.

Q. So, I'm just not understanding. You're saying that during the cleaning process, you were trained to close the area; is that correct?

A. Yeah. This is the area because some guests is not passing, supposed to block that area.

Q. Okay. I understand. So why do you block the area while you're cleaning?

A. Because a guest is not passing, if something happen to fall down because the area is blocked, sir.

Q. Do you think that makes sense?

A. Yes, sir.

Q. Okay. So what you're saying is that while you do certain cleanings, you close the area to keep guests safe; is that correct?

A. Yeah. Guest is safe, sir.

Q. Okay. And do you find that if you don't close the area that you've seen instances where maybe a guest does fall?

A. No. Guest safe because closing area so guest not passing.

Q. Oh, okay. So you've not seen that happen because you close the area; is that correct?

3 (Pages 6 - 9)

Page 10

A. Yes.

Q. Okay. So is it your testimony that closing the area makes the area more safe?

A. It's more safe, sir.

Q. Okay. Do you always close the area during cleanings?

A. Yeah, always close the areas.

Q. Okay. All right. What else were you trained on when you first started after you were trained in India, so your first contract on the vessel, what other training did you receive?

A. I worked in Dubai. I worked to transport to that -- I don't go into room. I go to -- even with Carnival.

Q. Okay.

A. -- one contract, I go to India.

Q. Right, but my question is that when you were working on the vessel for the first time, what training did you receive?

A. It's a training in the process of safety training --

Q. Okay.

A. -- on board. It's our starboard, port side, onboard training, office cleaning training.

Q. Who is your current manager?

Page 11

A. Sorry?

Q. Who is your manager right now?

A. Victor.

Q. What vessel are you on?

A. Sorry?

Q. What vessel are you currently working on?

A. I'm the public area.

Q. Which vessel are you currently working on?

A. Morning shift.

Q. The name of the boat, which boat are you working on?

A. VENEZIA.

Q. VENEZIA. Thank you. Prior to -- scratch that. What was your first contract with Carnival? What boat were you working on?

A. ELATION.

Q. ELATION, and that was your first contract ever with Carnival; is that correct?

A. Yes, sir.

Q. Okay. And from when to when was that contract?

A. I finished 2023, sir, July.

Q. July 2023, okay. I understand. I'm

Page 12

going to show you a document. Okay. We're going to mark this as Plaintiff's Exhibit 1.

(Thereupon, Plaintiff's Exhibit 1 as marked for identification.)

BY MR. HOLZBERG:

Q. I just want you to confirm for me that this is you. Okay. Sorry. I just need to mark that up. Okay.

Can you see my screen?

A. Yes, sir.

Q. This is a performance evaluation for you. I'm not so much concerned -- I only wanted to show you the top here. Okay? It says that you said signed on December 10th, 2022; is that correct?

A. Yes, sir.

Q. Okay. And this is you?

A. Yes, sir.

Q. Okay. And that's your crew ID 574222?

A. Yes.

Q. Do you have the same crew ID now?

A. Yes.

Q. And it says that you signed off, as you testified, July 12th, 2023; is that correct?

A. Yes, sir.

Page 13

Q. Okay. And you were on the Carnival ELATION?

A. Yes.

Q. Okay. Now, we're here to talk about an incident that happened to my client. Her name is Michelle Terry. I'm going to represent to you that it happened on June 5th of 2023. Would you agree with that?

A. Yes, sir.

Q. Okay. And that would have been during your first contract on the Carnival ELATION; is that correct?

A. Yes, sir.

Q. Okay. At the time of the incident, did any crew members report to you?

A. That time, I'm on Deck 11. I don't know, I'm being to check. I would inform the supervisor, sir.

Q. I didn't understand that. Can you repeat that?

A. I inform the supervisor.

Q. You worked under a supervisor; that's correct?

A. Yes.

Q. Okay. Did any crew members work under

4 (Pages 10 - 13)

Page 14

you?

A. Yes. One is with me, sir, cleaning. He's Indonesian.

Q. He's Indonesian. Okay. Do you know his name?

A. I don't know, sir.

Q. If I told you his name was David Bhuti Raharo (ph), would you agree with me?

A. I don't remember, sir, because it's a long time.

Q. Okay. But you remember that there was an Indonesian crew member working under you, correct?

A. Yes, sir.

Q. Okay. What language did David speak or did the Indonesian crew member speak?

A. English, sir.

Q. At the time of the incident, that crew member spoke English, that's your testimony?

A. Yes, sir.

Q. How did you communicate with that crew member?

A. He's our family, teamwork, sir.

Q. Okay. What were you assigned to do with David? Were you his trainee? Were you

Page 15

supposed to be training him?

A. Yes, sir.

Q. Okay. Do you know how long this Indonesian crew member worked for Carnival on June 5th, 2023?

A. I don't remember because it was a new sign-on.

Q. Okay. So you'd agree with me that he was new?

A. Yeah. By that time I say it's a new sign-on. I don't know how many months.

Q. Okay. If I told you it was two days, would you agree with me?

A. I don't remember, sir.

Q. Okay. Do you think it was more or less than five days? If you don't know, that's fine. I just -- I want to know what you know.

A. I don't remember, sir, that time because he just came.

Q. Okay. But it's your testimony that he was new?

A. Yes.

Q. Okay. That's fine. If that's all you remember, I understand. Okay? My understanding is that he signed on June 3rd, 2023, and the incident

Page 16

happened on June 5th, 2023. So he was working on the vessel no more than two days. Okay?

So prior to June 5th, had you already begun training the Indonesian crew member, or was that the first day you had trained him?

A. I don't know. It's not -- that time it was for helping, sir.

Q. What do you mean by helping? I don't understand.

A. He is a crew member that time. He's helping for the chair.

Q. So you weren't responsible to train this crew member?

A. Yeah. This a different area.

Q. Okay. What area was that time?

A. It's that time -- I don't remember which area because I am working in the cooler area. It's not partnered. That time it's partner. I don't know which area he is working. I don't remember.

Q. Okay. So was that the first time you worked with the Indonesian crew member?

A. Yeah. I work with the first time.

Q. Okay. Prior to this incident, had you ever been responsible for setting up the chairs?

Page 17

A. Yeah. I not set up the chairs. I set up -- the other person set up. Just I bring upstairs Deck 11.

Q. You did what?

A. It's a plastic chair. Fix the chair is a wrapping.

Q. Your job -- you wrap the chairs?

A. No, not me. The other person wrapping. Just I bring upstairs.

Q. Okay. So let me understand this. Your job was to bring the chairs upstairs; is that correct?

A. Yeah. That time I work the different work. The supervisor told me you can bring upstairs.

Q. Okay. So these chairs, how are they transported?

A. Sorry?

Q. How did you transport the chairs?

A. Inside the elevator, sir.

Q. Okay. Did you carry the chairs?

A. Yes. I carry chairs. I put on trolley, and I bring upstairs. It's a lot of person -- people everything.

Q. Okay. So I understand this, you take

5 (Pages 14 - 17)

---

Page 18

the chairs on a trolley; is that correct?

A. Yes.

Q. Okay. And the chairs, when you take them, are already wrapped; is that correct?

A. They already wrapped, yes.

Q. Who wraps them?

A. I don't know, sir, a crew member.

Q. Okay. Fair. What are they wrapped in?

A. It's a white plastic.

Q. A white plastic. Okay. And you push this trolley onto an elevator?

A. Yeah, elevator.

Q. Okay. And then you take the trolley with the chairs and the plastic wrap to where? Deck 11?

A. Yeah, Deck 11.

Q. Okay. So when you arrive in Deck 11, where were you supposed to set the chairs up?

A. Port side.

Q. Port side?

A. Yes.

Q. Okay. Is that known as a specific area?

A. Is no guests, sir, not quite that

Page 19

time.

Q. What is that area called?

A. Inside smoking area.

Q. It's a smoking area. I understand. Okay. And how do you -- what is the process of setting up the chairs?

A. Just only there are four chairs, sir, just four chairs.

Q. Okay.

A. Not all the chairs, just only four chairs.

Q. Okay. Is that typical when you received this stack of chairs with the plastic, there's four chairs?

A. Yeah, only four chairs.

Q. Okay. And how do you -- what do you do when you arrive with the trolley on Deck 11 in the smoking area with the chairs, what do you do?

A. Yeah. That's a -- it's a two-person, that place. I bring three chairs. I put certain of the chairs. One chair is designated as a little less. It's a fall down. And I don't think it's a fall down chair. I'm so far away.

Q. Okay. But my question was, you arrive on Deck 11, correct?

Page 20

A. Yes.

Q. You go to the smoking area, correct?

A. Yes, smoking area.

Q. Okay. What happens, not in the incident generally, what happens next? What do you do?

A. That time, I set up the chairs, sir.

Q. Okay. But they're wrapped in plastic?

A. Yeah. The plastic, the wrap is open. The other person -- it's open just I bring to chairs. I want to go to bring them, I set up the chairs.

Q. How do you remove the plastic?

A. Plastic is -- plastic is open. I don't know how to open. I don't see, at that time, I am so far away. I'm just -- they give me three chair me. I put it. It's one chair, one trolley, last one.

Q. Okay. But that doesn't answer my question. How do you remove the plastic?

A. It's a plastic. I do not remove, sir.

Q. You didn't remove it, correct?

A. I don't remove it.

Q. Okay. And earlier, you testified that when you do cleanings, that you close the areas.

Page 21

Did you close this area?

A. Yeah. That time, I -- the guest is not guest at that time. No guests. It's a quiet -- it's a port day at that time. It's a port day. No guests that time. Is a guest only two, three guests.

Q. There were three guests in the area at the time?

A. Yes, sir. It's a port day, not busy that time.

Q. Okay. My understanding is that the chairs were set up on the dock; is that correct?

A. Yes.

Q. So the chairs are moved from the dock back onto the ship; is that correct?

A. Yes, sir.

Q. Okay. So why are the chairs moved from the dock onto the ship?

A. Because if that chair is -- is a gangway because at that time it's a port day. That time is port day. Some days is raining outside. Easier set up the chair port side outside.

Q. Okay. But that had ended, correct, because they were being brought back on the ship?

A. I don't remember, sir, that thing.

6 (Pages 18 - 21)

Page 22

Only I bring two chairs only. I don't know which set. I don't remember that well. Just to give two chairs, I will bring to upstairs.

Q. Okay. So you didn't speak to any of the guests, correct?

A. No. I don't speak to guests. Is not guests that side.

Q. Okay. So you didn't speak to anyone, any of the passengers at the time of the incident, correct?

A. Yeah. It's a passenger at that time. I don't -- it's not passenger at that time, guest. It's quiet, only one or two guests. At that time I put chairs, is only one guest. Is not guests in that area.

Q. Okay. So when you keep saying that time, you're referring to June 5th, 2023, the day of the incident, correct?

A. Yes.

Q. Okay. And what you're saying is that there was only one, two, maybe three guests in the area; is that correct?

A. Yes, sir.

Q. Okay. And you didn't speak to any of them, correct?

Page 23

A. No, I don't speak -- I had the chair port, that said no -- no guests.

Q. Okay. So you didn't speak to anyone, correct?

A. I'm not -- I don't speak anything because is no guests that side.

Q. Okay. So you -- you didn't warn any of the guests, correct?

A. Sorry?

Q. You didn't say anything to the guests, correct?

A. Yeah, guests. I said to guest just moving the -- I set up the chair because one or two that side is empty, that place, not guests --

Q. I understand. So the area that you were in, there was no guests anyway, correct?

A. Yeah, and even no guests. That is smoking area, no guests at that time.

Q. Okay. And you didn't close the area though, right? You didn't put ropes and prevent people from coming, correct?

A. Sorry?

Q. Did you close the area before setting up the chairs?

A. No. There's no guests. It's a

Page 24

closing area, but already is closing because no guests in that area.

Q. But did you --

A. I don't bring a lot of chairs, just three chairs bring because every process, you bring lot of chairs, you want the area is closed for guests because guests is not passing something happen.

Q. Okay. So, but you didn't -- did you put up any signs?

A. Yeah. It's a caution sign.

Q. Did you put signs?

A. Yeah, caution -- it's a caution sign normal. This is normal caution sign. It's because it's raining, something. It's always display caution sign.

Q. Okay. So the signs are used for like wet decks in the rain, correct?

A. Yes, port side, sir.

Q. Well, did you put any signs up before you set up the chairs?

A. I don't remember, sir, that thing because --

Q. Okay. Prior to that day, had you ever put up any signs for that specific use in the area?

Page 25

A. I don't remember, sir.

Q. Okay. Your memory is that you don't remember if you've ever put up a warning sign during the setup of the chairs.

Prior to this instance, you had worked for Carnival six months, correct?

A. Yes, sir.

Q. Okay. How many times had you done the chair setup process yourself?

A. I'm not certain, sir.

Q. Okay. Had you ever --

A. Never.

Q. Prior to this incident, you had never set up the chairs, correct?

A. Yeah, never.

Q. So this is your first time doing this, correct?

A. Yeah. This the first time just I bring upstairs.

Q. Okay. And the Indonesian crew member, they were a new hire, correct?

A. I think it's a new hire, sir. I don't remember.

Q. Okay. So you and this new hire, neither of you had ever set up the chairs before,

7 (Pages 22 - 25)

Page 26

correct?

A. I don't know, sir, that thing.

Q. Okay. And who taught you or told you what to do?

A. Sorry?

Q. Prior to the chair setup, who taught you what to do?

A. It's a supervisor.

Q. What's your supervisor's name?

A. I don't know, sir, because it's a long time.

Q. Okay. I'm going to show you a picture. Okay?

A. Yes.

Q. We'll mark this as Composite Exhibit 2.

(Thereupon, Composite Exhibit 2 was marked for identification.)

BY MR. HOLZBERG:

Q. Is this the trolley you used?

A. Yeah, that trolley using, sir.

Q. Okay. And are these the chairs that you were moving?

A. Yeah, that area, sir.

Q. Well, that's the area, but were these

Page 27

the chairs?

A. Sorry?

Q. Were the chairs that you see in these photos, and I will show you all of them so that I'm being complete, are these the chairs that you were moving?

A. Yeah. That chair, I'm not moving. I bring to upstairs. I don't bring down.

Q. Okay.

A. Somebody bring down, not me.

Q. Okay. So you're not moving the chairs, correct?

A. Yeah. I do not moving anything, sir.

Q. Okay. Ven, what is your memory of what happened on June 5th, 2023?

A. Because I bring the chairs at that time, because I need the four chair set, use the one trolley. I bring the trolley with three chairs and set up the chair. One chair, I don't see it's a fall down chair. I don't remember. It's very long distance. Because it's very long distance, I told my supervisor. That is one chair is a fall down something, like. That time, I don't see. His colleague call me, a chair missing, taking chair like fall down. That time, I call my supervisor.

Page 28

I don't remember. I'm a very long distance, sir.

Q. Okay. So you're too far away. You didn't see it happen; is that correct?

A. Yeah. I'm so far away. Just happened and see, sir.

Q. What did the Indonesian crew member tell you happened?

A. He don't see either. He said -- he's watching. I don't know. He's missing and the chair fall down. He said one chair missing. I don't remember. I don't see. He explained me. I don't see it. He set up the chairs.

Q. I understand you didn't see it. My question is what did they tell you happened after the incident?

A. After, he said that you don't tell anything, sir. He said I'm missing the chair, that's a fall down by mistake.

Q. The chair fell down by mistake. Okay. And did that chair -- what happened to the chair?

A. It's a chair, it's one chair is fall down. It's four chairs. Three chairs and a bigger chair. One chair is only one bending. It's a -- I don't see how to fall down. I don't remember that day. He don't say anything with me.

Page 29

Q. Okay. After the incident, were you interviewed by security?

A. Yes, because I informed to my supervisor after I go to the day after tomorrow security.

Q. What did you tell security happened?

A. I say I don't remember anything. He said bring four chair upstairs, three chair and set up. One chair is a fall down. I don't remember that thing. I explained.

Q. Okay. You keep saying one chair fell down; is that correct?

A. Yeah, one chair.

Q. Okay. What happened to the chair?

A. I don't see, sir. I don't remember that day. I don't see.

Q. So you don't know whether the chair hit my client or not?

A. No. I just bring the three chairs. I go to back side.

Q. Did you see my client after the incident, Michelle Terry?

A. Yeah. I see -- that time, I see. I bring to ice, a couple ice. After that, I bring to -- I call to my supervisor. I bring to medical

8 (Pages 26 - 29)

Page 30

center.

Q. Okay. Then that's very kind of you. Why did you bring ice?

A. Ice, I give it to ice because the guest asking ice.

Q. Why did you bring the guest ice?

A. Ice is a drinking water, sir.

Q. For drinking water?

A. Yeah. That time, I don't remember I giving to ice cup.

Q. So you gave her a cup of ice?

A. Yes, glass or something.

Q. Okay. Why?

A. Because if a guest is fall down, just accidentally going to water, some ice, just I bring to her. I call my supervisor secondly.

Q. Okay. Did you examine the passenger? What happened to them?

A. No, sir. I don't remember.

Q. You don't remember?

A. Yes, sir.

Q. So all you remember is bringing her ice?

A. Yes. Just the chair. Only I say the chair is fall down, something happen. I bring her

Page 31

water after I called to, secondly, my supervisor. He said, bring to medical center.

Q. Okay. All right. Why did -- why did the supervisor have the passenger go to the medical center?

A. Because the chair is -- something is -- I call supervisor. I don't go to medical center. I call for supervisor.

Q. Okay. You just pointed to your body. Why did you point to your body?

A. Sorry?

Q. You just did something with your hands and pointed at your body. Why?

A. I don't remember, sir.

Q. Okay. Did you just point to your head?

A. Huh?

Q. Did you just point to your head?

A. Yes, sir.

Q. Why? Why did you point at your head?

A. I don't remember, sir.

Q. Neither do I, frankly.

MR. JARNAGIN: Move to strike.

THE WITNESS: I don't remember. It was a long time, sir.

Page 32

BY MR. HOLZBERG:

Q. Okay. Fair enough. So we've gone over the equipment. You had a trolley, there's some chairs, plastic wrap. Did you have any other tools or equipment with you at the time of this incident?

A. No, sir, just trolley, sir.

Q. Okay. You don't wear gloves to lift the chairs, right?

A. No. No. I not wrapping anything.

Q. Okay. Ven, do you understand my questions?

A. Yes. Tell me, sir.

Q. Do you understand them?

A. Yes, sir.

Q. Okay. And you've been telling the truth, correct?

A. Yes, sir.

Q. Okay. After the incident, you were interviewed by security, correct?

A. Yes, security before.

Q. And you told them what you just told me, that you were too far away to see what happened?

A. Yes. I talked to security and to all

Page 33

I set up the chairs, three chairs. I don't see it fall down. I don't see.

Q. Okay. And you didn't speak to any of the passengers in the area, correct?

A. No, sir.

Q. You didn't speak to them before the incident either, correct?

A. I don't remember, sir, that day, that time.

Q. You don't remember?

A. Yes.

Q. Okay. And you didn't close the area before the incident, correct?

A. I don't remember, sir, that day, because it's a long time because my -- at that time, my father died, passed away.

Q. I'm very sorry for your loss.

A. Yeah, because I'm -- that time I don't know. I'm so far away, because my brother's accident, my father died. I'm so -- I forget, sir.

Q. Did you sign off the ship early because of the passing of your father?

A. Yes, sir, because --

Q. Because contracts are usually eight months. Your contract was a little less.

9 (Pages 30 - 33)

Page 34

A. Yeah. It's eight months' contract, sir.

Q. So you were only on the boat for seven months?

A. Yeah, seven months.

Q. Okay. How many trolleys were you moving?

A. Just one trolley, sir.

Q. How many stacks of chairs were on the trolleys?

A. Just four chairs, sir.

Q. And that you remember clearly, correct?

A. Yeah, just I remember this four chairs.

Q. How do you remember? I mean, you couldn't remember if you spoke to anyone, you don't remember seeing what happened to my client, but you specifically remember everything about the stack of chairs, so why?

MR. JARNAGIN: Objection, form.

THE WITNESS: I don't remember, sir. Just I bring to upstairs, sir. I not work in that place, just bring to help.

BY MR. HOLZBERG:

Page 35

Q. After the incident, were you reprimanded or placed on probation by your supervisor?

A. Yes, sir.

Q. What happened?

A. He told me I bring two chairs upstairs. He said, you want to see. I say, I don't see anything, sir. He said the chair is fall down, this from the supervisor. He is going to security office.

Q. Okay. But did you get in trouble because this happened?

A. Sorry?

Q. Did you get in trouble with your supervisor because this happened?

A. No, sir.

Q. Okay. Were you given additional trainings because this happened?

A. You know any trainings how cleaning that area, not me. This -- I bring to help the chairs I put upstairs. I work the pool area.

Q. Okay.

A. I'm not regular Deck 11 is not I bring to downstairs, not me. Just that time, I bring to upstairs. Supervisor told me to bring upstairs

Page 36

chairs.

Q. Okay. Is there anything you could have done to prevent this from happening?

A. I don't remember, sir.

Q. Well, as you sit here today, is there anything you could have done to avoid this incident?

A. No, sir.

Q. Other than you and the Indonesian crew member, was anybody else involved in this incident?

A. No, sir.

Q. Okay.

MR. HOLZBERG: I'm going to take a five-minute break. I'm almost done.

(Thereupon, a short recess was taken.)

BY MR. HOLZBERG:

Q. Ven, what is your understanding of what happened on June 5th, 2023?

A. I don't remember, sir, that time of the incident. I just remember I informed the supervisor that the guest fall down. I don't remember that chair.

Q. So all you remember is that chairs fell down, correct?

A. Yeah. That time, my colleague, he

Page 37

said call to supervisor. I call that time.

Q. Why did your colleague tell you to call the supervisor?

A. Because it was a guest accident.

Q. A guest was injured?

A. Yeah. Not -- it's a chair fall down. That time, I called supervisor secondly. That's come to supervisor bring to medical center because that time I think it was.

Q. Okay. Well, I'm just -- if a chair falls down, do you need to call your supervisor?

A. Yes. It's like a -- I'm so far away, the colleague tell me this chair is fall down. At that time, I called the supervisor secondly information.

Q. But do you always call your supervisor when furniture falls down?

A. Yeah. That time, I called secondly, sir.

Q. But why that time?

A. That time a chair is fall down.

Q. And what else happened?

A. Yeah, that happened.

Q. What else?

A. Huh?

10 (Pages 34 - 37)

Page 38

Q. What happened?

A. I don't know. I'm so far away, sir. This colleague told me this chair fall down, hit her head here. That time, I called to supervisor.

Q. What does head here mean? What does that mean?

A. Yes, sir, that part, that side.

Q. What do you mean by that?

A. Head is -- the chair is fall down on that side.

Q. So you're saying that chairs hit the head? I don't understand.

A. Chair is fall down that time.

Q. And?

A. And is a guest hold head like this. That time, I go to supervisor call.

Q. Okay. So what you're saying is that the chairs hit the passenger in the head; is that correct?

A. Yeah. I don't see. My colleague told me. I don't remember that they always fall down. I don't see. I'm so far away.

Q. You didn't see it happen, but what you were told is that the chairs hit the passenger in the head; is that correct?

Page 39

A. Yeah. It's a fall down.

Q. Okay.

A. But I don't see any -- I don't see the chairs is fall down. Just I inform to supervisor.

Q. And what did you inform the supervisor?

A. I told him something, chair is fall down, can he come quickly, that I'm going to -- is coming, to bring to medical center.

Q. Who were they bringing to the medical center?

A. I don't -- I think it's a supervisor, sir. I don't -- supervisor.

Q. Who told you to set up the chairs?

A. The chair set up, the supervisor, sir.

Q. Okay. And is that the supervisor on the report I showed you earlier? I'm going to show you again so that you know what I'm talking about. Okay? Give me one second. I'm sorry.

So there's a name here. Do you see that? Rengif Robbie Kumar (ph)?

A. Yeah. Rengif Kumar, sir.

Q. Is that the supervisor?

A. Yeah, that's the supervisor.

Q. Okay. And their position was

Page 40

management trainee housekeeping?

A. Yes, sir.

Q. Okay.

MR. HOLZBERG: I have no further questions.

MR. JARNAGIN: I don't have any questions for you, Ven. Thank you for appearing today. We both appreciate your time very much. Okay?

THE WITNESS: Thank you so much.

MR. HOLZBERG: Thank you, Ven.

THE COURT REPORTER: Read, Cooper?

MR. JARNAGIN: Yes, please.

(Thereupon, the deposition was concluded at 2:49 p.m.)

Page 41

CERTIFICATE OF SHORTHAND REPORTER

STATE OF FLORIDA   )
                   ) SS.
COUNTY OF PALM BEACH)

I, Paula Pace, RPR, do hereby certify that I was authorized to and did stenographically report deposition of VENAKESAN RANTATT, that a review of the transcript was requested; and that the foregoing transcript, pages 1 through 40 is a true record of my stenographic notes.

I FURTHER CERTIFY that I am not a relative, employee, or attorney, or counsel of any of the parties, nor am I a relative or employee of any of the parties' attorney or counsel connected with the action, nor am I financially interested in the action.

DATED, this 26th day of March, 2025.

*Paula Pace*
PAULA PACE, RPR

11 (Pages 38 - 41)

Page 42

CERTIFICATE OF OATH

STATE OF FLORIDA

COUNTY OF PALM BEACH

I, the undersigned authority, certify that VENAKESAN RANTATT remotely appeared before me and was duly sworn.

WITNESS my hand and official seal this 26th day of March, 2025.

*Paula Pace*

PAULA PACE, RPR

Notary Public State of Florida

My commission Expires: 12-14-26

---

Page 43

Terry v. Carnival

January 31, 2025 Venekesan Rantatt

Job No. FLA7203945

E R R A T A   S H E E T

PAGE_____ LINE____ CHANGE_____

_____

REASON_____

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

_____

VENAKESAN RANTATT              DATE

---

Page 44

Venakesan Rantatt

c/o Cooper Jarnagin, Esquire

Cooper.jarnagin@gray-robinson.com

March 26, 2025

RE:   Terry v. Carnival

Venekesan Rantatt

January 31, 2025

Job #7203932

The above-referenced transcript is available for review.

Venekesan Rantatt should read the testimony to verify its accuracy.

If there are any changes, Venekesan Rantatt should note those with the reason on the attached Errata Sheet.

Venekesan Rantatt should, please, date and sign the Errata Sheet and email to the deposing attorney as well as to Veritext at Transcripts-fl@veritext.com and copies will be emailed to all ordering parties.

It is suggested that the completed errata be returned days from receipt of testimony, as considered reasonable under Federal rules*, however, there is no Florida statute to this regard.

If Venekesan Rantatt fails to do so, the transcript may be used as if signed.

Yours,

Veritext Legal Solutions

*Federal Civil Procedure Rule 30(e)/Florida Civil Procedure Rule 1.310(e).

---

Veritext Legal Solutions

800-726-7007                                                    305-376-8800

**[03 - bring]** Page 45

**0**

**03** 2:16

**1**

**1** 2:21 12:2,3 41:6
**1.310** 44:23
**10th** 12:14
**11** 13:16 17:3 18:16,17,18 19:17,25 35:23
**12** 2:21
**12-14-26** 42:22
**12:00** 1:13
**12th** 12:24

**2**

**2** 2:22 26:16,17
**2022** 6:13 7:2 12:14
**2023** 11:24,25 12:24 13:7 15:5 15:25 16:1 22:17 27:15 36:18
**2024** 1:3
**2025** 1:12 41:12 42:12 43:2 44:4 44:6
**220** 2:4
**22067** 1:3
**26** 2:22 44:4
**26th** 41:12 42:12

**2:49** 1:13 40:15

**3**

**30** 44:22
**31** 1:12 43:2 44:6
**33156** 2:4,8
**34239** 41:19 42:19
**3rd** 15:25

**4**

**40** 41:6
**41** 2:17
**42** 2:17
**43** 2:18
**44** 2:18

**5**

**515** 2:7
**574222** 12:19
**5th** 13:7 15:5 16:1,3 22:17 27:15 36:18

**7**

**7203932** 44:6

**9**

**9** 6:13

**a**

**above** 1:21 44:7
**accident** 33:20 37:4
**accidentally** 30:15

**accuracy** 44:9
**action** 41:10,10
**additional** 35:17
**afternoon** 3:7
**ago** 3:25 4:17
**agree** 5:8,10 13:8 14:8 15:8 15:13
**answer** 3:16 5:19 20:19
**anybody** 36:10
**anyway** 23:16
**appearances** 2:1
**appeared** 42:9
**appearing** 40:8
**apply** 7:5
**appreciate** 40:8
**area** 6:19,19 8:23,23,24 9:5,6 9:7,9,11,16,20 9:22,25 10:3,3,5 11:8 16:14,15 16:17,17,19 18:24 19:2,3,4 19:18 20:2,3 21:1,7 22:15,22 23:15,18,19,23 24:1,2,6,25 26:24,25 33:4 33:12 35:20,21
**areas** 10:7 20:25
**arrive** 18:18 19:17,24

**asking** 5:18 30:5
**assigned** 14:24
**attached** 44:11
**attorney** 41:8,9 44:13
**audible** 5:1
**audio** 1:11
**authority** 42:8
**authorized** 41:5
**available** 44:8
**avoid** 36:6

**b**

**b** 2:20
**back** 7:2 21:15 21:24 29:20
**bathroom** 7:1
**beach** 41:3 42:5
**begun** 16:4
**behalf** 2:3,6
**bending** 28:23
**bhuti** 14:7
**bigger** 28:22
**block** 9:7,9
**blocked** 9:12
**board** 8:13,14 8:17 10:23
**boat** 11:12,12 11:17 34:3
**body** 31:9,10,13
**born** 6:4
**break** 36:14
**bring** 17:2,9,11 17:14,23 19:20

**[bring - considered]** Page 46

| | | | |
|---|---|---|---|
| 20:10,11 22:1,3 24:4,5,5 25:19 27:8,8,10,16,18 29:8,19,24,24 29:25 30:3,6,15 30:25 31:2 34:23,24 35:6 35:20,23,24,25 37:8 39:9 | **carpet** 7:1 | 19:8,10,11,13 19:14,15,18,20 19:21 20:7,11 20:12 21:12,14 21:17 22:1,3,14 23:24 24:4,5,6 | **close** 8:24 9:5 9:16,20,25 10:5 10:7 20:25 21:1 23:19,23 33:12 |
| | **carry** 17:21,22 | | **closed** 24:6 |
| | **case** 1:3,22 | | **closing** 8:23 |
| | **caution** 24:11 24:13,13,14,16 | | 9:22 10:3 24:1,1 |
| | **center** 30:1 31:2 31:5,8 37:8 39:9 39:11 | 24:21 25:4,14 25:25 26:22 27:1,3,5,12,16 27:18 28:12,22 28:22 29:19 32:4,9 33:1,1 34:9,11,15,20 35:6,21 36:1,23 38:11,18,24 39:4,14 | **colleague** 27:24 36:25 37:2,13 38:3,20 |
| **bringing** 30:22 39:10 | | | **come** 37:8 39:8 |
| **brother's** 33:19 | **certain** 9:16 19:20 25:10 | | **coming** 23:21 39:9 |
| **brought** 21:24 | **certificate** 2:17 2:17 41:1 42:2 | | **commission** 42:22 |
| **busy** 21:9 | **certify** 41:4,8 42:8 | | **communicate** 14:21 |
| **c** | **chair** 16:11 17:5 17:5 19:21,23 20:17,17 21:19 21:22 23:1,13 25:9 26:6 27:7 27:17,19,19,20 27:22,24,24 28:10,10,17,19 28:20,20,21,21 28:23,23 29:8,8 29:9,11,13,14 29:17 30:24,25 31:6 35:8 36:22 37:6,10,13,21 38:3,9,13 39:7 39:15 | | **communication** 1:11 |
| **c** 44:1 | | **change** 43:5,8 43:11,14,17 | **complete** 27:5 |
| **cabin** 8:5 | | **changes** 44:10 | **completed** 8:11 44:15 |
| **call** 4:14 27:24 27:25 29:25 30:16 31:7,8 37:1,1,3,11,16 38:16 | | **check** 13:17 | **completely** 5:17 |
| | | **civil** 44:22,22 | **composite** 26:15 26:17 |
| | | **classes** 8:4 | **concerned** 12:12 |
| **called** 3:3 19:2 31:1 37:7,14,18 38:4 | | **clean** 8:22,22,24 | **concluded** 40:15 |
| | | **cleaning** 6:18,18 6:23,24 8:2,3,3 8:25 9:2,4,9 10:24 14:2 35:19 | **confirm** 12:6 |
| **camera** 5:13 | | | **connected** 41:9 |
| **carnival** 1:8 6:6 6:12 7:3,4,7,9 7:13 10:14 11:17,20 13:1 13:11 15:4 25:6 43:1 44:5 | **chairs** 16:25 17:1,7,11,16,19 17:21,22 18:1,3 18:15,19 19:6,7 | **cleanings** 9:16 10:6 20:25 | **considered** 44:16 |
| | | **clearly** 34:12 | |
| | | **client** 13:5 29:18,21 34:18 | |

**[contract - examined]** Page 47

**contract** 10:10 10:16 11:16,20 11:23 13:11 33:25 34:1
**contracts** 33:24
**cooler** 16:17
**cooper** 2:8 40:12 44:1
**cooper.jarnagin** 2:9 44:2
**copies** 44:14
**corporation** 1:8
**correct** 7:10,23 9:5,17,25 11:20 12:15,24 13:12 13:23 14:13 17:12 18:1,4 19:25 20:2,22 21:12,15,23 22:5,10,18,22 22:25 23:4,8,11 23:16,21 24:18 25:6,14,17,21 26:1 27:12 28:3 29:12 32:17,20 33:4,7,13 34:13 36:24 38:19,25
**counsel** 41:8,9
**county** 41:3 42:5
**couple** 29:24
**court** 1:1 40:12
**crew** 12:19,21 13:15,25 14:12

14:16,18,21 15:4 16:4,10,13 16:22 18:7 25:20 28:6 36:9
**cruise** 6:7 7:5,8 7:15,16,17
**cup** 30:10,11
**current** 10:25
**currently** 11:6,9
**cv** 1:3

**d**

**d** 2:12
**date** 43:24 44:12
**dated** 41:12
**david** 14:7,15 14:25
**day** 16:5 21:4,4 21:9,20,21 22:17 24:24 28:25 29:4,16 33:8,14 41:12 42:12
**days** 15:12,16 16:2 21:21 44:16
**december** 6:13 7:2 12:14
**deck** 13:16 17:3 18:16,17,18 19:17,25 35:23
**decks** 24:18

**declare** 43:20
**defendant** 1:9 2:6
**deposing** 44:13
**deposition** 1:17 1:21 3:11 4:2 5:15 40:14 41:5
**describe** 6:16
**designated** 19:21
**died** 33:16,20
**different** 6:25 16:14 17:13
**direct** 2:16 3:5
**display** 24:15
**distance** 27:21 27:21 28:1
**district** 1:1,1
**division** 1:2
**dock** 21:12,14 21:18
**document** 12:1 43:21
**doing** 5:21 25:16
**downstairs** 35:24
**drinking** 30:7,8
**dubai** 7:4,10 10:12
**duly** 3:3 42:10

**e**

**e** 2:12,20 43:4,4 43:4 44:22,23
**earlier** 20:24 39:17
**early** 33:21
**easier** 21:22
**eight** 33:24 34:1
**either** 28:8 33:7
**elation** 11:18,19 13:2,11
**elevator** 17:20 18:12,13
**email** 44:13
**emailed** 44:14
**employee** 41:8,9
**empty** 23:14
**ended** 21:23
**english** 4:7 14:17,19
**equipment** 32:3 32:5
**errata** 2:18 44:11,13,15
**esquire** 2:5,8 44:1
**evaluation** 2:21 12:11
**examination** 2:16 3:5
**examine** 30:17
**examined** 3:4

**[exams - hire]**                                          Page 48

**exams**  8:9
**exhibit**  2:21,22
  12:2,3 26:16,17
**experience**  7:15
**expires**  42:22
**explain**  8:15
**explained**  28:11
  29:10

**f**

**facts**  43:21
**fails**  44:18
**fair**  18:8 32:2
**fall**  9:11,21
  19:22,23 27:20
  27:22,25 28:10
  28:18,21,24
  29:9 30:14,25
  33:2 35:8 36:21
  37:6,13,21 38:3
  38:9,13,21 39:1
  39:4,7
**falls**  37:11,17
**family**  14:23
**far**  19:23 20:16
  28:2,4 32:23
  33:19 37:12
  38:2,22
**father**  33:16,20
  33:22
**federal**  44:16,22
**fell**  28:19 29:11
  36:24

**filed**  1:21
**financially**
  41:10
**find**  9:19
**fine**  15:17,23
**finish**  5:18
**finished**  11:24
**first**  3:3,10 6:1
  10:9,10,18
  11:16,19 13:11
  16:5,21,23
  25:16,18
**five**  15:16 36:14
**fix**  17:5
**fl**  44:14
**fla7203945**  43:3
**flagler**  2:7
**florida**  1:1,20
  2:4,8 41:2 42:4
  42:21 44:17,22
**flotation**  7:1
**follows**  3:4
**foregoing**  41:6
  43:21
**forget**  33:20
**form**  34:21
**formally**  3:21
**four**  19:7,8,10
  19:14,15 27:17
  28:22 29:8
  34:11,14
**frankly**  31:22
**full**  6:2

**furniture**  37:17
**further**  40:4
  41:8

**g**

**gangway**  21:20
**generally**  20:5
**give**  20:16 22:2
  30:4 39:19
**given**  4:2 35:17
**giving**  5:15,19
  30:10
**glass**  30:12
**gloves**  32:8
**go**  4:5 10:13,13
  10:16 20:2,11
  29:4,20 31:4,7
  38:16
**going**  12:1,1
  13:6 26:12
  30:15 35:9
  36:13 39:8,17
**good**  3:7
**gray**  2:7,9 44:2
**great**  5:21
**guest**  6:19 9:10
  9:18,21,22,23
  21:2,3,5 22:12
  22:14 23:12
  30:5,6,14 36:21
  37:4,5 38:15
**guests**  8:3,18
  9:7,17 18:25
  21:3,5,6,7 22:5

22:6,7,13,14,21
23:2,6,8,10,12
23:14,16,17,18
23:25 24:2,7,7

**h**

**h**  2:20 43:4
**hand**  42:11
**hands**  31:12
**happen**  8:24
  9:11,25 24:8
  28:3 30:25
  38:23
**happened**  13:5
  13:7 16:1 27:15
  28:4,7,14,20
  29:6,14 30:18
  32:24 34:18
  35:5,12,15,18
  36:18 37:22,23
  38:1
**happening**  36:3
**happens**  20:4,5
**head**  5:24 31:16
  31:18,20 38:4,5
  38:9,12,15,18
  38:25
**heard**  5:17
**help**  34:24
  35:20
**helping**  16:7,8
  16:11
**hire**  25:21,22,24

**[hit - member]** Page 49

hit 29:18 38:3 38:11,18,24
hold 38:15
holzberg 2:3,5 2:16 3:6,8 12:5 26:19 32:1 34:25 36:13,16 40:4,11
holzberglegal.... 2:5
housekeeper 7:14
housekeeping 6:15,17 40:1
huh 5:23,23 31:17 37:25

**i**

ice 29:24,24 30:3,4,4,5,6,7 30:10,11,15,23
identification 12:4 26:18
ii 2:4
impress 8:3
incident 13:5,14 14:18 15:25 16:24 20:5 22:9 22:18 25:13 28:15 29:1,22 32:6,19 33:7,13 35:1 36:7,10,20
india 6:5 7:19 7:20,21,22 8:12

10:10,16
indonesian 14:3 14:4,12,16 15:4 16:4,22 25:20 28:6 36:9
inform 13:17,21 39:4,5
information 37:15
informed 29:3 36:20
injured 37:5
inside 17:20 19:3
instance 25:5
instances 9:20
interested 41:10
interviewed 29:2 32:20
involved 6:22 8:20 36:10

**j**

january 1:12 43:2 44:6
jarnagin 2:8 31:23 34:21 40:6,13 44:1
job 5:21 17:7,11 43:3 44:6
july 11:24,25 12:24
june 13:7 15:5 15:25 16:1,3

22:17 27:15 36:18

**k**

keep 5:13 9:17 22:16 29:11
kind 30:2
know 3:10 5:2 13:17 14:4,6 15:3,11,16,17 15:17 16:6,19 18:7 20:15 22:1 26:2,10 28:9 29:17 33:19 35:19 38:2 39:18
known 18:23
kumar 39:21,22

**l**

language 14:15
large 1:20
lawyer 3:13,20
legal 2:3 6:2 44:21
letter 2:18
lift 32:8
line 6:7 7:5,8,16 7:16,17 43:5,8 43:11,14,17
little 4:8 19:21 33:25
long 6:6 14:10 15:3 26:10 27:21,21 28:1

31:25 33:15
looking 5:13
loss 33:17
lot 17:23 24:4,6
louis 2:5,5 3:7 4:10

**m**

machine 7:1
make 4:11 8:6
makes 9:13 10:3
management 8:10 40:1
manager 10:25 11:2
march 41:12 42:12 44:4
mark 12:2,7 26:15
marked 12:4 26:18
matter 3:9
mean 4:21,23,25 5:2 9:1 16:8 34:16 38:5,6,8
means 4:19 5:7 6:16
medical 29:25 31:2,4,7 37:8 39:9,10
member 14:12 14:16,19,22 15:4 16:4,10,13 16:22 18:7

**[member - pattern]** Page 50

25:20 28:6 36:10

**members** 13:15 13:25

**memory** 25:2 27:14

**met** 3:13

**miami** 1:2 2:4,8

**michelle** 1:5 3:9 13:6 29:22

**minute** 36:14

**missing** 27:24 28:9,10,17

**mistake** 28:18 28:19

**moment** 3:25 4:17

**months** 7:17 8:12 15:11 25:6 33:25 34:1,4,5

**morning** 11:11

**move** 31:23

**moved** 21:14,17

**moving** 23:13 26:23 27:6,7,11 27:13 34:7

**n**

**n** 2:12

**name** 3:7,9 6:2 11:12 13:5 14:5 14:7 26:9 39:20

**need** 4:10 5:12 5:22 12:7 27:17

37:11

**neither** 25:25 31:22

**never** 25:12,13 25:15

**new** 15:6,9,10 15:21 25:21,22 25:24

**nodding** 5:24

**normal** 24:14 24:14

**north** 2:7

**notary** 1:19 42:21

**note** 44:11

**notes** 41:7

**notice** 1:21

**notification** 2:18

**o**

**o** 44:1

**oath** 2:17 4:18 4:23,24 5:3,7 42:2

**objection** 34:21

**office** 10:24 35:10

**offices** 2:4

**official** 42:11

**oh** 9:24

**okay** 3:16,19,24 4:7,9,12,14,14 4:17,21 5:7,10

5:12,15,21,24 5:25 6:1,14 7:6 7:12,25 8:6,11 9:8,15,19,24 10:2,5,8,15,22 11:22,25 12:1,7 12:8,13,17,19 13:1,4,10,14,25 14:4,11,15,24 15:3,8,12,15,20 15:23,24 16:2 16:15,21,24 17:10,16,21,25 18:3,8,11,14,18 18:23 19:5,9,12 19:16,24 20:4,8 20:19,24 21:11 21:17,23 22:4,8 22:16,20,24 23:3,7,19 24:9 24:17,24 25:2,8 25:11,20,24 26:3,12,13,22 27:9,11,14 28:2 28:19 29:1,11 29:14 30:2,13 30:17 31:3,9,15 32:2,8,11,16,19 33:3,12 34:6 35:11,17,22 36:2,12 37:10 38:17 39:2,16 39:19,25 40:3,9

**onboard** 8:16 10:24

**online** 7:5

**open** 20:9,10,14 20:15

**opposed** 5:23

**ordering** 44:14

**outside** 21:21,22

**p**

**p.a.** 2:7

**p.m.** 1:13,13 40:15

**pace** 1:19 41:4 41:20 42:20

**page** 2:15,20 43:5,8,11,14,17

**pages** 41:6

**palm** 41:3 42:5

**part** 38:7

**parties** 41:9,9 44:14

**partner** 16:18

**partnered** 16:18

**passed** 33:16

**passenger** 22:11 22:12 30:17 31:4 38:18,24

**passengers** 22:9 33:4

**passing** 9:7,10 9:23 24:7 33:22

**pattern** 8:4

**[paula - reporter]**

**paula** 1:19 41:4 41:20 42:20
**penalties** 43:20
**people** 17:24 23:21
**perfect** 6:1
**performance** 2:21 12:11
**perjury** 43:20
**person** 17:2,8 17:24 19:19 20:10
**ph** 14:8 39:21
**photos** 2:22 27:4
**picture** 26:13
**pinecrest** 2:4
**place** 8:23 19:20 23:14 34:24
**placed** 4:18 35:2
**plaintiff** 1:6 2:3 3:8
**plaintiff's** 2:21 12:2,3
**plastic** 17:5 18:10,11,15 19:13 20:8,9,13 20:14,14,20,21 32:4
**please** 40:13 44:12
**point** 31:10,15 31:18,20

**pointed** 31:9,13
**pool** 35:21
**port** 10:23 18:20,21 21:4,4 21:9,20,21,22 23:2 24:19
**position** 39:25
**prevent** 23:20 36:3
**previously** 3:14
**prior** 3:20 11:15 16:3,24 24:24 25:5,13 26:6
**probation** 35:2
**procedure** 44:22,23
**process** 6:22 7:17 8:2,3,15 9:2,4 10:20 19:5 24:5 25:9
**program** 7:22
**project** 6:25
**public** 1:19 6:19 11:8 42:21
**pursuant** 1:20
**push** 18:11
**put** 17:22 19:20 20:17 22:14 23:20 24:10,12 24:20,25 25:3 35:21

**q**

**question** 3:10 4:10 5:17,18 6:1 7:12 10:17 19:24 20:20 28:14
**questions** 3:16 32:12 40:5,7
**quickly** 39:8
**quiet** 21:3 22:13
**quite** 18:25

**r**

**r** 43:4,4
**raharo** 14:8
**rain** 24:18
**raining** 21:21 24:15
**rantatt** 1:17 2:15 3:2 6:3 41:5 42:9 43:2 43:24 44:1,5,9 44:10,12,18
**read** 40:12 43:21 44:9
**reason** 43:7,10 43:13,16,19 44:11
**reasonable** 44:16
**receipt** 44:16
**receive** 10:11,19
**received** 19:13

**recess** 36:15
**record** 41:7
**referenced** 44:7
**referring** 3:24 22:17
**regard** 44:17
**regular** 35:23
**relative** 41:8,9
**remember** 14:9 14:11 15:6,14 15:18,24 16:16 16:20 21:25 22:2 24:22 25:1 25:3,23 27:20 28:1,11,24 29:7 29:9,15 30:9,19 30:20,22 31:14 31:21,24 33:8 33:10,14 34:12 34:14,16,17,18 34:19,22 36:4 36:19,20,22,23 38:21
**remote** 1:11
**remotely** 42:9
**remove** 20:13 20:20,21,22,23
**rengif** 39:21,22
**repeat** 13:20
**report** 13:15 39:17 41:5
**reporter** 2:17 40:12 41:1

**[represent - sorry]** Page 52

| | | | |
|---|---|---|---|
| **represent** 3:8 13:6 | **saying** 5:23 9:4 9:15 22:16,20 29:11 38:11,17 | **setup** 25:4,9 26:6 | 11:21,24 12:10 12:16,18,25 |
| **reprimanded** 35:2 | **says** 12:13,23 | **seven** 34:3,5 | 13:9,13,18 14:2 |
| **requested** 41:6 | **scratch** 11:16 | **shaking** 5:24 | 14:6,9,14,17,20 |
| **response** 5:1 8:18 | **screen** 12:9 | **sheet** 44:11,13 | 14:23 15:2,14 |
| **responsible** 16:12,25 | **seal** 42:11 | **shift** 11:11 | 15:18 16:7 |
| **returned** 44:16 | **second** 39:19 | **ship** 21:15,18,24 33:21 | 17:20 18:7,25 |
| **review** 41:6 44:8 | **secondly** 30:16 31:1 37:7,14,18 | **short** 36:15 | 19:7 20:7,21 |
| **right** 10:8,17 | **security** 29:2,5 | **shorthand** 41:1 | 21:9,16,25 |
| 11:2 23:20 31:3 | 29:6 32:20,21 | **show** 12:1,13 | 22:23 24:19,22 |
| 32:9 | 32:25 35:10 | 26:12 27:4 | 25:1,7,10,22 |
| **rka** 1:3 | **see** 12:9 20:15 | 39:17 | 26:2,10,21,24 |
| **robbie** 39:21 | 27:3,19,23 28:3 | **showed** 39:17 | 27:13 28:1,5,17 |
| **robinson** 2:7 | 28:5,8,11,12,13 | **side** 10:24 18:20 | 29:15 30:7,19 |
| **robinson.com** 2:9 44:2 | 28:24 29:15,16 | 18:21 21:22 | 30:21 31:14,19 |
| **role** 6:17,18 | 29:21,23,23 | 22:7 23:6,14 | 31:21,25 32:7,7 |
| **room** 10:13 | 32:23 33:1,2 | 24:19 29:20 | 32:13,15,18 |
| **ropes** 23:20 | 35:7,8 38:20,22 | 38:7,10 | 33:5,8,14,20,23 |
| **rpr** 1:19 41:4,20 | 38:23 39:3,3,20 | **sign** 15:7,11 | 34:2,8,11,22,23 |
| 42:20 | **seeing** 34:18 | 24:11,13,14,16 | 35:4,8,16 36:4,8 |
| **rule** 44:22,23 | **seen** 9:20,24 | 25:3 33:21 | 36:11,19 37:19 |
| **rules** 44:16 | **sense** 9:13 | 44:13 | 38:2,7 39:13,15 |
| | **set** 17:1,1,2 | **signature** 41:19 | 39:22 40:2 |
| **s** | 18:19 20:7,11 | 42:19 | **sit** 36:5 |
| **s** 2:20 43:4 | 21:12,22 22:2 | **signed** 12:14,23 | **six** 25:6 |
| **safe** 9:17,18,22 | 23:13 24:21 | 15:25 44:19 | **smoking** 19:3,4 |
| 10:3,4 | 25:14,25 27:17 | **signs** 24:10,12 | 19:18 20:2,3 |
| **safety** 8:17,20 | 27:19 28:12 | 24:17,20,25 | 23:18 |
| 8:21 10:21 | 29:8 33:1 39:14 | **sir** 3:18 4:1,8,16 | **solutions** 44:21 |
| | 39:15 | 4:20 5:9,20 6:8 | **somebody** 27:10 |
| | **setting** 16:25 | 6:18,21 7:11 8:2 | **sorry** 4:4,22 8:8 |
| | 19:6 23:23 | 8:14,25 9:2,12 | 11:1,5 12:7 |
| | | 9:14,18 10:4 | 17:18 23:9,22 |
| | | | 26:5 27:2 31:11 |

**[sorry - training]** Page 53

33:17 35:13 39:19
**southern** 1:1
**speak** 4:7 14:15 14:16 22:4,6,8 22:24 23:1,3,5 33:3,6
**specific** 18:23 24:25
**specifically** 34:19
**spoke** 3:20 14:19 34:17
**ss** 41:3
**stack** 19:13 34:19
**stacks** 34:9
**starboard** 10:23
**start** 6:11
**started** 6:13 7:13 10:9
**state** 1:20 41:2 42:4,21
**stated** 43:21
**states** 1:1
**statute** 44:17
**stenographic** 41:7
**stenographica...** 41:5
**steward** 8:5
**street** 2:7
**strike** 31:23

**suggested** 44:15
**suite** 2:4
**supervisor** 13:18,21,22 17:14 26:8 27:22,25 29:4 29:25 30:16 31:1,4,7,8 35:3 35:9,15,25 36:21 37:1,3,7,8 37:11,14,16 38:4,16 39:4,6 39:12,13,15,16 39:23,24
**supervisor's** 26:9
**supposed** 5:5 9:7 15:1 18:19
**sure** 4:13
**swear** 3:21
**sworn** 3:4 4:18 42:10

**t**

**t** 2:20 43:4,4
**take** 7:2 8:6,9 17:25 18:3,14 36:13
**taken** 1:19 3:11 36:15
**talk** 5:4,5 13:4
**talked** 32:25
**talking** 3:19,21 39:18

**task** 6:24,25,25
**taught** 26:3,6
**teamwork** 14:23
**tell** 5:8,10 7:25 28:7,14,16 29:6 32:13 37:2,13
**telling** 32:16
**terry** 1:5 3:9 13:6 29:22 43:1 44:5
**testified** 3:4 12:24 20:24
**testimony** 2:15 10:2 14:19 15:20 44:9,16
**tests** 8:7
**thank** 11:15 40:7,10,11
**thing** 21:25 24:22 26:2 29:10
**things** 8:18
**think** 9:13 15:15 19:22 25:22 37:9 39:12
**three** 19:20 20:16 21:5,7 22:21 24:5 27:18 28:22 29:8,19 33:1
**time** 10:18 13:14,16 14:10 14:18 15:10,18 16:6,10,15,16

16:18,21,23 17:13 19:1 20:7 20:15 21:2,3,4,5 21:8,10,20,21 22:9,11,12,13 22:17 23:18 25:16,18 26:11 27:17,23,25 29:23 30:9 31:25 32:5 33:9 33:15,16,18 35:24 36:19,25 37:1,7,9,14,18 37:20,21 38:4 38:13,16 40:9
**times** 5:16 25:8
**title** 6:14
**today** 36:5 40:8
**told** 14:7 15:12 17:14 26:3 27:22 32:22,22 35:6,25 38:3,20 38:24 39:7,14
**tomorrow** 29:4
**tools** 32:5
**top** 12:13
**train** 7:13 8:1 16:12
**trained** 7:3 9:5 10:9,10 16:5
**trainee** 14:25 40:1
**training** 7:16,17 7:18,22 8:12,13

**[training - yeah]** Page 54

8:14,16,17,19
8:20,21 10:11
10:19,20,21,24
10:24 15:1 16:4
**trainings** 35:18
35:19
**transcript** 41:6
41:6 44:7,19
**transcripts**
44:14
**transport** 10:13
17:19
**transported**
17:17
**trolley** 17:23
18:1,12,14
19:17 20:17
26:20,21 27:18
27:18 32:3,7
34:8
**trolleys** 34:6,10
**trouble** 35:11
35:14
**true** 41:7 43:21
**truth** 5:6,8,10
32:17
**try** 4:11
**two** 6:8,9 7:17
8:12 15:12 16:2
19:19 21:5 22:1
22:2,13,21
23:13 35:6
**typical** 19:12

**u**

**uh** 5:23,23
**under** 4:18,23
4:24 5:2,7 13:22
13:25 14:12
43:20 44:16
**undersigned**
42:8
**understand** 4:9
4:11,12,18 5:19
9:8 11:25 13:19
15:24 16:9
17:10,25 19:4
23:15 28:13
32:11,14 38:12
**understanding**
9:3 15:24 21:11
36:17
**united** 1:1
**upstairs** 17:3,9
17:11,15,23
22:3 25:19 27:8
29:8 34:23 35:7
35:21,25,25
**use** 24:25 27:17
**used** 24:17
26:20 44:19
**using** 26:21
**usually** 33:24

**v**

**v** 1:7 43:1 44:5
**ven** 4:5,7,14,15
4:17 27:14

32:11 36:17
40:7,11
**venakesan** 1:17
2:15 3:2 6:3
41:5 42:9 43:24
44:1
**venekesan** 43:2
44:5,9,10,12,18
**venezia** 11:14
11:15
**verify** 44:9
**veritext** 44:13
44:21
**veritext.com**
44:14
**vessel** 8:13
10:11,18 11:4,6
11:9 16:2
**victor** 11:3
**video** 1:11

**w**

**wait** 5:18
**want** 7:5,7 8:21
8:22 12:6 15:17
20:11 24:6 35:7
**wanted** 3:10
12:12
**warn** 23:7
**warning** 25:3
**watching** 28:9
**water** 30:7,8,15
31:1

**we've** 32:2
**wear** 32:8
**wet** 24:18
**white** 18:10,11
**witness** 3:3
31:24 34:22
40:10 42:11
**work** 7:7 13:25
16:23 17:13,14
34:23 35:21
**worked** 6:6 7:9
10:12,12 13:22
15:4 16:22 25:5
**working** 6:11
7:4,13 10:18
11:6,9,13,17
14:12 16:1,17
16:19
**workplace** 8:22
**wrap** 17:7 18:15
20:9 32:4
**wrapped** 18:4,5
18:8 20:8
**wrapping** 17:6
17:9 32:10
**wraps** 18:6

**x**

**x** 2:12,20

**y**

**yeah** 4:25 7:15
8:10,14 9:6,18
10:7 15:10
16:14,23 17:1

17:13 18:13,17
19:15,19 20:9
21:2 22:11
23:12,17 24:11
24:13 25:15,18
26:21,24 27:7
27:13 28:4
29:13,23 30:9
33:18 34:1,5,14
36:25 37:6,18
37:23 38:20
39:1,22,24

**years**   6:8,9

**z**

**zoom**   5:16

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.