# KANNOA

## MARBELLA



Shown in Espresso Wicker and Natural Fabric
*(Pieces may be available in different finishes. Please refer to the Materials section)*

## Dining Chair w/ Arms                                    MAR302



— 25" —       — 26" —

### SPECS & DIMENSIONS

Overall:  w:25"   d:26"   h:40"

Seat Height:  18"      Arm Height:  26"

Weight:  20 Lbs.

Notes:

### MATERIALS & CERTIFICATIONS

| | | |
|---|---|---|
| Aluminum: | ✓ | Powder Coated / Welded Joint |
| Wicker: | ✓ | High Density Polymers |
| Fabric: | ✓ | 100% Acrylic sunbrella |
| Sling: | ✗ | PVC Sling Serge Ferrari |
| Faux Wood: | ✗ | Polypropylene Slats |
| Cement: | ✗ | Fiber Reinforced Cement |
| Glass: | ✗ | Tempered Glass |
| Plastic: | ✗ | Polypropylene & Polyethylene |

 Outdoor Safe     100% Recyclable     Fire CA-117     Water Resistant     Quick Ship

GR000053