**CERTIFICATE OF AUTHENTICITY OF BILLING RECORDS**
**PURSUANT TO § 90.803(6), 90.902(11) OF THE FLORIDA STATUTES**

**RE: Michelle Terry**
**DOB: September 15, 1968**
**DOI: June 5, 2023**

I, the undersigned, certify the copies of the attached billing records are true copies of the records. The billing records were: a) made at or near the time of the occurrence(s) of the matters set forth by, or from information transmitted by, a person having knowledge of those matters; b) were kept in the course of the regularly conducted activity; and c) were made as a regular practice in the course of the regularly conducted activity. I am the person responsible for maintaining and controlling the records, and/or the appointed designee responsible for the release of the records.

Sworn to and signed under penalty of perjury pursuant to 28 U.S.C. § 1746, section 92.525(2) of the Florida Statutes, and any law governing sworn declarations applicable to the location where I signed this Declaration.

Renee Lampman
Signature of Custodian

Renee Lampman
Printed Name of Custodian

Altus Medical Group
Name of Facility / Medical Provider

12/4/24
Date

**NPI 1316659998, TIN 921201958**
**ALTUS MEDICAL GROUP**
**3535 MILITARY TRAIL STE. 200**
**JUPITER, FL 33458-5009**
**Phone:561-902-9881**

**12/04/2024 09:16:38**

---

**MICHELLE TERRY**
[redacted], FL 32065

**ACCOUNT:** VRC10279137
**LAST PMT:**

| INSURANCE | NAME | PATIENT | GUARANTOR | INSURED | INSURED ID |
|---|---|---|---|---|---|
| PRIMARY | ATTY - FARAH & FARAH | MICHELLE TERRY | | SAME AS PATIENT | 06052023 |
| SECONDARY | | MICHELLE TERRY | | | |

**STATEMENT 01/01/2020 - 12/04/2024**

| Date | CPT | Diag | Description | Charge | Pri Pmt | Sec Pmt | Other Pmt | Pat Pmt | Pmt Alloc | Adjust | Copay / Coinsurance | Deductible | Refund | Balance | Ins Billed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11-19-24 | 99024 | M54.12, M54.2 | POSTOP F/U VISIT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 10-08-24 | 99024 | M54.12 | POSTOP F/U VISIT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 09-20-24 | 22858 | M54.12 | Total Disc Arthoplsty; 2nd Lvl, | 45,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 45,000.00 | |
| 09-20-24 | 22856 | M54.12 | Cerv Artific Diskectomy | 90,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 90,000.00 | |
| 09-20-24 | CH0008 | M54.12 | SURG-AST | 16,200.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 16,200.00 | |
| 09-04-24 | 99215-95 | M54.12, M54.50, M54.6 | Office Or Other Outpatient Visit | 1,200.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,200.00 | |
| 04-02-24 | 99214 | M54.12, M54.50, M54.6 | Office Or Other Outpatient Visit | 950.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 950.00 | |
| 07-25-23 | 99204 | Z87.820, M51.26, M51.24, M50.123 | Office Or Other Outpatient Visit | 1,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,500.00 | |
| | | | | ------- | ------- | ------- | ------- | ------- | ------- | ------- | ------- | ------- | ------- | ------- | |
| | | | TOTAL | 154,850.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 154,850.00 | |

**NOTES**

---

† This balance indicates the patient's copay as indicated by insurance before processing. Copay amount may change after insurance has processed the claims.
† The Other Pmt column indicates Interest and Tax payments.

[]

MAKE CHECKS PAYABLE TO:

OVERWATCH ANESTHESIA
PO BOX 70877
ALBANY GA 31708
ADDRESS SERVICE REQUESTED

| | |
|---|---|
| DATE | October [illegible], 2024 |
| BALANCE DUE | $3600.00 |
| ACCOUNT NUMBER | 95999854 |

95999854
**DUE UPON RECEIPT**

SHOW AMOUNT PAID HERE $

**TO PAY BY CREDIT OR DEBIT CARD**
**PLEASE PHONE: (800) 222-1442**
**OR VISIT US AT PAYNOW.ANESTHESIALLC.COM**

**Billing Questions:**
**Please Phone: (800) 222-1442**
**Mon-Fri 9:00 AM - 6:00 PM EST.**

**ADDRESSEE:**

0014120024088787417732065562115—00034216NHWvSCAQc9-STMT
MICHELLE TERRY
[redacted]

**REMIT TO:**

OVERWATCH ANESTHESIA
PO BOX 70877
ALBANY GA 31708

**For billing inquiries E-mail: Customer.Service@coronishealth.com**
To receive future statements electronically please provide your email address. Email:______________________

**PAGE: 1 of 1**

☐ Please check box if above address is incorrect or insurance information has changed, and indicate change(s) on reverse side.

**STATEMENT**

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT

KEEP THIS PORTION FOR YOUR RECORDS

## IMPORTANT - Bill for Anesthesia and/or Pain Management Services

These Charges are for Professional Services If you have already paid this balance, please disregard this bill. If indicated insurance information is incorrect or missing for expedited service, please email us the correct information to ptins.anesthesia@coronishealth.com or submit using form on reverse side. Customer service agents cannot accept Insurance information over the phone. If you receive the insurance payment, please forward to the above address. Payment submitted with restrictive notation is subject to review. The Balance Due is your responsibility. Payment is due upon receipt.

| DATE | CODE | DESCRIPTIONS | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|
| 09/20/24 | 00670 | ANESTHESIA SERVICE-DOCTOR | 3600.00 | | 3600.00 |

**MAKE CHECK PAYABLE MAIL TO:**

OVERWATCH ANESTHESIA
PO BOX 70877
ALBANY GA 31708

**PLEASE PAY THIS AMOUNT** $3600.00

MICHELLE TERRY
PATIENT: 95999854

**Please Phone: (800) 222-1442**

3492a
1/1I*

**CERTIFICATE OF AUTHENTICITY OF BILLING RECORDS**
**PURSUANT TO § 90.803(6), 90.902(11) OF THE FLORIDA STATUTES**

**RE: Michelle Terry**
**DOB: September 15, 1968**
**DOI: June 5, 2023**

I, the undersigned, certify the copies of the attached billing records are true copies of the records. The billing records were: a) made at or near the time of the occurrence(s) of the matters set forth by, or from information transmitted by, a person having knowledge of those matters; b) were kept in the course of the regularly conducted activity; and c) were made as a regular practice in the course of the regularly conducted activity. I am the person responsible for maintaining and controlling the records, and/or the appointed designee responsible for the release of the records.

Sworn to and signed under penalty of perjury pursuant to 28 U.S.C. § 1746, section 92.525(2) of the Florida Statutes, and any law governing sworn declarations applicable to the location where I signed this Declaration.

[signature]
Signature of Custodian

VANETTE STEWART
Printed Name of Custodian

SPINE BRAIN AND JOINT INSTITUTE
Name of Facility / Medical Provider

11/1/24
Date

Spine,Brain & Joint Institute

# Itemization of Charges

For Posting Date November 1, 2024

| | | | |
|---|---|---|---|
| **Clinic:** | Spine,Brain & Joint Institute | | |
| **Address:** | 5101 Gate Pkwy Ste 2<br>Jacksonville, FL 322567276 | **Insurance #1:** | |
| **Phone:** | (904) 374-3672 | **Adjuster:** | |
| **Tax ID:** | 843601778 | **Group Number** | |
| **WCAB:** | | **Policy Number:** | |
| **Employer:** | | **Insurance #2:** | |
| **Patient #:** | 4548 | **Adjuster:** | |
| **Patient:** | Michelle Terry | **Group Number:** | |
| **Date of Injury:** | | **Policy Number:** | |

| Visit # | Service Date | Provider Name | Procedure Description | Code | Charges | Adjust | Payments | Balance |
|---|---|---|---|---|---|---|---|---|
| 17102 | 06/13/2023 | LINDSAY BURDEN, ARNP | OFFICE OR OTHER OUTPATIENT... | 99203 | 905.63 | - | - | 905.63 |
| 17443 | 07/10/2023 | MICHAEL SANDBORN, MD | OFFICE OR OTHER OUTPATIENT... | 99213 | 590.85 | - | - | 590.85 |
| 17754 | 07/31/2023 | MICHAEL SANDBORN, MD | OFFICE OR OTHER OUTPATIENT... | 99213 | 590.85 | - | - | 590.85 |
| 18302 | 09/11/2023 | MICHAEL SANDBORN, MD | OFFICE OR OTHER OUTPATIENT... | 99213 | 590.85 | - | - | 590.85 |
| 18393 | 09/18/2023 | MICHAEL SANDBORN, MD | OFFICE OR OTHER OUTPATIENT... | 99212 | 452.97 | - | - | 452.97 |
| **TOTALS** | | | | | **3,131.15** | **-** | **-** | |
| | | | | | | | **BALANCE DUE** | **3,131.15** |

# Injury Care Centers Lenox



**Patient Bill**

**06/15/23 thru 11/01/24**

**Clinic:** Injury Care Centers Lenox
**Address:** 5222 Lenox Avenue
Jacksonville, FL 32205-4838

**Phone:** (904)783-0008

**Primary Insurance:**

**Adjuster:**
**Policy Number:**
**Group Number:**

| **Provider** | **Tax ID** |
|---|---|
| Perez DC, Rolando | 81-2703770 |
| Rhodes APRN, Darien | 81-2703770 |
| Timken MD, Mark | 81-2703770 |

**Secondary Insurance:**

**Employer:**

**Patient:** TERRY, MICHELLE MARCEL
**Account #:** 16787
**Chart #:** TERRMIC1

**Adjuster:**
**Policy Number:**
**Group Number:**

| Date of Service | Provider | Procedure code/ Description | Charges | Adjust | Payments | Balance |
|---|---|---|---|---|---|---|
| 6/15/2023 | Perez DC, Rolando | 99203 - E/M New Pat, Level 3 (99203) | $452.80 | - | - | $452.80 |
| 6/15/2023 | Perez DC, Rolando | 97035 - Appl Modality 1+ Areas Us Ea 15 Min | $57.04 | - | - | $57.04 |
| 6/15/2023 | Perez DC, Rolando | G0283 - Elec Stim Other Than Wound | $49.00 | - | - | $49.00 |
| 6/15/2023 | Perez DC, Rolando | A4452 - TAPE, WATERPROOF PER 18 SQ INCHES | $30.00 | - | - | $30.00 |
| 6/15/2023 | Perez DC, Rolando | 97010 - Appl Modality 1+ Areas Hot/Cold Packs | $40.00 | - | - | $40.00 |
| 6/16/2023 | Rhodes APRN, Darien | 99214 - E/M Est Pat, Level 4 (99214) | $511.88 | - | - | $511.88 |
| 6/16/2023 | Rhodes APRN, Darien | 97535 - Self-Care/Home Mgmt Training Ea 15 Min | $131.24 | - | - | $131.24 |
| 6/21/2023 | Perez DC, Rolando | 98941 - Cmt 3-4 Regions | $157.44 | - | - | $157.44 |
| 6/21/2023 | Perez DC, Rolando | 97035 - Appl Modality 1+ Areas Us Ea 15 Min | $57.04 | - | - | $57.04 |
| 6/21/2023 | Perez DC, Rolando | G0283 - Elec Stim Other Than Wound | $49.00 | - | - | $49.00 |
| 6/21/2023 | Perez DC, Rolando | A4452 - TAPE, WATERPROOF PER 18 SQ INCHES | $30.00 | - | - | $30.00 |
| 6/21/2023 | Perez DC, Rolando | 97012 - Appl Modality 1+ Areas Trcj Mchnl | $57.40 | - | - | $57.40 |
| 6/21/2023 | Perez DC, Rolando | 97010 - Appl Modality 1+ Areas Hot/Cold Packs | $40.00 | - | - | $40.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 6/30/2023 | Perez DC, Rolando | 97530 - Therapeutic Activities, direct patient contact, 15 minutes each | $148.08 | - | - | $148.08 |
| 6/30/2023 | Perez DC, Rolando | A4452 - TAPE, WATERPROOF PER 18 SQ INCHES | $30.00 | - | - | $30.00 |
| 7/7/2023 | Perez DC, Rolando | 97530 - Therapeutic Activities, direct patient contact, 15 minutes each | $296.16 | - | - | $296.16 |
| 7/7/2023 | Perez DC, Rolando | 97112 - Ther Px 1+ Areas Ea 15 Min NeurRed | $136.88 | - | - | $136.88 |
| 7/7/2023 | Perez DC, Rolando | 97012 - Appl Modality 1+ Areas Trcj Mchnl | $57.40 | - | - | $57.40 |
| 7/7/2023 | Perez DC, Rolando | 97010 - Appl Modality 1+ Areas Hot/Cold Packs | $40.00 | - | - | $40.00 |
| 7/11/2023 | Timken MD, Mark | 72148 - MRI L Spine w/o contrast | $1,598.48 | - | - | $1,598.48 |
| **Totals** | | | **$3,969.84** | **$0.00** | **$0.00** | |

**Balance Due:** **$3,969.84**

10/16/2024 11:27 AM

# Open Item Payment History By Account

**Physician Partners of America CRNA Operations, LLC**



***Selections:***

**Thru Post Date:**
**Accounts:** 234205
**Options:** Include Satisfied Items Since 06/05/2023, Include Check Amount in Check Description

| Account Serv Date | Patient | Post Date | Units | Proc | Diag | Prov | Encounter | St | Ins 1 - Date Billed | Ins 2 - Date Billed | Amount | Summary |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **234205** | **TERRY, MICHELLE** | | | | | **(904) 678-4250** | | | | | | |
| 09/20/2023 | TERRY, MICHELLE | | 1.00 | NOANES | M54.50 | NAP | 112656 | G | | | 0.00 | |
| | | 09/26/2023 | Posted to Guarantor | | | | | | | | | |
| | | | | | | | | | | | **Charge Balance:** | **0.00** |
| 12/27/2023 | TERRY, MICHELLE | | 1.00 | 01937-QZP2 | M54.12 | PFE | 120585 | I | LOP509 - 01/24/2024 | | 4,000.00 | |
| | | 01/24/2024 | Posted to LOP509 | | | | | | | | | |
| | | | | | | | | | | | **Charge Balance:** | **4,000.00** |
| 02/28/2024 | TERRY, MICHELLE | | 2.00 | 01937-QZP2 | M47.814 | PFE | 126193 | I | LOP509 - 03/05/2024 | | 4,800.00 | |
| | | 02/29/2024 | Posted to LOP509 | | | | | | | | | |
| | | | | | | | | | | | **Charge Balance:** | **4,800.00** |
| 03/27/2024 | TERRY, MICHELLE | | 4.00 | 01939-QZP3 | M47.814 | PFE | 128556 | I | LOP509 - 04/01/2024 | | 6,400.00 | |
| | | 03/29/2024 | Posted to LOP509 | | | | | | | | | |
| | | | | | | | | | | | **Charge Balance:** | **6,400.00** |
| 05/01/2024 | TERRY, MICHELLE | | 3.00 | 01937-QZP3 | M54.14 | PFE | 132319 | I | LOP509 - 05/08/2024 | | 5,600.00 | |
| | | 05/07/2024 | Posted to LOP509 | | | | | | | | | |
| | | | | | | | | | | | **Charge Balance:** | **5,600.00** |
| 06/12/2024 | TERRY, MICHELLE | | 3.00 | 01937-QZP3 | M47.812 | PFE | 135980 | I | LOP509 - 06/19/2024 | | 5,600.00 | |
| | | 06/18/2024 | Posted to LOP509 | | | | | | | | | |
| | | | | | | | | | | | **Charge Balance:** | **5,600.00** |
| 07/31/2024 | TERRY, MICHELLE | | 3.00 | 01937-QZP3 | M54.12 | PFE | 140064 | I | LOP509 - 08/08/2024 | | 5,600.00 | |
| | | 08/07/2024 | Posted to LOP509 | | | | | | | | | |
| | | | | | | | | | | | **Charge Balance:** | **5,600.00** |
| | | | | | | | | | | | **Total UC:** | **0.00** |
| | | | | | | | | | | | **Account Balance:** | **32,000.00** |
| | | | | | | | | | | | **Report Balance:** | **32,000.00** |

Spine,Brain & Joint Institute

# Itemization of Charges

For Posting Date November 1, 2024

| | | | |
|---|---|---|---|
| **Clinic:** | Spine,Brain & Joint Institute | | |
| **Address:** | 5101 Gate Pkwy Ste 2<br>Jacksonville, FL 322567276 | **Insurance #1:** | |
| **Phone:** | (904) 374-3672 | **Adjuster:** | |
| **Tax ID:** | 843601778 | **Group Number** | |
| **WCAB:** | | **Policy Number:** | |
| **Employer:** | | **Insurance #2:** | |
| **Patient #:** | 4548 | **Adjuster:** | |
| **Patient:** | Michelle Terry | **Group Number:** | |
| **Date of Injury:** | | **Policy Number:** | |

| Visit # | Service Date | Provider Name | Procedure Description | Code | Charges | Adjust | Payments | Balance |
|---|---|---|---|---|---|---|---|---|
| 17102 | 06/13/2023 | LINDSAY BURDEN, ARNP | OFFICE OR OTHER OUTPATIENT... | 99203 | 905.63 | - | - | 905.63 |
| 17443 | 07/10/2023 | MICHAEL SANDBORN, MD | OFFICE OR OTHER OUTPATIENT... | 99213 | 590.85 | - | - | 590.85 |
| 17754 | 07/31/2023 | MICHAEL SANDBORN, MD | OFFICE OR OTHER OUTPATIENT... | 99213 | 590.85 | - | - | 590.85 |
| 18302 | 09/11/2023 | MICHAEL SANDBORN, MD | OFFICE OR OTHER OUTPATIENT... | 99213 | 590.85 | - | - | 590.85 |
| 18393 | 09/18/2023 | MICHAEL SANDBORN, MD | OFFICE OR OTHER OUTPATIENT... | 99212 | 452.97 | - | - | 452.97 |
| **TOTALS** | | | | | **3,131.15** | **-** | **-** | |
| | | | | | | | **BALANCE DUE** | **3,131.15** |

ASCENSION SV CLAY COUNTY 1
A NOT FOR PROFIT HOSPITAL
REBILL11/25/2024 6122023

E/R 904 308-7381
TERRY, MICHELLE MARCELLE 80394334-9 E 6/08/23 6/08/23 0108

TERRY, MICHELLE MARCELLE PRE-AGENCY SCORING 108
4115 GRAYFILED LN
ORANGE PARK, FL 32065

SAPOLSKY, JEFFREY H

| | | | | | |
|---|---|---|---|---|---|
| 9700048 | SELF PAY DISCOUNT | 06/13/23 | 1CR @ | 4025.49 | 4025.49CR |
| 9700048 | SELF PAY DISCOUNT | 06/14/23 | 1CR @ | 4025.49 | 4025.49CR |
| 9700048 | SELF PAY DISCOUNT | 07/13/23 | 1CR @ | 4025.49 | 4025.49CR |
| 9700048 | SELF PAY DISCOUNT | 06/14/23 | 1 @ | 4025.49 | 4025.49 |
| 9700048 | SELF PAY DISCOUNT | 07/13/23 | 1 @ | 4025.49 | 4025.49 |
| 9700048 | SELF PAY DISCOUNT | 10/15/23 | 1 @ | 4025.49 | 4025.49 |
| 9701087 | ADJ - PRE-AGENCY SCORING | 10/15/23 | 1CR @ | 6940.50 | 6940.50CR |
| * SUBTOTAL OF 090 ADJUSTMENTS | | | | | 6940.50CR |
| 4282182 | HYDROCOD-ACET TAB 5/325 | 06/08/23 | 1 @ | 6.50 | 6.50 |
| * SUBTOTAL OF 250 PHARMACY | | | | | 6.50 |
| 3503059 | XR SPINE THOR W/SWIM VIEW | 06/08/23 | 1 @ | 388.00 | 388.00 |
| * SUBTOTAL OF 320 DX X-RAY | | | | | 388.00 |
| 3906104 | CT HEAD/BRAIN W/O CONT | 06/08/23 | 1 @ | 2031.75 | 2031.75 |
| * SUBTOTAL OF 351 CT SCAN/HEAD | | | | | 2031.75 |
| 3901907 | CT SPINE CERV W/O CONTRAS | 06/08/23 | 1 @ | 1943.75 | 1943.75 |
| * SUBTOTAL OF 352 CT SCAN/BODY | | | | | 1943.75 |
| 1900414 | ED LEVEL 4 EMERGENCY CARE | 06/08/23 | 1 @ | 2570.50 | 2570.50 |
| * SUBTOTAL OF 450 EMERG ROOM | | | | | 2570.50 |

| | |
|---|---|
| TOTALS CHARGES | 6940.50 |
| ADJUSTMENTS | 6940.50CR |
| PAYMENTS | .00 |
| ACCOUNT BALANCE | .00 |

00803943349 E

OFFICE USE ONLY: 1 THRU 12

ASCENSION SV CLAY COUNTY 2
A NOT FOR PROFIT HOSPITAL
REBILL11/25/2024 6122023

E/R 904 308-7381
TERRY, MICHELLE MARCELLE 80394334-9 E 6/08/23 6/08/23 0108

TERRY, MICHELLE MARCELLE PRE-AGENCY SCORING 108
4115 GRAYFILED LN
ORANGE PARK, FL 32065

SAPOLSKY, JEFFREY H

| | | | |
|---|---|---|---|
| 1- | 090 | ADJUSTMENTS | 6940.50CR |
| 1 | 250 | PHARMACY | 6.50 |
| 1 | 320 | DX X-RAY | 388.00 |
| 1 | 351 | CT SCAN/HEAD | 2031.75 |
| 1 | 352 | CT SCAN/BODY | 1943.75 |
| 1 | 450 | EMERG ROOM | 2570.50 |

| | |
|---|---|
| TOTALS CHARGES | 6940.50 |
| ADJUSTMENTS | 6940.50CR |
| PAYMENTS | .00 |
| ACCOUNT BALANCE | .00 |

00803943349 E

OFFICE USE ONLY: 1 THRU 12

# Open Item Payment History By Account

**Florida Pain Relief Group, PLLC**

***Selections:***

**Thru Post Date:**

**Accounts:** 287629

**Options:** Include Satisfied Items Since 06/05/2023, Include Check Amount in Check Description

| Account Serv Date | Patient | Post Date | Units | Proc | Diag | Prov | Encounter | St | Ins 1 - Date Billed | Ins 2 - Date Billed | Amount | Summary |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **287629** | **TERRY, MICHELLE** | | | | | **(904) 678-4250** | | | | | | |
| 06/23/2023 | TERRY, MICHELLE | | 1.00 | 99204 | R52 | MDD | 925524 | IT | COMM2R - 06/28/2023 | LOP509 - 06/28/2023 | 1,350.64 | |
| | | 06/28/2023 | Posted to COMM2R | | | | | | | | | |
| | | 10/11/2023 | Transfer to LOP509 | | | | | | | | | |
| | | | | | | | | | | | **Charge Balance:** | **1,350.64** |
| 07/20/2023 | TERRY, MICHELLE | | 1.00 | 99213 | M47.894 | AGL | 941781 | IT | COMM2R - 07/21/2023 | LOP509 - 07/21/2023 | 727.20 | |
| | | 07/21/2023 | Posted to COMM2R | | | | | | | | | |
| | | 10/11/2023 | Transfer to LOP509 | | | | | | | | | |
| | | | | | | | | | | | **Charge Balance:** | **727.20** |
| 07/20/2023 | TERRY, MICHELLE | | 1.00 | 80307 | Z51.81 | AGL | 946898 | IT | COMM2R - 07/28/2023 | LOP509 - 07/28/2023 | 478.86 | |
| | | 07/28/2023 | Posted to COMM2R | | | | | | | | | |
| | | 12/18/2023 | Transfer to LOP509 | | | | | | | | | |
| | | | | | | | | | | | **Charge Balance:** | **478.86** |
| 07/20/2023 | TERRY, MICHELLE | | 1.00 | G0480-59 | Z51.81 | AGL | 955226 | IT | COMM2R - 08/10/2023 | LOP509 - 08/10/2023 | 400.00 | |
| | | 08/10/2023 | Posted to COMM2R | | | | | | | | | |
| | | 12/18/2023 | Transfer to LOP509 | | | | | | | | | |
| | | | | | | | | | | | **Charge Balance:** | **400.00** |
| 08/21/2023 | TERRY, MICHELLE | | 1.00 | 99214 | M54.6 | MDD | 962190 | I | LOP509 - 08/23/2023 | | 1,023.76 | |
| | | 08/22/2023 | Posted to LOP509 | | | | | | | | | |
| | | | | | | | | | | | **Charge Balance:** | **1,023.76** |
| 09/18/2023 | TERRY, MICHELLE | | 1.00 | 99214 | M47.22 | MDD | 982560 | I | LOP509 - 09/25/2023 | | 1,023.76 | |
| | | 09/20/2023 | Posted to LOP509 | | | | | | | | | |
| | | | | | | | | | | | **Charge Balance:** | **1,023.76** |
| 09/20/2023 | TERRY, MICHELLE | | 1.00 | 64490-LT | M47.812 | MDD | 985867 | I | LOP509 - 09/26/2023 | | 1,540.00 | |
| | | 09/25/2023 | Posted to LOP509 | | | | | | | | | |
| | | | | | | | | | | | **Charge Balance:** | **1,540.00** |
| 09/20/2023 | TERRY, MICHELLE | | 1.00 | 64491-LT | M47.812 | MDD | 985867 | I | LOP509 - 09/26/2023 | | 780.80 | |
| | | 09/25/2023 | Posted to LOP509 | | | | | | | | | |
| | | | | | | | | | | | **Charge Balance:** | **780.80** |
| 10/09/2023 | TERRY, MICHELLE | | 1.00 | 99214 | M54.12 | MDD | 999935 | I | LOP509 - 10/12/2023 | | 1,023.76 | |
| | | 10/12/2023 | Posted to LOP509 | | | | | | | | | |
| | | | | | | | | | | | **Charge Balance:** | **1,023.76** |
| 11/13/2023 | TERRY, MICHELLE | | 1.00 | 99213 | M54.12 | ARI | 1027285 | I | LOP509 - 11/28/2023 | | 727.20 | |
| | | 11/27/2023 | Posted to LOP509 | | | | | | | | | |
| | | | | | | | | | | | **Charge Balance:** | **727.20** |
| 12/11/2023 | TERRY, MICHELLE | | 1.00 | 99214 | M54.12 | DDI | 1048468 | I | LOP509 - 12/15/2023 | | 1,023.76 | |
| | | 12/15/2023 | Posted to LOP509 | | | | | | | | | |
| | | | | | | | | | | | **Charge Balance:** | **1,023.76** |
| 12/27/2023 | TERRY, MICHELLE | | 1.00 | 62321 | M54.12 | ARI | 1062236 | I | LOP509 - 01/23/2024 | | 2,119.28 | |
| | | 01/23/2024 | Posted to LOP509 | | | | | | | | | |
| | | | | | | | | | | | **Charge Balance:** | **2,119.28** |
| 01/15/2024 | TERRY, MICHELLE | | 1.00 | 99214 | M54.2 | ARI | 1075589 | I | LOP509 - 01/19/2024 | | 1,023.76 | |
| | | 01/19/2024 | Posted to LOP509 | | | | | | | | | |
| | | | | | | | | | | | **Charge Balance:** | **1,023.76** |

| Account<br>Serv Date | Patient | Post Date | Units | Proc | Diag | Prov | Encounter | St | Ins 1 - Date Billed | Ins 2 - Date Billed | Amount | Summary |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **287629** | **TERRY, MICHELLE** | | | | | **(904) 678-4250** | | | | | | |
| 02/13/2024 | TERRY, MICHELLE | | 1.00 | 99213 | M47.894 | ARI | 1100245 | I | LOP509 - 02/20/2024 | | 727.20 | |
| | | 02/19/2024 | Posted to LOP509 | | | | | | | | | |
| | | | | | | | | | | | **Charge Balance:** | **727.20** |
| 02/28/2024 | TERRY, MICHELLE | | 1.00 | 64490-50 | M47.814 | ARI | 1111875 | I | LOP509 - 03/04/2024 | | 2,958.40 | |
| | | 02/28/2024 | Posted to LOP509 | | | | | | | | | |
| | | | | | | | | | | | **Charge Balance:** | **2,958.40** |
| 02/28/2024 | TERRY, MICHELLE | | 1.00 | 64491-RT | M47.814 | ARI | 1111875 | I | LOP509 - 03/04/2024 | | 753.84 | |
| | | 02/28/2024 | Posted to LOP509 | | | | | | | | | |
| | | | | | | | | | | | **Charge Balance:** | **753.84** |
| 02/28/2024 | TERRY, MICHELLE | | 1.00 | 64491-LT | M47.814 | ARI | 1111875 | I | LOP509 - 03/04/2024 | | 753.84 | |
| | | 02/28/2024 | Posted to LOP509 | | | | | | | | | |
| | | | | | | | | | | | **Charge Balance:** | **753.84** |
| 03/12/2024 | TERRY, MICHELLE | | 1.00 | 99213 | G89.4 | ARI | 1122705 | I | LOP509 - 03/14/2024 | | 706.48 | |
| | | 03/14/2024 | Posted to LOP509 | | | | | | | | | |
| | | | | | | | | | | | **Charge Balance:** | **706.48** |
| 03/27/2024 | TERRY, MICHELLE | | 1.00 | 64633-50 | M47.814 | ARI | 1134115 | I | LOP509 - 04/01/2024 | | 6,668.80 | |
| | | 03/28/2024 | Posted to LOP509 | | | | | | | | | |
| | | | | | | | | | | | **Charge Balance:** | **6,668.80** |
| 03/27/2024 | TERRY, MICHELLE | | 1.00 | 64634-RT | M47.814 | ARI | 1134115 | I | LOP509 - 04/01/2024 | | 1,927.36 | |
| | | 03/28/2024 | Posted to LOP509 | | | | | | | | | |
| | | | | | | | | | | | **Charge Balance:** | **1,927.36** |
| 03/27/2024 | TERRY, MICHELLE | | 1.00 | 64634-LT | M47.814 | ARI | 1134115 | I | LOP509 - 04/01/2024 | | 1,927.36 | |
| | | 03/28/2024 | Posted to LOP509 | | | | | | | | | |
| | | | | | | | | | | | **Charge Balance:** | **1,927.36** |
| 04/08/2024 | TERRY, MICHELLE | | 1.00 | 99214 | M47.814 | MWA | 1143454 | I | LOP509 - 04/10/2024 | | 997.52 | |
| | | 04/10/2024 | Posted to LOP509 | | | | | | | | | |
| | | | | | | | | | | | **Charge Balance:** | **997.52** |
| 05/01/2024 | TERRY, MICHELLE | | 1.00 | 62321 | M54.14 | MWA | 1162804 | I | LOP509 - 05/07/2024 | | 1,999.68 | |
| | | 05/06/2024 | Posted to LOP509 | | | | | | | | | |
| | | | | | | | | | | | **Charge Balance:** | **1,999.68** |
| 05/13/2024 | TERRY, MICHELLE | | 1.00 | 99214 | G89.4 | MWA | 1171118 | I | LOP509 - 05/17/2024 | | 997.52 | |
| | | 05/16/2024 | Posted to LOP509 | | | | | | | | | |
| | | | | | | | | | | | **Charge Balance:** | **997.52** |
| 06/10/2024 | TERRY, MICHELLE | | 1.00 | 99214 | M47.22 | MWA | 1192347 | I | LOP509 - 06/14/2024 | | 997.52 | |
| | | 06/13/2024 | Posted to LOP509 | | | | | | | | | |
| | | | | | | | | | | | **Charge Balance:** | **997.52** |
| 06/12/2024 | TERRY, MICHELLE | | 1.00 | 64490-RT | M47.812 | MWA | 1194601 | I | LOP509 - 06/19/2024 | | 1,479.20 | |
| | | 06/14/2024 | Posted to LOP509 | | | | | | | | | |
| | | | | | | | | | | | **Charge Balance:** | **1,479.20** |
| 06/12/2024 | TERRY, MICHELLE | | 1.00 | 64490-LT | M47.812 | MWA | 1194601 | I | LOP509 - 06/19/2024 | | 1,479.20 | |
| | | 06/14/2024 | Posted to LOP509 | | | | | | | | | |
| | | | | | | | | | | | **Charge Balance:** | **1,479.20** |
| 06/12/2024 | TERRY, MICHELLE | | 1.00 | 64491-RT | M47.812 | MWA | 1194601 | I | LOP509 - 06/19/2024 | | 753.84 | |
| | | 06/14/2024 | Posted to LOP509 | | | | | | | | | |
| | | | | | | | | | | | **Charge Balance:** | **753.84** |
| 06/12/2024 | TERRY, MICHELLE | | 1.00 | 64491-LT | M47.812 | MWA | 1194601 | I | LOP509 - 06/19/2024 | | 753.84 | |
| | | 06/14/2024 | Posted to LOP509 | | | | | | | | | |
| | | | | | | | | | | | **Charge Balance:** | **753.84** |

# Open Item Payment History By Account

**Florida Pain Relief Group, PLLC**

| Account Serv Date | Patient | Post Date | Units | Proc | Diag | Prov | Encounter | St | Ins 1 - Date Billed | Ins 2 - Date Billed | Amount | Summary |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **287629** | **TERRY, MICHELLE** | | | | | **(904) 678-4250** | | | | | | |
| 07/23/2024 | TERRY, MICHELLE | | 1.00 | 99213-25 | M54.12 | MWA | 1226376 | I | LOP509 - 07/31/2024 | | 706.48 | |
| | | 07/29/2024 | Posted to LOP509 | | | | | | | | | |
| | | | | | | | | | | | **Charge Balance:** | **706.48** |
| 07/23/2024 | TERRY, MICHELLE | | 1.00 | 96372 | G89.4 | MWA | 1226376 | I | LOP509 - 07/31/2024 | | 109.92 | |
| | | 07/29/2024 | Posted to LOP509 | | | | | | | | | |
| | | | | | | | | | | | **Charge Balance:** | **109.92** |
| 07/23/2024 | TERRY, MICHELLE | | 2.00 | J1885 | G89.4 | MWA | 1226376 | I | LOP509 - 07/31/2024 | | 84.00 | |
| | | 07/29/2024 | Posted to LOP509 | | | | | | | | | |
| | | | | | | | | | | | **Charge Balance:** | **84.00** |
| 07/31/2024 | TERRY, MICHELLE | | 1.00 | 62321 | M54.12 | MWA | 1232536 | I | LOP509 - 08/07/2024 | | 1,999.68 | |
| | | 08/06/2024 | Posted to LOP509 | | | | | | | | | |
| | | | | | | | | | | | **Charge Balance:** | **1,999.68** |
| 08/26/2024 | TERRY, MICHELLE | | 1.00 | 99213 | M54.6 | MWA | 1252386 | I | LOP509 - 08/29/2024 | | 706.48 | |
| | | 08/28/2024 | Posted to LOP509 | | | | | | | | | |
| | | | | | | | | | | | **Charge Balance:** | **706.48** |
| 09/09/2024 | TERRY, MICHELLE | | 1.00 | 99214-25 | M54.12 | MWA | 1263313 | I | LOP509 - 09/13/2024 | | 997.52 | |
| | | 09/12/2024 | Posted to LOP509 | | | | | | | | | |
| | | | | | | | | | | | **Charge Balance:** | **997.52** |
| 09/09/2024 | TERRY, MICHELLE | | 1.00 | 96372 | G89.4 | MWA | 1263313 | I | LOP509 - 09/13/2024 | | 109.92 | |
| | | 09/12/2024 | Posted to LOP509 | | | | | | | | | |
| | | | | | | | | | | | **Charge Balance:** | **109.92** |
| 09/09/2024 | TERRY, MICHELLE | | 2.00 | J1885 | G89.4 | MWA | 1263313 | I | LOP509 - 09/13/2024 | | 84.00 | |
| | | 09/12/2024 | Posted to LOP509 | | | | | | | | | |
| | | | | | | | | | | | **Charge Balance:** | **84.00** |
| 10/08/2024 | TERRY, MICHELLE | | 1.00 | 99213 | M54.12 | MWA | 1288075 | I | LOP509 - 10/14/2024 | | 706.48 | |
| | | 10/14/2024 | Posted to LOP509 | | | | | | | | | |
| | | | | | | | | | | | **Charge Balance:** | **706.48** |
| | | | | | | | | | | | **Total UC:** | **0.00** |
| | | | | | | | | | | | **Account Balance:** | **44,628.86** |
| | | | | | | | | | | | **Report Balance:** | **44,628.86** |

13 - Jacksonville Outpatient Surgery Center
PO Box 628768
Orlando, FL 32862-8768

# *Account Ledger*

Date: October 16, 2024

***Account Title: TERRY, MICHELLE (Account # 565)***

**Responsible Party:** MICHELLE TERRY
4115 Grayfield Ln
Orange Park, FL 32065-5621

**Patient Information:** 565 - TERRY, MICHELLE
4115 Grayfield Ln
Orange Park, FL 32065-5621

| DOS | Tx Date | Tx Num | Description | Tx Amount | Running Balance |
|---|---|---|---|---|---|
| 9/20/2023 | 9/25/2023 | 706598 | 130 - LOP/LIEN BILLING | $18,207.68 | $18,207.68 |
| 12/27/2023 | 1/23/2024 | 762572 | 130 - LOP/LIEN BILLING | $12,474.32 | $30,682.00 |
| 2/28/2024 | 3/4/2024 | 780159 | 130 - LOP/LIEN BILLING | $27,387.68 | $58,069.68 |
| 3/27/2024 | 3/29/2024 | 791454 | 130 - LOP/LIEN BILLING | $33,776.00 | $91,845.68 |
| 5/1/2024 | 5/6/2024 | 809125 | 130 - LOP/LIEN BILLING | $13,256.32 | $105,102.00 |
| 6/12/2024 | 6/14/2024 | 831106 | 130 - LOP/LIEN BILLING | $27,526.88 | $132,628.88 |
| 7/31/2024 | 8/6/2024 | 855431 | 130 - LOP/LIEN BILLING | $13,116.08 | $145,744.96 |

| Total Billings | Total Payments | Total Adjustments |
|---|---|---|
| $145,744.96 | $0.00 | $0.00 |

**Visit Balance Information**

| Date of Service | Visit # | Current Balance |
|---|---|---|
| 9/20/2023 | 1 | $18,207.68 |
| 12/27/2023 | 2 | $12,474.32 |
| 2/28/2024 | 5 | $27,387.68 |
| 3/27/2024 | 6 | $33,776.00 |
| 5/1/2024 | 7 | $13,256.32 |
| 6/12/2024 | 8 | $27,526.88 |
| 7/31/2024 | 9 | $13,116.08 |

**CERTIFICATE OF AUTHENTICITY OF BILLING RECORDS**
**PURSUANT TO § 90.803(6), 90.902(11) OF THE FLORIDA STATUTES**

**RE: Michelle Terry**
**DOB: September 15, 1968**
**DOI: June 5, 2023**

I, the undersigned, certify the copies of the attached billing records are true copies of the records. The billing records were: a) made at or near the time of the occurrence(s) of the matters set forth by, or from information transmitted by, a person having knowledge of those matters; b) were kept in the course of the regularly conducted activity; and c) were made as a regular practice in the course of the regularly conducted activity. I am the person responsible for maintaining and controlling the records, and/or the appointed designee responsible for the release of the records.

Sworn to and signed under penalty of perjury pursuant to 28 U.S.C. § 1746, section 92.525(2) of the Florida Statutes, and any law governing sworn declarations applicable to the location where I signed this Declaration.

Michelle Hewett
Signature of Custodian

Michelle Hewett
Printed Name of Custodian

NeuroDoc/ Omar Moore, MD
Name of Facility / Medical Provider

11/06/24
Date

NeuroDoc

# Itemization of Charges

For Posting Date November 7, 2024

**Clinic:** NeuroDoc

**Address:** 3003 Claire Ln Ste 100
Jacksonville, FL 322236667

**Phone:** (904) 204-6585

**Tax ID:** 861453683

**WCAB:**

**Insurance #1:**

**Adjuster:**

**Group Number**

**Policy Number:**

**Employer:**

**Insurance #2:**

**Patient #:** 973

**Patient:** Michelle Terry

**Date of Injury:**

**Adjuster:**

**Group Number:**

**Policy Number:**

| Visit # | Service Date | Provider Name | Procedure Description | Code | Charges | Adjust | Payments | Balance |
|---|---|---|---|---|---|---|---|---|
| 1317 | 06/19/2023 | OMAR MOORE, M.D. | OFFICE OR OTHER OUTPATIENT... | 99205 | 1,840.00 | - | - | 1,840.00 |
| 1525 | 07/11/2023 | OMAR MOORE, M.D. | Medical Records Fee | RECORDS | 21.25 | - | (21.25) | - |
| 1486 | 07/19/2023 | OMAR MOORE, M.D. | OFFICE OR OTHER OUTPATIENT... | 99215 | 1,520.00 | - | - | 1,520.00 |
| 1826 | 09/29/2023 | OMAR MOORE, M.D. | Medical Records Fee | RECORDS | 19.00 | - | (19.00) | - |
| 1889 | 10/05/2023 | OMAR MOORE, M.D. | Medical Records Fee | RECORDS | 19.00 | - | (19.00) | - |
| 1878 | 10/06/2023 | OMAR MOORE, M.D. | PATIENT SCREENED FOR FUTUR... | 1100F | 800.00 | - | - | 800.00 |
| 1878 | 10/06/2023 | OMAR MOORE, M.D. | Exam to measure eye deviat... | 92060 | 800.00 | - | - | 800.00 |
| 1878 | 10/06/2023 | OMAR MOORE, M.D. | Evaluation and testing for... | 92540 | 1,200.00 | - | - | 1,200.00 |
| 1878 | 10/06/2023 | OMAR MOORE, M.D. | Evaluation of brain respon... | 92653 | 950.00 | - | - | 950.00 |
| 1878 | 10/06/2023 | OMAR MOORE, M.D. | Measurement of brain wave ... | 95816 | 4,167.00 | - | - | 4,167.00 |
| 1878 | 10/06/2023 | OMAR MOORE, M.D. | Measurement of pupil with ... | 95919 | 650.00 | - | - | 650.00 |
| 1878 | 10/06/2023 | OMAR MOORE, M.D. | Testing of autonomic nervo... | 95921 | 968.00 | - | - | 968.00 |
| 1878 | 10/06/2023 | OMAR MOORE, M.D. | Testing of autonomic (symp... | 95923 | 1,500.00 | - | - | 1,500.00 |
| 1878 | 10/06/2023 | OMAR MOORE, M.D. | Measurement of nerve condu... | 95930 | 767.00 | - | - | 767.00 |
| 1878 | 10/06/2023 | OMAR MOORE, M.D. | Measurement of nerve condu... | 95933 | 923.00 | - | - | 923.00 |
| 1878 | 10/06/2023 | OMAR MOORE, M.D. | Measurement of brain wave ... | 95957 | 3,350.00 | - | - | 3,350.00 |
| 1837 | 10/10/2023 | OMAR MOORE, M.D. | OFFICE OR OTHER OUTPATIENT... | 99215 | 1,520.00 | - | - | 1,520.00 |
| 1942 | 10/26/2023 | OMAR MOORE, M.D. | Other procedure on nervous... | 64999 | 1,600.00 | - | - | 1,600.00 |
| 2109 | 11/09/2023 | OMAR MOORE, M.D. | Other procedure on nervous... | 64999 | 1,600.00 | - | - | 1,600.00 |
| 2038 | 11/20/2023 | OMAR MOORE, M.D. | OFFICE OR OTHER OUTPATIENT... | 99215 | 1,520.00 | - | - | 1,520.00 |
| 2156 | 12/07/2023 | OMAR MOORE, M.D. | Other procedure on nervous... | 64999 | 1,600.00 | - | - | 1,600.00 |
| 2310 | 12/21/2023 | OMAR MOORE, M.D. | Other procedure on nervous... | 64999 | 1,600.00 | - | - | 1,600.00 |
| 2311 | 01/04/2024 | OMAR MOORE, M.D. | Other procedure on nervous... | 64999 | 1,600.00 | - | - | 1,600.00 |
| 2294 | 01/11/2024 | OMAR MOORE, M.D. | Other procedure on nervous... | 64999 | 1,600.00 | - | - | 1,600.00 |

NeuroDoc

# Itemization of Charges

For Posting Date November 7, 2024

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2281 | 01/26/2024 | OMAR MOORE, M.D. | OFFICE OR OTHER OUTPATIENT... | 99215 | 1,520.00 | - | - | 1,520.00 |
| 2431 | 02/08/2024 | OMAR MOORE, M.D. | Therapy procedure using ex... | 97110 | 260.00 | - | - | 260.00 |
| 2432 | 02/08/2024 | OMAR MOORE, M.D. | Application of electrical ... | 97014 | 150.00 | - | - | 150.00 |
| 2441 | 02/08/2024 | OMAR MOORE, M.D. | Other procedure on nervous... | 64999 | 1,600.00 | - | - | 1,600.00 |
| 2447 | 02/20/2024 | JULIE WISHAM, PA | OFFICE OR OTHER OUTPATIENT... | 99215 | 1,520.00 | - | - | 1,520.00 |
| 2482 | 02/22/2024 | OMAR MOORE, M.D. | Application of electrical ... | 97014 | 150.00 | - | - | 150.00 |
| 2483 | 02/22/2024 | OMAR MOORE, M.D. | Therapy procedure using ex... | 97110 | 260.00 | - | - | 260.00 |
| 2488 | 02/22/2024 | OMAR MOORE, M.D. | Other procedure on nervous... | 64999 | 1,600.00 | - | - | 1,600.00 |
| 2587 | 03/14/2024 | OMAR MOORE, M.D. | Therapy procedure using ex... | 97110 | 260.00 | - | - | 260.00 |
| 2589 | 03/14/2024 | OMAR MOORE, M.D. | Application of electrical ... | 97014 | 150.00 | - | - | 150.00 |
| 2590 | 03/14/2024 | OMAR MOORE, M.D. | Other procedure on nervous... | 64999 | 1,600.00 | - | - | 1,600.00 |
| 2818 | 04/04/2024 | OMAR MOORE, M.D. | Application of electrical ... | 97014 | 600.00 | - | - | 600.00 |
| 2818 | 04/04/2024 | OMAR MOORE, M.D. | Therapy procedure using ex... | 97110 | 260.00 | - | - | 260.00 |
| 2819 | 04/14/2024 | OMAR MOORE, M.D. | Other procedure on nervous... | 64999 | 1,600.00 | - | - | 1,600.00 |
| 2883 | 04/24/2024 | OMAR MOORE, M.D. | Application of electrical ... | 97014 | 300.00 | - | - | 300.00 |
| 2884 | 04/24/2024 | OMAR MOORE, M.D. | Other procedure on nervous... | 64999 | 1,600.00 | - | - | 1,600.00 |
| 2892 | 04/24/2024 | OMAR MOORE, M.D. | Therapy procedure using ex... | 97110 | 260.00 | - | - | 260.00 |
| 3165 | 05/08/2024 | OMAR MOORE, M.D. | Other procedure on nervous... | 64999 | 1,600.00 | - | - | 1,600.00 |
| 3166 | 05/08/2024 | OMAR MOORE, M.D. | Therapy procedure using ex... | 97110 | 260.00 | - | - | 260.00 |
| 3169 | 05/08/2024 | OMAR MOORE, M.D. | Application of electrical ... | 97014 | 300.00 | - | - | 300.00 |
| 3037 | 05/23/2024 | OMAR MOORE, M.D. | OFFICE OR OTHER OUTPATIENT... | 99215 | 1,520.00 | - | - | 1,520.00 |
| 3370 | 06/26/2024 | OMAR MOORE, M.D. | Application of electrical ... | 97014 | 300.00 | - | - | 300.00 |
| 3371 | 06/26/2024 | OMAR MOORE, M.D. | Therapy procedure using ex... | 97110 | 260.00 | - | - | 260.00 |
| 3372 | 06/26/2024 | OMAR MOORE, M.D. | Other procedure on nervous... | 64999 | 1,600.00 | - | - | 1,600.00 |
| 3489 | 07/17/2024 | OMAR MOORE, M.D. | Other procedure on nervous... | 64999 | 1,600.00 | - | - | 1,600.00 |
| 3489 | 07/17/2024 | OMAR MOORE, M.D. | Application of electrical ... | 97014 | 300.00 | - | - | 300.00 |
| 3489 | 07/17/2024 | OMAR MOORE, M.D. | Therapy procedure using ex... | 97110 | 260.00 | - | - | 260.00 |
| 3610 | 08/14/2024 | OMAR MOORE, M.D. | Other procedure on nervous... | 64999 | 1,600.00 | - | - | 1,600.00 |
| 3610 | 08/14/2024 | OMAR MOORE, M.D. | Application of electrical ... | 97014 | 300.00 | - | - | 300.00 |
| 3610 | 08/14/2024 | OMAR MOORE, M.D. | Therapy procedure using ex... | 97110 | 260.00 | - | - | 260.00 |
| 3618 | 08/20/2024 | JULIE WISHAM, PA | OFFICE OR OTHER OUTPATIENT... | 99215 | 1,520.00 | - | - | 1,520.00 |
| 3683 | 08/21/2024 | OMAR MOORE, M.D. | Other procedure on nervous... | 64999 | 1,600.00 | - | - | 1,600.00 |
| 3683 | 08/21/2024 | OMAR MOORE, M.D. | Application of electrical ... | 97014 | 300.00 | - | - | 300.00 |
| 3683 | 08/21/2024 | OMAR MOORE, M.D. | Therapy procedure using ex... | 97110 | 260.00 | - | - | 260.00 |
| 3919 | 10/01/2024 | JULIE WISHAM, PA | OFFICE OR OTHER OUTPATIENT... | 99215 | 1,520.00 | - | - | 1,520.00 |

NeuroDoc

## Itemization of Charges

For Posting Date November 7, 2024

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 4011 | 10/01/2024 | OMAR MOORE, M.D. | Medical Records Fee | RECOR DS | 65.25 | - | (65.25) | - |
| **TOTALS** | | | | | **61,249.50** | **-** | **(124.50)** | |
| | | | | | | | **BALANCE DUE** | **61,125.00** |