# COMPOSITE
# EXHIBIT A

| | |
|---|---|
| Subject: | SERVICE OF COURT DOCUMENTS: Terry v. Carnival Corp. - 24-CV-22067-RKA (DISCL) |
| Date: | 8/30/2024 1:40 PM |
| From: | "Erika M. Barrenechea" <erika@holzberglegal.com> |
| To: | "Ashley Genoese" <Ashley.Genoese@gray-robinson.com>, "Michael Drahos" <Michael.Drahos@gray-robinson.com>, "Cooper Jarnagin" <Cooper.Jarnagin@gray-robinson.com>, "Lilia R. Parker" <Lilia.Parker@gray-robinson.com> |
| Cc: | "Glenn@holzberglegal.com" <Glenn@holzberglegal.com>, "louis@holzberglegal.com" <louis@holzberglegal.com> |

**This message originated outside of GrayRobinson.**

| Court Case Number: | **2024-CA-22067-RKA** |
|---|---|
| Court: | United States District Court Southern District of Florida |
| Case Name: | Michelle Terry v. Carnival Corporation |
| Document Title: | Plaintiff's Rule 26 Initial Disclosures<br>RECORDS |
| Sender's Name: (Attorney): | Glenn J. Holzberg, Esq. |
| Sender's Telephone No.: | (305) 668-6410 |

**ERIKA BARRENECHEA**
Florida Registered Paralegal

HOLZBERG LEGAL

*Senior Supervising Paralegal at Holzberg Legal*

7685 SW 104th Street, Suite 220
Miami, Florida 33156, United States

Office: +1 (305) 668-6410
Fax: +1 (305) 667-6161
E-mail: erika@holzberglegal.com

www.holzberglegal.com

**NOTICE:** This e-mail contains legally privileged and confidential information intended only for the individual or entity named as a recipient within the message. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited. If this communication was received in error, please notify us by e-mail, erika@holzberglegal.com, or by phone (305) 668-6410, and delete the original message.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 2024-CV-22067-RKA

MICHELLE TERRY,

Plaintiff,

v.

CARNIVAL CORPORATION,

Defendant.
_______________________________/

**PLAINTIFF'S ANSWERS TO DEFENDANT'S INTERROGATORIES**

Plaintiff, **MICHELLE TERRY** (hereinafter "Plaintiff"), by and through her undersigned counsel, hereby serves her Answers to Defendant, **CARNIVAL CORPORATION**'s Initial Interrogatories directed to the Plaintiff and propounded on August 26, 2024.

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing was furnished by electronic mail on **16th** of October 2024 to **Michael J. Drahos, ESQ.**, *michael.drahos@gray-robinson.com*, **W. Cooper Jarnagin, ESQ,** *cooper.jarnagin@gray-robinson.com*, **Ashley Genoese, ESQ.,** *ashley.genoese@gray-robinson.com*, **Gray Robinson, P.A.,** 515 North Flagler Drive, Suite 650, West Palm Beach, Florida 33401, *Attorneys for Defendant.*

HOLZBERG LEGAL
Offices at Pinecrest II, Suite 220
7685 S.W. 104th Street
Miami, Florida 33156
Telephone: (305) 668-6410
Facsimile: (305) 667-6161

By: ***/s/Glenn J. Holzberg***
GLENN J. HOLZBERG (FBN: 369551)
glenn@holzberglegal.com
erika@holzberglegal.com
LOUIS M. HOLZBERG (FBN:1011340)
louis@holzberglegal.com
erika@holzberglegal.com

## ANSWERS TO DEFENDANT'S INTERROGATORIES

1. What is the name and address of the person answering these interrogatories, and, if applicable, the person's official position or relationship with the party to whom the interrogatories are directed?

   **ANSWER:**
   Michelle M. Terry
   [redacted]

2. State all addresses where you have lived for the past ten (10) years and the dates lived at each address.

   **ANSWER:**
   [redacted]

3. Were you suffering from any physical infirmity, disability or sickness within one (1) month prior to the subject cruise? If so, what was the nature of the infirmity, disability, or sickness and for how long of a period of time had it persisted? If treatment was sought, please state the name, present or last known address and telephone number of the attending physician and/or medical center which provided treatment.

   **ANSWER:**
   I have a history of diverticulitis and lumbar disc herniation; however, these conditions were not debilitating or hindering my daily living.

4. Describe in detail, each act or omission on the part of any party to this lawsuit that you contend constituted negligence that was a contributing legal cause of the incident in question, including but not limited to, exactly what you contend that the shipboard medical staff should have done during the time period in question in order to have met the applicable standard of care.

   **ANSWER:**
   Objection as it violates attorney-client privilege and seeks mental impressions, which clearly invading mental thought and impression of Plaintiff and counsel in violation of *Hickman v. Taylor* and the work product doctrine. Notwithstanding stated objection, the Defendant failed to provide adequate warnings; failed to safely, and with reasonable care, open and unpack the equipment, as alleged in my Complaint, failed to close and/or rope off the area during the unpacking process; failed to warn of the unsafe area; and failed to provide a safe seating area.

5. Describe in detail all actions taken by you, your family member(s) and/or your traveling companion(s) to prevent the incident.

**ANSWER:**
There was nothing I could do to prevent this incident. It occurred suddenly and without warning. I was unable to take any preventative actions because there were no warnings in place. I did not expect crewmembers to be unpacking during the hours when passengers were present and in close proximity to the unpacking area. There were no signs or announcements made to inform me of the situation. The crewmembers were working behind me and outside my field of vision.

6. Did you consume any alcoholic beverages or take any drugs or medications within 12 hours before the time of the incident described in the complaint? If so, state the type and amount of alcoholic beverages, drugs, or medication which were consumed, and when and where you consumed them.

**ANSWER:**
I do not recall whether I had any drinks on the day of the incident or within the 12 hours prior. However, if I did consume alcohol, to the best of my recollection, it may have been one or two drinks the day before. I did not take any medications or drugs.

7. State the names, addresses, and telephone numbers of all witnesses who have knowledge of any matters concerning this case, and for each such witness, provide a summary of his/her knowledge.

**ANSWER:**
Several passengers in the area witnessed the crewmembers wheeling in a stack of furniture on a pallet. They observed a crew member slice open the plastic, resulting in the equipment, as alleged, falling on my head. Several passengers came to my aid while I was disoriented.

Passengers:

- Samantha- 470-494-2851
- Anthony and his wife- 404-553-6138
- Sonya- 706-280-6166
- Rebecca Nugent- 410-212-9743
- Sandris Holston- 334-315-7281
- Clyde- 865-507-5121
- Witness sitting across from me at the time of the incident- 850-207-8342
- Witness- 256-400-8046

Also, the following crewmembers may have witnessed my incident:

- Mark Harold Orje, Security Officer
- Jakelyn Salvador, ACSO
- Romena Alcantara, Assistant Manager of Housekeeping
- David Budi Raharjo, Hotel Steward
- Venkatesan Ranagappa, Hotel Steward
- Renjith Ravikumar, Management Trainee in Housekeeping

Additional witnesses will be identified through ongoing discovery.

8. Have you heard or do you know about any statement or remark made by or on behalf of any party to this lawsuit concerning any issue in this lawsuit? If so, state the name and address of each person who made a statement or statements, the name and address of each person who heard it, and the date, time and substance of each statement.

**ANSWER:**
No.

9. Describe each injury for which you are claiming damages in this case, specifying the part of your body that was injured; the nature of the injury; and, as to any injuries you contend are permanent, the effects on your injury that you claim are permanent.

**ANSWER:**

- Traumatic Brain Injury
  - Traumatic Injury to Brain (diagnosed with MRI on July 1, 2023)
    - Diffuse traumatic brain injury with loss of consciousness
  - Concussion
  - Post Concussion Syndrome
  - Acute post-traumatic headache, intractable.
  - Anterograde amnesia
  - Cognitive Impairment
  - Decrease in appetite
  - Dizzy spells
  - Insomnia
  - Nausea
  - Pain of head and neck region
  - Poor concentration
  - Tinnitus
    - Ringing in ear
  - Slowness and poor responsiveness
- Neck Injury
  - Herniation of cervical intervertebral disc (M50.20/722.0)
    - Central Disc Herniation at C3/C4 impinging the thecal sac
    - Central Disc Herniation at C4/C5 impinging the thecal sac
    - Disc Bulge at C5/C6
    - Broad-based central protruding-type disc herniation at C6/C7
  - Cervical facet joint pain (M54.2/723.1)
- Back Injury
  - Disc Herniation at T2/T3
  - Disc Herniation at T7/T8 with annular tears
  - Disc Herniation at T8/T9 with annular tears
  - Disc Herniation at T9/T10
  - Muscle spasm of thoracic back (disorder) (M62.830/724.8)
  - Low Back Pain

As a result of my injuries, I underwent total disc arthroplasty at C5/6 and C6/7 on September 20, 2024, and I am continuing to recover from this procedure. Treatment for my accident-related injuries is ongoing.

I contend that my injuries are permanent. I continue to experience significant pain and limitations that impact my ability to perform daily activities and exercise. Prior to this incident, I was very active and engaged in hobbies such as paddleboarding, horseback riding, boating, swimming, snorkeling, camping/glamping, canoeing, working out, riding my bike, roller skating, and rock climbing. The persistent pain and restrictions have fundamentally altered my daily life and physical fitness routine.

10. Have you ever been injured or suffered from any medical problems in the same area of his body that you identified in Interrogatory No. 9 above? If so, list the areas, injuries or problems, when the injuries occurred, and when those problems first arose and reason/cause for same.

**ANSWER:**
Low back pain.

11. List the names and business addresses of each physician, medical facility or other health care provider who has treated or examined you for the injuries for which you seek damages in this case; and state as to each the date of treatment or examination and the injury or condition for which you were examined or treated and whether you have any pending appointments.

**ANSWER:**
Ascension St. Vincent’s Clay County
1670 St. Vincent’s Way
Middleburg, FL 32068
06/08/2023- ER care and treatment for neck, back, headache with dizziness. Dx: contusion of thoracic spine, closed head injury
*$To be provided*

Ascension/ St. Vincent’s (MCB Radiology)
1670 St. Vincent’s Way
Middleburg, FL 32068
06/08/2023- Xray thoracic, CT head and cervical

Dr. Michael Sandborn
Spine, Brain, and Joint Institute
5101 Gate Parkway, Suite 2
Jacksonville, FL 32256
02/20/2024, 09/18/2023, 09/11/2023, 07/31/2023, 07/10/2023, 06/13/2023- Care and treatment for post concussion syndrome, thoracic back pain, headaches and neck pain. Referred to chiropractor and ordered MRIs.

Dr. Rolando Perez
Dr. Mark Timken
Darien Rhodes, APRN
Injury Care Centers Argyle
9660 Argyle Forest Blvd., Suite 4
Jacksonville, FL 3222
07/07/2023, 06/30/2023, 06/21/2023- chiropractic care, including ultrasound, electrical muscle stimulation, taping of mid, lower mid and upper mid back and hot/ cold packs.

Dr. Omar Moore, MD.
NeuroDoc
3003 Claire Ln, Building 100
Jacksonville, FL 32223
05/23/2024, 04/14/2024, 04/04/2024, 03/14/2024, 02/22/2024, 02/08/2024, 01/26/2024. 01/11/2024, 01/04/2024, 12/21/2023, 12/07/2023, 11/20/2023, 11/09/2023, 10/26/2023, 10/10/2023, 07/19/2023, 06/19/2023- Ocular motor therapy, alpha-stim therapy, percutaneous electrical nerve stimulation, ordered TBI, MRI of cervical, thoracic and lumbar spine, referral to cervical chiropractor

Avecina Medical
Oakleaf
9580 Applecross Rd., Suite 106
Jacksonville, FL 32222
10/26/2023-Care and treatment related to ear clogging/ringing

Synergy Health Partners
6415 Lake Worth Rd., Suite 102
Lake Worth, FL 33463
06/28/2023- MRI thoracic spine, cervical spine, brain MRI with DTI and SWI

*Radiology Associates of Orange Park*
*2128 Park Avenue*
*Orange Park, FL 32073*

Rebound Rehabilitation Physical Therapy
151 College Drive, Suite 10
Orange Park, FL 32065
01/11/2024, 01/04/2024, 12/21/2023, 12/07/2023, 11/30/2023, 11/09/2023- Therapeutic Exercises, Therapeutic Activity, Gait Training, Neuromuscular Rehabilitation, and Manual Therapy

*Physical Therapy Associates*
*1550 Business Center Dr. Suite B*
*Fleming Island, FL 32003*

Dr. Andrew Cannestra
Altus Medical Group
9250 Cypress Green Dr, Suite 103
Jacksonville, FL 32256
D/S: to be provided
*$To be provided*

Florida Pain Relief Group, PLLC
1731 Wells Road
Suite 100
Orange Park, FL 32073
08/26/2024, 07/31/2024, 07/23/2024, 06/12/2024, 06/10/2024, 05/13/2024, 05/01/2024, 10/09/2023, 09/20/2023, 09/18/2023, 08/21/2023, 07/20/2023, 06/23/2023-care and treatment to thoracic spine. Ordered thoracic medial branch block.

Dr. Michael Warhurst, DO
Physicians Partners of America
06/12/2024- Injection

Dr. Michael Deveau
Jacksonville Outpatient Surgery Center
P.O. Box 628768
Orlando, FL 32862
09/20/2023- Medial branch block at left C2/3 and C4/5

Dr. Michael T. Warhurst
Jacksonville Outpatient Surgery Center
P.O. Box 628768
Orlando, FL 32862
07/31/2024- Interlaminar cervical epidural at C7-T1 under fluoroscopy.
06/12/2024- Cervical facet joint medial branch nerve block at bilateral C5-6, C6-7 under fluoroscopy
05/01/2024- Interlaminar thoracic epidural at T8-9 under fluoroscopy.

ICC MRI
5222 Lenox Ave.
Jacksonville, FL 32205
07/11/2023- MRI of lumbar spine

Plaintiff reserves the right to supplement her answer as care and treatment is ongoing.

12. List the names and business addresses of all other physicians, medical facilities or other health care providers by whom or at which you have been examined or treated in the past ten years; and state as to each the dates of examination or treatment and the condition or injury for which you were examined or treated.

**ANSWER:**
Avecina Medical Clinic
9580 Applecross Rd., Suite 106
Jacksonville, FL 32222

Ascension St. Vincent's Clay County
1670 St. Vincent's Way
Middleburg, FL 32068
Pulled Hamstring; Diverticulitis and Stomach Pain; Lumbar Pain

Argyle Dental Center
6001 Argyle Forest Blvd, #4
Jacksonville, FL 32244
(904) 639-6560

Dr. Mark Clayman
2726 St. Johns Ave, Suite 101
Jacksonville, FL 32205
Tummy Tuck (November 13, 2019); Botox

13. List the name and addresses of all pharmacies where you had prescriptions filled in the past ten (10) years.

**ANSWER:**
Publix
1075 Oakleaf Plantation Pkwy, Unit 200
Orange Park, FL 32065

14. List the names, addresses, and policy numbers of any and all health insurance companies for which you have been insured during the past ten (10) years.

**ANSWER:**
None

15. If there is any activity that you are totally unable to do now, because of the alleged injury sustained in the incident alleged in the Complaint that you could do before the incident in suit? If so, describe each such activity.

**ANSWER:**
Yes, see answer to No.9. Prior to this incident, I was very active and engaged in hobbies such as paddleboarding, horseback riding, boating, swimming, snorkeling, camping/glamping, canoeing, working out, riding my bike, roller skating, and rock climbing. The persistent pain and restrictions have fundamentally altered my daily life and physical fitness routine.

16. Have you made an agreement with anyone that would limit that party's liability to anyone for any of the damages sued upon in this case? If so, state the terms of the agreement and the parties to it.

**ANSWER:**
N/A.

17. List each item of expense or damage, other than loss of income or earning capacity, that you claim to have incurred as a result of the incident described in the complaint, giving for each item the date incurred, the name and business address to whom each was paid or is owed, and the goods or services for which each was incurred.

**ANSWER:**
Ascension St. Vincent's Clay County
1670 St. Vincent's Way
Middleburg, FL 32068
06/08/2023- ER care and treatment for neck, back, headache with dizziness. Dx: contusion of thoracic spine, closed head injury
*$To be provided*

Ascension/ St. Vincent's (MCB Radiology)
1670 St. Vincent's Way
Middleburg, FL 32068
06/08/2023- Xray thoracic, CT head and cervical
**$686.00**

Dr. Michael Sandborn
Spine, Brain, and Joint Institute
5101 Gate Parkway, Suite 2
Jacksonville, FL 32256
02/20/2024, 09/18/2023, 09/11/2023, 07/31/2023, 07/10/2023, 06/13/2023- Care and treatment for post concussion syndrome, thoracic back pain, headaches and neck pain. Referred to chiropractor and ordered MRIs.
**$3,131.15+**

Dr. Rolando Perez
Dr. Mark Timken
Darien Rhodes, APRN
Injury Care Centers Argyle
9660 Argyle Forest Blvd., Suite 4
Jacksonville, FL 3222
07/07/2023, 06/30/2023, 06/21/2023- chiropractic care, including ultrasound, electrical muscle stimulation, taping of mid, lower mid and upper mid back and hot/ cold packs.
**$1,099.40**

Dr. Omar Moore, MD.
NeuroDoc
3003 Claire Ln, Building 100
Jacksonville, FL 32223
05/23/2024, 04/14/2024, 04/04/2024, 03/14/2024, 02/22/2024, 02/08/2024, 01/26/2024. 01/11/2024, 01/04/2024, 12/21/2023, 12/07/2023, 11/20/2023, 11/09/2023, 10/26/2023, 10/10/2023, 07/19/2023, 06/19/2023- Ocular motor therapy, alpha-stim therapy, percutaneous electrical nerve stimulation, ordered TBI, MRI of cervical, thoracic and lumbar spine, referral to cervical chiropractor
**$47,285.00+**

Avecina Medical
Oakleaf
9580 Applecross Rd., Suite 106

Jacksonville, FL 32222
10/26/2023-Care and treatment related to ear clogging/ringing
**$205.00**

Synergy Health Partners
6415 Lake Worth Rd., Suite 102
Lake Worth, FL 33463

*Radiology Associates of Orange Park*
*2128 Park Avenue*
*Orange Park, FL 32073*

06/28/2023- MRI thoracic spine, cervical spine, brain MRI with DTI and SWI
**$7,675.00**

Rebound Rehabilitation Physical Therapy
151 College Drive, Suite 10
Orange Park, FL 32065

*Physical Therapy Associates*
*1550 Business Center Dr. Suite B*
*Fleming Island, FL 32003*

01/11/2024, 01/04/2024, 12/21/2023, 12/07/2023, 11/30/2023, 11/09/2023-Therapeutic Exercises, Therapeutic Activity, Gait Training, Neuromuscular Rehabilitation, and Manual Therapy
**$2,587.38**

Dr. Andrew Cannestra
Altus Medical Group
9250 Cypress Green Dr, Suite 103
Jacksonville, FL 32256
D/S: to be provided
*$To be provided*

Florida Pain Relief Group, PLLC
1731 Wells Road
Suite 100
Orange Park, FL 32073
08/26/2024, 07/31/2024, 07/23/2024, 06/12/2024, 06/10/2024, 05/13/2024, 05/01/2024, 10/09/2023, 09/20/2023, 09/18/2023, 08/21/2023, 07/20/2023, 06/23/2023-care and treatment to thoracic spine. Ordered thoracic medial branch block.
**$20,416.14**

Dr. Michael Warhurst, DO
Physicians Partners of America
06/12/2024- Injection
**$5,600.00**

Dr. Michael Deveau
Jacksonville Outpatient Surgery Center
P.O. Box 628768
Orlando, FL 32862
09/20/2023- Medial branch block at left C2/3 and C4/5
**$18,207.68**

Dr. Michael T. Warhurst
Jacksonville Outpatient Surgery Center
P.O. Box 628768
Orlando, FL 32862
07/31/2024- Interlaminar cervical epidural at C7-T1 under fluoroscopy.
**$13,116.08**
06/12/2024- Cervical facet joint medial branch nerve block at bilateral C5-6, C6-7 under fluoroscopy
**$27,526.88**
05/01/2024- Interlaminar thoracic epidural at T8-9 under fluoroscopy.
**$13,256.32**

ICC MRI
5222 Lenox Ave.
Jacksonville, FL 32205
07/11/2023- MRI of lumbar spine
*$To be provided*

Plaintiff reserves the right to supplement her answer as care and treatment is ongoing.

18. Do you contend that you have lost any income, benefits, or earning capacity in the past or future as a result of the incident described in the complaint? If so, state the nature of the income, benefits, or earning capacity, and the amount and the method that you used in computing the amount.

**ANSWER:**
No

19. Has anything been paid or is anything payable from any third party for the damages listed in your answers to these interrogatories? If so, state the amounts paid or payable, the name and business address of the person or entity who paid or owes said amounts, and which of those third parties have or claim a right of subrogation.

**ANSWER:**
No, all my medical bills remain outstanding, and I do not have health insurance.

20. Identify all photographs or videos that were taken of you during the subject cruise, including the name of the individual(s) who took said photographs/videos and the devices said photographs/videos were taken from.

**ANSWER:**
During the cruise, my daughter and I took pictures with our phones, copies of which are being produced in response to Defendant's Request for Production.

21. Identify any and all social media sites or applications in which you posted any content or images to between the dates of June 3, 2023, through June 9, 2023, including but not limited to: TikTok, Facebook, Twitter, Instagram, Foursquare, YouTube, Pinterest, Tumblr, and Snapchat.

**ANSWER:**
I have accounts on Instagram and TikTok. I may have posted content or images on these platforms between June 3, 2023, and June 9, 2023.

22. For any account identified in Interrogatory No. 21 above, please describe in detail any and all images of, or content pertaining to you that were deleted or erased on or after June 5, 2023, including but not limited to: photographs, videos, posts, and/or tweets.

**ANSWER:**
To the best of my recollection, I may have deleted posts on TikTok related to my pets.

23. Other than a retained expert, did anyone ever criticize any manner, method, action/inaction, or activity used by the Defendant and/or the shipboard medical staff? If so, please state for each such criticism: the name, address, profession and relationship to you, if any, of the person(s) who made the criticism, the substance of the criticism, and the date(s) of the criticism.

**ANSWER:**
To the best of my knowledge, I am not aware of any; however, see answer to interrogatory no.7.

24. Please state whether you have ever been involved in a motor vehicle accident, or ever made a claim for personal injuries as a result of being involved in a motor vehicle accident, either out of court, or through worker's compensation or any other proceedings, and for each accident, state the nature and location of the accident, the date the accident occurred, and any injuries sustained in the accident.

**ANSWER:**
Yes

Approx. 1993-1994- Monroe County, Key West, FL, auto accident, hit by a semi-truck, injuries: lumbar spine

I am unable to recall any other incident at this time.

25. Please state whether you have ever been a party, either plaintiff or defendant, in a lawsuit, or ever made a claim for personal injuries, either out of court, or through worker's compensation or any other proceedings, and for each claim or lawsuit state the nature of the injury involved, the date of injury occurred and the name and address of the defendant or other person against whom the claim was made.

**ANSWER:**
*Michelle Grandsko v. John Garandsko*
November 17, 1998
Divorce
Palm Beach County, FL
Case No.: 966636

*Karen Johns v. Thomas Terry and Michelle Terry*
2004-2005
Property Dispute
Clay County, FL

Michele Terry v. John Orbee
2003-2004
Clay County

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 2024-CV-22067-RKA

MICHELLE TERRY,

Plaintiff,

v.

CARNIVAL CORPORATION,

Defendant.
_____________________________/

**PLAINTIFF'S AMENDED RULE 26 INITIAL DISCLOSURES**

Plaintiff, **MICHELLE TERRY** (hereinafter "Plaintiff"), by and through her undersigned counsel and pursuant to Rule 26 of the Federal Rules of Civil Procedure, hereby serves the following initial disclosures to Defendants, **CARNIVAL CORPORATION.** These initial disclosures are based upon Plaintiff's best present information and knowledge and may be supplemented or modified upon the acquisition of additional facts and knowledge. With this submission, Plaintiff does not waive any privilege, and retains the right to assert any such privilege where appropriate.

**Rule 26(a)(1)(A)(i) – WITNESS DISCLOSURE**

1. Michelle Terry
   c/o Holzberg Legal
   Liability, pain and suffering, damages, medical bills and expenses, past and future.

2. Thomas Terry
   c/o Holzberg Legal
   Pain and suffering, damages.

3. Loreal Nicole Terry
   c/o Holzberg Legal
   Liability, pain and suffering, damages

4. Passengers aboard the subject vessel for witnessed the incident, including:
   a. Rebecca Nugent

b. Samantha (last name unknown)
c. Sonya (last name unknown)
d. Sandris Holston
e. Clyde (last name unknown)
f. Anthony and his wife (last name unknown)

*Address unknown at this time*
Liability, pain and suffering.

5. Injury Care Centers of Oakleaf and/or Records Custodian
9680 Argyle Forest Blvd, Suite 20
Jacksonville, FL 32222
Pain and suffering, medical care and treatment, damages, medical bills and expenses.

6. Dr. Omar Morre and/or Records Custodian
Neuro Doc MD
3003 Claire Lane Building 100
Jacksonville, FL 32223
Pain and suffering, medical care and treatment, damages, medical bills and expenses.

7. Dr. Michael Deveau, Dr. Michael Warhurst and/or Records Custodian
Physician Partners of America/Florida Pain Relief Group, PLLC
11705 San Jose Blvd Ste 110
Jacksonville, FL 32223
Pain and suffering, medical care and treatment, damages, medical bills and expenses.

8. Dr. James Saucedo, Dr. Michael Sandborn and/or Records Custodian
Spine, Brain & Joint Institute
2140 Kingsley Ave., Unit 14
Orange Park, FL 32073
Pain and suffering, medical care and treatment, damages, medical bills and expenses.

9. ICC MRI
5222 Lenox Avenue
Jacksonville, FL 32205
Pain and suffering, medical care and treatment, damages, medical bills and expenses.

10. Radiology Associates Orange Park and/or Records Custodian
2128 Park Avenue
Orange Park, FL 32073
Pain and suffering, medical care and treatment, damages, medical bills and expenses

11. Ascension St. Vincent's Emergency Services and/or Records Custodian
1670 St. Vincent's Way
Middleburg, FL 32068
Pain and suffering, medical care and treatment, damages, medical bills and expenses

12. ALTUS Medical Group
2301 Okeechobee Road #23
Fort Peirce, FL 34950-6554

13. River Shores Counseling
1545 Landon Avenue
Jacksonville, FL 32207

14. Employees/crew members of Defendants with knowledge of the subject incident as to liability issues, medical care and treatment, including but not limited to:
    a. Ship's physician
    b. Ship's Captain (Master);
    c. Ship's Nurse(s);
    d. Ship's Staff Captain;
    e. Guest Relations Officer;
    f. Chief Security Officer;
    g. Housekeeping Manager;
    h. Crewmember(s) involved in the unpacking process at the time of Plaintiff's incident;
    i. Crewmember(s) responsible for the set of new tables and/or chairs; and.
    j. Corporate Representative for Defendant.

**<u>Rule 26(a)(1)(A)(ii) – DOCUMENT DISCLOSURE</u>**

1. Cruise's Ticket, Booklet, Boarding Pass, and Booking confirmation.

2. Photographs of Plaintiff's injuries.

3. Photographs of the subject area.

4. Passenger accident report

5. Ship's infirmary records.

6. Medical records of the healthcare providers identified above.

7. Medical bills of Plaintiff.

8. Carnival's Brand Procedures, Housekeeping – Open Deck Cleaning Guidelines.

**Rule 26(a)(1)(A)(iii) – DAMAGES DISCLOSURES**

Plaintiff is affirmatively seeking relief for all compensatory damages allowed by law including economic damages for medical bills, liens; lost wages and future loss of earning capacity; past and future pain and suffering, based upon medical testimony, plaintiff's testimony, medical records and bills, and is within the province of the jury to fairly determine such damages upon the evidence presented at trial in this proceeding.

**Rule 26(a)(1)(A)(iv) – INSURANCE DISCLOSURE**

Upon information and belief, there is adequate insurance coverage under the vessels Protection and Indemnity Policy.

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing was furnished by electronic mail on **3rd** of October 2025 to **Michael J. Drahos, ESQ.,** *michael.drahos@gray-robinson.com*, **W. Cooper Jarnagin, ESQ,** *cooper.jarnagin@gray-robinson.com*, **Ashley Genoese, ESQ.,** *ashley.genoese@gray-robinson.com*, **Gray Robinson, P.A.,** 515 North Flagler Drive, Suite 650, West Palm Beach, Florida 33401, *Attorneys for Defendant.*

**HOLZBERG LEGAL**
Offices at Pinecrest II
7685 S.W. 104th Street, Suite 220
Miami, Florida 33156
Telephone: (305) 668-6410
Facsimile: (305) 667-6161

By: */s/ Glenn J. Holzberg*
GLENN J. HOLZBERG
FL. Bar No.: 369551
glenn@holzberglegal.com
erika@holzberglegal.com
LOUIS M. HOLZBERG
FL. Bar No.: 1011340
louis@holzberglegal.com